IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RANDY AVILES, | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No. 4:22-cv-03571 |
| | § | |
| v. | § | |
| | § | |
| RIGOBERTO SALDIVAR & CITY OF PASADENA, TEXAS, | § | |
| | § | |
| | § | |
| *Defendants.* | § | |

CITY OF PASADENA'S RESPONSES TO
PLAINTIFF'S FIRST AMENDED REQUEST FOR PRODUCTION

City of Pasadena, Texas serves its responses to Plaintiff's First Amended Request for Production as follows:

Respectfully submitted,
Norman Ray Giles
William S. Helfand
Attorney-In-Charge
Texas Bar No. 09388250
S.D. Tex. Bar No. 8791
Norman Ray Giles
Texas Bar No. 24014084
S.D. Tex. Bar No. 26966
Randy E. Lopez
Texas Bar No. 24091829
S.D. Tex. Bar No. 3369137

OF COUNSEL:

LEWIS BRISBOIS BISGAARD SMITH LLP
24 Greenway, Suite 1400
Houston, Texas 77046
(713) 659-6767
(713) 759-6830 (Fax)
Attorneys for Defendant
City Of Pasadena, Texas

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been forwarded to the following counsel of record by e-mail on July 7, 2023.

Larry Taylor & Dimitri Dube
The Cochran Firm
1825 Market Center Boulevard
Suite 500
Dallas, Texas
ltaylor@CochranTexas.com
ddube@cochrantexas.com
*Attorneys for Plaintiff*

Steven D. Selbe
Gordon Rees Scully Mansukhani
TransWestern Tower
1900 West Loop South
Suite 1000
Houston, Texas 77027
sselbe@grsm.com
*Attorney for Officer Rigoberto Saldivar*

Norman Ray Giles

REQUEST FOR PRODUCTION NO. 1: All documents relating or referring to any of the officer involved shootings and/or investigations identified in Interrogatories 1-2, including but not limited to any videos and reports regarding such incidents.

RESPONSE: The City will disclose, and produce a copy to plaintiff, material responsive to this request, including information identified as Pasadena 2629-2770; Pasadena 2771-Pasadena 2797; Pasadena 2798-Pasadena 2813; Pasadena 2814-Pasadena 2910; Pasadena 2911-Pasadena 3026; Pasadena 3027-Pasadena 3105; Pasadena 3115-Pasadena 3265; Pasadena 3266-Pasadena 3302; Pasadena 3303-Pasadena 3354.

REQUEST FOR PRODUCTION NO. 2: All documents relating or referring to any training, supervision, discipline, or counseling identified in Response to Interrogatory 4.

RESPONSE: The City will disclose, and produce a copy to plaintiff, including material responsive to this request identified as Pasadena 2629-2770.

REQUEST FOR PRODUCTION NO. 3: All documents relating or referring to any of the deaths and/or investigations identified in Interrogatories 5-6, including but not limited to any videos and reports regarding such incidents.

OBJECTION: FED. R. CIV. P. 26(b). This request seeks information over a period of 10 years that is not proportional to the needs of the case, protected by confidentiality statute Texas Local Government Code § 143.089(g), and not relevant to any claim or defense.

REQUEST FOR PRODUCTION NO. 4: All documents relating or referring to any training, supervision, discipline, or counseling identified in Response to Interrogatory 8.

RESPONSE: The City will disclose, and produce a copy to plaintiff, including material responsive to this request identified as Pasadena 2629-2770.

REQUEST FOR PRODUCTION NO. 5: For any legal action identified in Response to Interrogatory 9 & 10, produce a copy of the petition, complaint or initiating document.

RESPONSE: Objection. FED. R. CIV. P. 26(b). The city would be subjected to unreasonable burdens if the city is required to sift through court files for litigation information and further required to perform legal analysis if past litigation for the Plaintiff. The requested information is equally available to Plaintiff, is not relevant to any claim or defense at issue in this lawsuit and is not proportional to the needs of the case.

REQUEST FOR PRODUCTION NO. 6: For any legal action identified in Response to Interrogatory 9 & 10, provide a copy of the deposition transcript for any depositions taken of the following individuals: Chief Josh Bruegger, Chief Rick Styron, Sergeant Craig A. Hamilton, Detective Michael Cooper, Detective S.S. Skripka, Sergeant Gary White, and Chief Al Espinoza.

RESPONSE: Objection. FED. R. CIV. P. 26(b). The city would be subjected to unreasonable burdens if the city is required to sift through court files for litigation information and further required to perform legal analysis of past litigation for the Plaintiff, and deny court reporters pay

for their work on other cases. The requested information is equally available to Plaintiff, is not relevant to any claim or defense at issue in this lawsuit and is not proportional to the needs of the case.

REQUEST FOR PRODUCTION NO. 7: A copy of any document identified in response to Interrogatory 11.

RESPONSE: The Constitution and laws of the United States, and the Constitution and laws of the State of Texas are publicly available. The Charter and Ordinances of the City of Pasadena are publicly available through the Municode Library. Materials regarding training standards, rules and regulations of the Texas Commission on Law Enforcement are available through Texas statutory materials and through http://tcole.texas.gov/. And the City will disclose, and produce a copy to plaintiff, material responsive to this request, including information identified as Pasadena 1560-1561, Pasadena 2395, Pasadena 2513, Pasadena 2525-2527, Pasadena 2595-2600.

REQUEST FOR PRODUCTION NO. 8: All documents referring or relating to any discipline, reprimand, or adverse employment action identified in Response to Interrogatory 14.

RESPONSE: OBJECTION: FED. R. CIV. P. 26(b). This request seeks information over a period of 10 years that is not proportional to the needs of the case, protected by confidentiality statute Texas Local Government Code § 143.089(g), and not relevant to any claim or defense.

REQUEST FOR PRODUCTION NO. 9: All documents referring or relating to any audits or internal investigations identified in Interrogatory 15.

OBJECTION: FED. R. CIV. P. 26(b). This request seeks information over a period of 10 years that is not proportional to the needs of the case, protected by confidentiality statute Texas Local Government Code § 143.089(g), and not relevant to any claim or defense.

RESPONSE: The City has produced Pasadena 3106-Pasadena 3114.

REQUEST FOR PRODUCTION NO. 10: All communications of Chief Josh Bruegger relating or referring to Defendant Rigoberto Saldivar, including but not limited to any telephonic text messages, voicemail messages, social media posts or emails.

RESPONSE: OBJECTION: FED. R. CIV. P. 26(b). This request seeks information not relevant to a claim or defense, over an indefinite period of time that is not proportional to the needs of the case, confidential attorney/client correspondences, and information protected by the protected by confidentiality statute Texas Local Government Code § 143.089(g).

REQUEST FOR PRODUCTION NO. 11: All communications of Rick Styron relating or referring to Defendant Rigoberto Saldivar, including but not limited to any telephonic text messages, voicemail messages, social media posts or emails.

RESPONSE: OBJECTION: FED. R. CIV. P. 26(b). This request seeks information not relevant to a claim or defense, over an indefinite period of time that is not proportional to the needs of the case, and information protected by the protected by confidentiality statute Texas Local Government Code § 143.089(g).

REQUEST FOR PRODUCTION NO. 12: All communications of Detective Michael Cooper relating or referring to Defendant Rigoberto Saldivar, including but not limited to any telephonic text messages, voicemail messages, social media posts or emails.

RESPONSE: OBJECTION: FED. R. CIV. P. 26(b). This request seeks information not relevant to a claim or defense, over an indefinite period of time that is not proportional to the needs of the case, and information protected by the protected by confidentiality statute Texas Local Government Code § 143.089(g).

REQUEST FOR PRODUCTION NO. 13: All communications of S.S. Skripka relating or referring to Defendant Rigoberto Saldivar, including but not limited to any telephonic text messages, voicemail messages, social media posts or emails.

RESPONSE: OBJECTION: FED. R. CIV. P. 26(b). This request seeks information not relevant to a claim or defense, over an indefinite period of time that is not proportional to the needs of the case, and information protected by the protected by confidentiality statute Texas Local Government Code § 143.089(g).

REQUEST FOR PRODUCTION NO. 14: All communications of Dr. Rion Hart relating or referring to Defendant Rigoberto Saldivar, including but not limited to any telephonic text messages, voicemail messages, social media posts or emails.

RESPONSE: OBJECTION: FED. R. CIV. P. 26(b). This request seeks information not relevant to a claim or defense, over an indefinite period of time that is not proportional to the needs of the case, and information protected by the protected by confidentiality statute Texas Local Government Code § 143.089(g).

REQUEST FOR PRODUCTION NO. 15: All communications of Sergeant Gary White relating or referring to Defendant Rigoberto Saldivar, including but not limited to any telephonic text messages, voicemail messages, social media posts or emails.

RESPONSE: OBJECTION: FED. R. CIV. P. 26(b). This request seeks information not relevant to a claim or defense, over an indefinite period of time that is not proportional to the needs of the case, and information protected by the protected by confidentiality statute Texas Local Government Code § 143.089(g).

REQUEST FOR PRODUCTION NO. 16: All communications of Sergeant Craig A. Hamilton relating or referring to Defendant Rigoberto Saldivar, including but not limited to any telephonic text messages, voicemail messages, social media posts or emails.

RESPONSE: OBJECTION: FED. R. CIV. P. 26(b). This request seeks information not relevant to a claim or defense, over an indefinite period of time that is not proportional to the needs of the case, and information protected by the protected by confidentiality statute Texas Local Government Code § 143.089(g).

REQUEST FOR PRODUCTION NO. 17: All communications of Chief Al Espinoza relating or referring to Defendant Rigoberto Saldivar, including but not limited to any telephonic text

messages, voicemail messages, social media posts or emails.

RESPONSE: OBJECTION: FED. R. CIV. P. 26(b). This request seeks information not relevant to a claim or defense, over an indefinite period of time that is not proportional to the needs of the case, and information protected by the protected by confidentiality statute Texas Local Government Code § 143.089(g).

REQUEST FOR PRODUCTION NO. 18: All communications of Chief Josh Brugger relating or referring to the shooting and death of Nathan Schenck, including but not limited to any telephonic text messages, voicemail messages, social media posts or emails.

RESPONSE: OBJECTION: FED. R. CIV. P. 26(b). This request seeks information not relevant to a claim or defense, over an indefinite period of time that is not proportional to the needs of the case, and information protected by the protected by confidentiality statute Texas Local Government Code § 143.089(g).

REQUEST FOR PRODUCTION NO. 19: All communications of Rick Styron relating or referring to the shooting and death of Nathan Schenck, including but not limited to any telephonic text messages, voicemail messages, social media posts or emails.

RESPONSE: OBJECTION: FED. R. CIV. P. 26(b). This request seeks information not relevant to a claim or defense, over an indefinite period of time that is not proportional to the needs of the case, and information protected by the protected by confidentiality statute Texas Local Government Code § 143.089(g).

REQUEST FOR PRODUCTION NO. 20: All communications of Michael Cooper relating or referring to the shooting and death of Nathan Schenck, including but not limited to any telephonic text messages, voicemail messages, social media posts or emails.

RESPONSE: OBJECTION: FED. R. CIV. P. 26(b). This request seeks information not relevant to a claim or defense, over an indefinite period of time that is not proportional to the needs of the case, and information protected by the protected by confidentiality statute Texas Local Government Code § 143.089(g).

REQUEST FOR PRODUCTION NO. 21: All communications of S.S. Skripka relating or referring to the shooting and death of Nathan Schenck, including but not limited to any telephonic text messages, voicemail messages, social media posts or emails.

RESPONSE: OBJECTION: FED. R. CIV. P. 26(b). This request seeks information not relevant to a claim or defense, over an indefinite period of time that is not proportional to the needs of the case, and information protected by the protected by confidentiality statute Texas Local Government Code § 143.089(g).

REQUEST FOR PRODUCTION NO. 22: All communications of Craig Hamilton relating or referring to the shooting and death of Nathan Schenck, including but not limited to any telephonic text messages, voicemail messages, social media posts or emails.

RESPONSE: OBJECTION: FED. R. CIV. P. 26(b). This request seeks information not relevant

to a claim or defense, over an indefinite period of time that is not proportional to the needs of the case, and information protected by the protected by confidentiality statute Texas Local Government Code § 143.089(g).

REQUEST FOR PRODUCTION NO. 23: All communications of Gary White relating or referring to the shooting and death of Nathan Schenck, including but not limited to any telephonic text messages, voicemail messages, social media posts or emails.

RESPONSE: OBJECTION: FED. R. CIV. P. 26(b). This request seeks information not relevant to a claim or defense, over an indefinite period of time that is not proportional to the needs of the case, and information protected by the protected by confidentiality statute Texas Local Government Code § 143.089(g).

REQUEST FOR PRODUCTION NO. 24: All communications of Hannah Jarvis relating or referring to the shooting and death of Nathan Schenck, including but not limited to any telephonic text messages, voicemail messages, social media posts or emails.

RESPONSE: OBJECTION: FED. R. CIV. P. 26(b). This request seeks information not relevant to a claim or defense, over an indefinite period of time that is not proportional to the needs of the case, and information protected by the protected by confidentiality statute Texas Local Government Code § 143.089(g).

REQUEST FOR PRODUCTION NO. 25: All communications of Josh Bruegger, Rick Styron, Craig Hamilton, Michael Cooper, S.S. Skripka, Sergeant Gary White relating or referring to the shooting of Plaintiff Randy Aviles, including but not limited to any telephonic text messages, voicemail messages, social media posts or emails.

RESPONSE: OBJECTION: FED. R. CIV. P. 26(b). This request seeks information not relevant to a claim or defense, over an indefinite period of time that is not proportional to the needs of the case, and information protected by the protected by confidentiality statute Texas Local Government Code § 143.089(g).

REQUEST FOR PRODUCTION NO. 26: Any and all witness statements which were made, procured or generated prior to any date that the Defendant claims privilege attached to said items as having been made in anticipation of litigation or in connection with the prosecution or defense of the pending lawsuit.

RESPONSE: The City will disclose, and produce a copy to plaintiff, material responsive to this request.

REQUEST FOR PRODUCTION NO. 27: Copies of any and all statements previously made by Plaintiff concerning the subject matter of this lawsuit.

RESPONSE: The City will disclose, and produce a copy to plaintiff, material responsive to this request.

REQUEST FOR PRODUCTION NO. 28: Produce all documents produced by the City of Pasadena in the Schenck litigation.

RESPONSE: The City will disclose, and produce a copy to plaintiff, material responsive to this request.

REQUEST FOR PRODUCTION NO. 29: Produce any and all experts reports or opinions that you have obtained regarding the shooting of Nathan Schenck.

RESPONSE: The City will disclose, and produce a copy to plaintiff, material responsive to this request.

REQUEST FOR PRODUCTION NO. 30: Produce any and all experts reports or opinions that you have obtained regarding the shooting of Randy Aviles.

RESPONSE: None at this time.

REQUEST FOR PRODUCTION NO. 31: All communications of Josh Bruegger, Rick Styron, Craig Hamilton, S.S. Skripka, Sergeant Gary White regarding, relating or referring to any officer involved shooting by a City of Pasadena law enforcement officer, including but not limited to any telephonic text messages, voicemail messages, social media posts or emails.

RESPONSE: OBJECTION: FED. R. CIV. P. 26(b). This request seeks information not relevant to a claim or defense, over an indefinite period of time that is not proportional to the needs of the case, and information protected by the protected by confidentiality statute Texas Local Government Code § 143.089(g).

REQUEST FOR PRODUCTION NO. 32: All communications of Josh Bruegger, Rick Styron, Craig Hamilton, S.S. Skripka, Sergeant Gary regarding, relating or referring to any allegation that a City of Pasadena law enforcement officer used excessive force, including but not limited to any telephone text messages, voicemail messages, social media posts or emails.

RESPONSE: OBJECTION: FED. R. CIV. P. 26(b). This request seeks information not relevant to a claim or defense, over an indefinite period of time that is not proportional to the needs of the case, and information protected by the protected by confidentiality statute Texas Local Government Code § 143.089(g).

REQUEST FOR PRODUCTION NO. 33: All communications of Josh Bruegger, Rick Styron, Craig Hamilton, S.S. Skripka, Sergeant Gary regarding, relating or referring to any use of force by a City of Pasadena law enforcement officer, including but not limited to any telephone text messages, voicemail messages, social media posts or emails.

RESPONSE: OBJECTION: FED. R. CIV. P. 26(b). This request seeks information not relevant to a claim or defense, over an indefinite period of time that is not proportional to the needs of the case, and information protected by the protected by confidentiality statute Texas Local Government Code § 143.089(g).