# Dimitri Dube

| | |
|---|---|
| **From:** | Dimitri Dube |
| **Sent:** | Friday, July 7, 2023 6:54 PM |
| **To:** | Newkirk, Nancy; Larry Taylor; sselbe@grsm.com |
| **Cc:** | Giles, Norman Ray; Lopez, Randy; Bridges, Audrey |
| **Subject:** | Re: Aviles v City of Pasadena et al |

Please let me know a date and time next week to confer regarding the City's objections.

Thank you.

Sent from my T-Mobile 5G Device
Get Outlook for Android

---

**From:** Newkirk, Nancy <Nancy.Newkirk@lewisbrisbois.com>
**Sent:** Friday, July 7, 2023 6:41:18 PM
**To:** Larry Taylor <ltaylor@cochrantexas.com>; Dimitri Dube <ddube@cochrantexas.com>; sselbe@grsm.com <sselbe@grsm.com>
**Cc:** Giles, Norman Ray <Norman.Giles@lewisbrisbois.com>; Lopez, Randy <Randy.Lopez@lewisbrisbois.com>; Bridges, Audrey <Audrey.Bridges@lewisbrisbois.com>
**Subject:** Aviles v City of Pasadena et al

Dear Counsel:

      Attached please find City of Pasadena's responses to Plaintiff's First Amended RFP & First Set of ROGS regarding the above referenced matter. Please click on box.com link below to access the referenced documents.

BOX.COM DOWNLOAD LINK:
https://lewisbrisbois.box.com/s/sndimelqg57e794rr1092f7tltbu0gry

BOX.COM PASSWORD:
**H@llaMe1988!**

BOX.COM EXPIRATION TIME LIMIT:
**The link will expire 30 days from today. Please download before the link ends.**

BOX.COM SCREENSHOT OF DOWNLOAD:
(10 Files – 177 MB Size Total)



Thank you,
Nancy



**Nancy Newkirk**
**Legal Secretary to Norman Giles, Felix Digilov and Randy Lopez**
**Nancy.Newkirk@LewisBrisbois.com**

**T: 832.460.4624  F: 713.759.6830**

24 Greenway Plaza, Suite 1400, Houston, TX 77046  |  **LewisBrisbois.com**

**Representing clients from coast to coast. View our nationwide locations.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.