```
 1              UNITED STATES DISTRICT COURT FOR THE
 2                  SOUTHERN DISTRICT OF TEXAS
 3                        HOUSTON DIVISION
 4       _____
 5       KRISTINE SCHENK, INDIVIDUALLY
 6       AND AS DEPENDENT ADMINISTRATOR
 7       OF, AND ON BEHALF OF, STANLEY       CIVIL ACTION NO.
 8       SCHENK INDIVIDUALLY, THE ESTATE       4:20-CV-03799
 9       OF NATHAN ALEXANDER SCHENK AND
10       NATHAN ALEXANDER SCHENK'S
11       HEIRS-AT-LAW; AND JENNIFER
12       JACOPS-SCHENK, INDIVIDUALLY,
13              Plaintiffs,
14          v.
15       CITY OF PASADENA, TEXAS; AND
16       RIGOBERTO R. SALDIVAR,
17              Defendants.
18       _____
19
20
21
22
23
24
25
                                                          Page 1
```

**EXHIBIT 3**

```
 1              VIDEOCONFERENCE DEPOSITION OF
 2                    RIGOBERTO SALDIVAR
 3    DATE:            Friday, July 16, 2021
 4    TIME:            2:03 p.m.
 5    LOCATION:        Remote Depo
 6                     Dallas, TX 75202
 7    REPORTED BY:     Elizabeth Knittle, Notary Public
 8    JOB No.:         4667292
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                                    Page 2
```

**EXHIBIT 3**

```
 1              A P P E A R A N C E S
 2    ON BEHALF OF PLAINTIFFS KRISTINE SCHENK, INDIVIDUALLY
 3    AND AS DEPENDENT ADMINISTRATOR OF, AND ON BEHALF OF,
 4    STANLEY SCHENK INDIVIDUALLY, THE ESTATE OF NATHAN
 5    ALEXANDER SCHENK, AND NATHAN ALEXANDER SCHENK'S HEIRS-
 6    AT-LAW; AND JENNIFER JACOPS-SCHENK, INDIVIDUALLY:
 7         T. DEAN MALONE, ESQUIRE (by videoconference)
 8         Dean Malone Law Office PC
 9         Founders Square,
10         900 Jackson Street, Suite 730
11         Dallas, TX 75202
12         dean@deanmalone.com
13
14    ON BEHALF OF DEFENDANTS CITY OF PASADENA, TEXAS; AND
15    RIGOBERTO R. SALDIVAR:
16         NORMAN RAY GILES, ESQUIRE (by videoconference)
17         Lewis Brisbois Bisgaard & Smith LLP
18         633 W 5th Street, Suite 4000
19         Los Angeles, CA 90071
20         norman.giles@lewisbrisbois.com
21
22
23
24
25
```

EXHIBIT 3

```
 1                A P P E A R A N C E S  (Cont'd.)
 2     ON BEHALF OF DEFENDANT RIGOBERTO SALDIVAR:
 3           GREG CAGLE, ESQUIRE (by videoconference)
 4           Cagle Law Firm PC
 5           5300 Bee Cave Road, Building 1, Suite 240
 6           Austin, TX 78746
 7           gcagle@caglefirm.com
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                    EXAMINATION
 2   BY MR. MALONE:
 3       Q    Good afternoon, sir.  How are you?
 4       A    I'm doing fine, thank you.
 5       Q    Would you please give us your full name?
 6       A    Rigoberto Saldivar.
 7       Q    Do you have a middle name or middle initial?
 8       A    R.
 9       Q    Does "R" stand for anything?
10       A    Ruben.
11       Q    R-U-B-E-N?
12       A    Yes, sir.  That's correct.
13
14
15
16
17
18
19
20
21
22
23
24
25
                                                     Page 8
```

EXHIBIT 3

```
 1   ████████████████████████████████████████
 2        Q   Have you applied for any licenses during
 3   your lifetime that were denied to you?
 4        A   No, sir.
 5        Q   Have we now covered -- well, strike that.
 6   So other than academy since about 1992, I'm assuming
 7   you've taken plenty of education related to keeping
 8   your peace officer's license in play?
 9        A   Yes, sir.
10        Q   Okay.  Including all of that, that
11   continuing education regarding your license as a peace
12   officer, and all the other education you have told us
13   about so far, have we covered all of your education
14   since high school?
15        A   Yes, sir.
16        Q   Is it your understanding that all of your
17   peace officer related education should be reflected in
18   your TICO report?
19        A   Yes, sir.
20        Q   And have you taken classes related to being
21   a law enforcement officer both through the City of
22   Pasadena PD and through third-party vendors?
23        A   Yes, sir.
24   ████████████████████████████████████████
25   ████████████████████████████████████████
```

Page 15

EXHIBIT 3

1 ████████████████████████████████
2 ████████████████████████████████
3 ████████████████████████████████
4 ████████████████████████████████

5  Q  All right, sir. I'd like to shift gears a
6  bit and talk a little bit about, initially, what we're
7  here about in this lawsuit. So do you agree that on
8  November 21, 2018, you were on duty at some point in a
9  marked patrol vehicle for the City of Pasadena PD?
10  A  Yes, sir.
11  Q  And did you observe another vehicle run a
12  stop sign?
13  A  Yes, sir.
14  Q  And did you decide to make a traffic stop on
15  that vehicle?
16  A  Yes, sir.
17  Q  Did you ultimately learn that the operator
18  of that vehicle was Nathan Schenk?
19  A  Not immediately, no.
20  Q  But at some point later, you learned that
21  the operator was Nathan Schenk?
22  A  Yes, sir.
23  Q  And I'm assuming you learned that after he
24  was already deceased?
25  A  Yes, sir.

Page 68

EXHIBIT 3

```
 1  ████████████████████████████████████████
 2  ████████████████████████████████████████
 3  ████████████████████████████████████████
 4  ████████████████████████████████████████
 5  ████████████████████████████████████████
 6  ████████████████████████████████████████
 7  ████████████████████████████████████████
 8  ████████████████████████████████████████
 9  ████████████████████████████████████████
10  ████████████████████████████████████████
11  ████████████████████████████████████████
12  ████████████████████████████████████████
13  ████████████████████████████████████████
14       Q    And then at some point during that foot
15  pursuit you deployed your taser twice?
16       A    Yes, sir.
17       Q    And then at some point toward the end of
18  that pursuit you discharged your firearm five times?
19       A    Yes, sir.
20       Q    And to your knowledge three of those bullets
21  struck Nathan Schenk?
22  ████████████████████████████████████████
23  ████████████████████████████████████████
24  ████████████████████████████████████████
25  ████████████████████████████████████████
```

Page 69

EXHIBIT 3

```
 1                CERTIFICATE OF NOTARY PUBLIC
 2              I, ELIZABETH KNITTLE, the officer before
 3    whom the foregoing proceedings were taken, do hereby
 4    certify that any witness(es) in the foregoing
 5    proceedings, prior to testifying, were duly sworn;
 6    that the proceedings were recorded by me and
 7    thereafter reduced to typewriting by a qualified
 8    transcriptionist; that said digital audio recording of
 9    said proceedings are a true and accurate record to the
10    best of my knowledge, skills, and ability; that I am
11    neither counsel for, related to, nor employed by any
12    of the parties to the action in which this was taken;
13    and, further, that I am not a relative or employee of
14    any counsel or attorney employed by the parties
15    hereto, nor financially or otherwise interested in the
16    outcome of this action.
17
18    July 30,2021
19
                                        [signature: Elizabeth Knittle]
20
                                        ELIZABETH KNITTLE
21
                                        Notary Public in and for the
22                                            State of Texas
23
24        [X] Review of the transcript was requested.
25

                                                      Page 150
```

EXHIBIT 3

```
 1                CERTIFICATE OF TRANSCRIBER
 2            I, MICHELE GAGNON, do hereby certify that
 3    this transcript was prepared from the digital audio
 4    recording of the foregoing proceeding, that said
 5    transcript is a true and accurate record of the
 6    proceedings to the best of my knowledge, skills, and
 7    ability; that I am neither counsel for, related to,
 8    nor employed by any of the parties to the action in
 9    which this was taken; and, further, that I am not a
10    relative or employee of any counsel or attorney
11    employed by the parties hereto, nor financially or
12    otherwise interested in the outcome of this action.
13
14
15
16    July 30,2021
17
                                      *Michele Gagnon* (signature)
18
19                                    MICHELE GAGNON
20
21
22
23
24
25

                                              Page 151
```

**EXHIBIT 3**