```
 1              UNITED STATES DISTRICT COURT FOR THE
 2                   SOUTHERN DISTRICT OF TEXAS
 3                         HOUSTON DIVISION
 4       _____
 5       KRISTINE SCHENK, individually and
 6       as dependent administrator of, and
 7       on behalf of, STANLEY SCHENK
 8       individually, the ESTATE OF NATHAN
 9       ALEXANDER SCHENK, and NATHAN
10       ALEXANDER SCHENK'S heirs-at-law;
11       and JENNIFER JACOPS-SCHENK, individually,
12                 Plaintiffs,
13            v.                                   Civil Action No.
14       CITY OF PASADENA, TEXAS;                  4:20-CV-03799
15       and RIGOBERTO R. SALDIVAR,
16                 Defendants.
17       _____
18              VIDEOCONFERENCE DEPOSITION OF
19                       JERRY WRIGHT
20       DATE:          Monday, July 12, 2021
21       TIME:          9:02 a.m.
22       LOCATION:      Remote Proceeding
23                      Dallas, TX 75202
24       REPORTED BY:   Elizabeth Knittle, Notary Public
25       JOB No.:       4667240
```

Page 1

EXHIBIT 5

```
 1                    A P P E A R A N C E S
 2    ON BEHALF OF PLAINTIFF KRISTINE SCHENK ET AL.:
 3         T. DEAN MALONE, ESQUIRE (by videoconference)
 4         Dean Malone Law Office PC
 5         Founders Square, 900 Jackson Street, Suite 730
 6         Dallas, TX 75202
 7         dean@deanmalone.com
 8         (214) 670-9989
 9
10    ON BEHALF OF DEFENDANT CITY OF PASADENA, TEXAS, ET
11    AL.:
12         NORMAN RAY GILES, ESQUIRE (by videoconference)
13         Lewis Brisbois Bisgaard & Smith LLP
14         24 Greenway Plaza, Suite 1400
15         Houston, TX 77046
16         norman.giles@lewisbrisbois.com
17
18    ALSO PRESENT:
19         Greg Cagle, Esquire
20
21
22
23
24
25
                                                    Page 2
```

**EXHIBIT 5**

```
 1                 REPORTER:  Thank you, sir.  Mr. Malone,
 2      you may proceed.
 3                 MR. MALONE:  Thank you.
 4                        EXAMINATION
 5      BY MR. MALONE:
 6           Q    Good morning, sir.  How are you?
 7           A    Good morning.  I'm fine.
 8           Q    Would you please give us your full name?
 9           A    Yes.  It's Jerry.  That's J-E-R-R-Y, middle
10      name is Mack, and that's spelled M, as in Mary A-C-K,
11      and the last name is Wright, and that's W-R-I-G-H-T.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 6

**EXHIBIT 5**

```
 1  [REDACTED]
 2
 3
 4
 5       Q    Okay.  And with regard to the incident, did
 6  you provide any recommendations or thoughts to the
 7  chief regarding whether you thought any Pasadena
 8  policies or practices or customs were violated during
 9  the incident?
10       A    I did comment on this particular case as I
11  forwarded it on.  To me, it appeared, based on all
12  that I had seen, that policies were followed, and the
13  shooting appeared justified to me.
14  [REDACTED]
15
16
17
18
19
20
21
22
23
24
25
```

Page 32

```
 1              CERTIFICATE OF NOTARY PUBLIC
 2            I, ELIZABETH KNITTLE, the officer before
 3    whom the foregoing proceedings were taken, do hereby
 4    certify that any witness(es) in the foregoing
 5    proceedings, prior to testifying, were duly sworn;
 6    that the proceedings were recorded by me and
 7    thereafter reduced to typewriting by a qualified
 8    transcriptionist; that said digital audio recording of
 9    said proceedings are a true and accurate record to the
10    best of my knowledge, skills, and ability; that I am
11    neither counsel for, related to, nor employed by any
12    of the parties to the action in which this was taken;
13    and, further, that I am not a relative or employee of
14    any counsel or attorney employed by the parties
15    hereto, nor financially or otherwise interested in the
16    outcome of this action.

17                                   ELIZABETH KNITTLE
18                                Notary Public in and for the
19                                        State of Texas
20
21    [X] Review of the transcript was requested.
22
23
24
25
                                                  Page 83
```

EXHIBIT 5

```
 1                CERTIFICATE OF TRANSCRIBER
 2            I, DIANE PARATORE, do hereby certify that
 3    this transcript was prepared from the digital audio
 4    recording of the foregoing proceeding, that said
 5    transcript is a true and accurate record of the
 6    proceedings to the best of my knowledge, skills, and
 7    ability; that I am neither counsel for, related to,
 8    nor employed by any of the parties to the action in
 9    which this was taken; and, further, that I am not a
10    relative or employee of any counsel or attorney
11    employed by the parties hereto, nor financially or
12    otherwise interested in the outcome of this action.
13
14
                                        DIANE M. Paratore
15                                      DIANE PARATORE
```

Page 84

EXHIBIT 5