```
 1           IN THE UNITED STATES DISTRICT COURT
 2           FOR THE SOUTHERN DISTRICT OF TEXAS
 3                  HOUSTON DIVISION
 4   KRISTINE SCHENK,            )
     individually and as         )
 5   dependent administrator of, )
     and on behalf of, STANLEY   )
 6   SCHENK individually, the    )
     ESTATE OF NATHAN ALEXANDER  )
 7   SCHENK, and NATHAN          )
     ALEXANDER SCHENK's          )
 8   heirs-at-law; and JENNIFER  )
     JACOPS-SCHENK, individually,)
 9                               )
             Plaintiff,          )
10                               )
     v.                          )  CIVIL ACTION NO.
11                               )  4:20-CV-03799
     CITY OF PASADENA, TEXAS;    )
12   and RIGOBERTO R. SALDIVAR,  )
                                 )
13           Defendants.         )
14
15
16   ***********************************************
17                 ORAL DEPOSITION OF
18                 JOE MICHAEL McGILL
19                   JULY 14, 2021
20                 (Reported Remotely)
21   ***********************************************
22
23
24
25
                                           Page 1
```

EXHIBIT 6

1

2          On the 14th day of July, 2021, at 9:00 a.m., the

3   oral deposition of the above-named witness was taken

4   at the instance of the Plaintiffs, via Zoom video

5   conference, before Michelle L. Munroe, Certified

6   Shorthand Reporter in and for the State of Texas, the

7   Witness located in Pasadena, Texas, pursuant to the

8   Fortieth Emergency Order Regarding the COVID-19 State

9   of Disaster, notice and the agreement hereinafter set

10  forth.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Veritext Legal Solutions
800-336-4000

EXHIBIT 6

```
1                    A P P E A R A N C E S
2
     FOR THE PLAINTIFF:
3         Mr. T. Dean Malone      (via Zoom)
          LAW OFFICES OF DEAN MALONE, P.C.
4         900 Jackson Street
          Suite 730
5         Dallas, Texas  75202
          214.670.9989  telephone
6         214.670.9904  fax
          dean@deanmalone.com
7
8
     FOR THE DEFENDANTS CITY OF PASADENA, TEXAS AND
9    RIGOBERTO R. SALDIVAR:
          Mr. Norman Ray Giles (via Zoom)
10        LEWIS BRISBOIS BISGAARD & SMITH, LLP
          24 Greenway Plaza
11        Suite 1400
          Houston, Texas  77046
12        832.460.4637  telephone
          norman.giles@lewisbrisbois.com
13
14
     FOR THE DEFENDANT RIGOBERTO R. SALDIVAR:
15        Mr. Gregory S. Cagle (via Zoom)
          CAGLE PUGH
16        1602 State Street
          Houston, Texas  77007
17        713.489.4789  telephone
          gregory.cagle@caglepugh.com
18
19
20
21
22
23
24
25
                                          Page  3
```

EXHIBIT 6

```
1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22                          EXAMINATION
23    BY MR. MALONE (VIA ZOOM):
24        Q.   Good morning, sir.  How are you?
25        A.   Good morning.
```

                                                    Page 5

EXHIBIT 6

```
 1        Q.    Would you please give us your full name?
 2        A.    Yes, sir.  It's Joe Michael McGill.
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 6

EXHIBIT 6



1

2

3

4

5

6

7

8

9

10

11

12

13

14     Q.    You also determined that Officer

15  Saldivar's use of force during the entire incident

16  was consistent with City of Pasadena PD procedures?

17     A.    Correct.

18

19

20

21

22

23

24

25

Page 66

EXHIBIT 6

```
1    STATE OF TEXAS    )

2    COUNTY OF DALLAS )

3        I, Michelle L. Munroe, Certified Shorthand

4    Reporter in and for the State of Texas, certify that

5    the foregoing deposition of JOE MICHAEL McGILL was

6    reported stenographically by me at the time and place

7    indicated, said witness having been placed under oath

8    by me, and that the deposition is a true record of

9    the testimony given by the witness;

10       That the amount of time used by each party at

11   the deposition is as follows:

         Mr. Malone   -    1 hour, 25 minutes

12

13       I further certify that I am neither counsel for

14   nor related to any party in this cause and am not

15   financially interested in its outcome.

16       Given under my hand on this the 28th day

17   of July, 2021.

18

19

20

21

         Michelle L. Munroe, CSR No. 6011

22       Commission expires 12-31-22

         Firm Registration #571

23       VERITEXT LEGAL SOLUTIONS

         300 Throckmorton Street, Suite 1600

24       Fort Worth, Texas  76102

         817.336.3042  telephone

25
```

Page 81

EXHIBIT 6