Audio/video recording from Officer Saldivar's body worn camera

| | Ex. 08 R. Salvidar Dash Cam.mp4 | 12/14/2021 8:35 AM | MP4 Video | 77,766 KB |

EXHIBIT 8