Audio/video recording from Officer Saldivar's dash camera

Ex. 09 R. Saldivar Body Worn Cam.mp4        11/21/2018 11:45 ...     MP4 Video          562,630 KB

EXHIBIT 9