# HARRIS COUNTY INSTITUTE OF FORENSIC SCIENCES

1861 Old Spanish Trail
Houston, TX 77054-2001
Phone: 832-927-5005   FAX: 832-927-2875

## GUNSHOT RESIDUE REPORT

Report 1 of 1

**LABORATORY NUMBER: IFS18-13877-0002**

**Date:** January 9, 2019

**SUSPECT:** NATHAN ALEXANDER SCHENK

**COMPLAINANT:** RIGOBERTO SALDIVAR

**CROSS REFERENCES:** ML18-4115

**CASE OFFICER:**   C. Turpin                              **OFFENSE NUMBER:**   18-021371

Pasadena Police Department
1201 Davis
Pasadena, TX 77506

### *SUBMISSION INFORMATION:*

**On 12/6/2018  the following submissions were received from S. Dudley.**

Item #1TR - Gunshot Residue Kit (S.E.M.) from Nathan Schenk

### *EXAMINATION INFORMATION:*

Item #1TR samples were analyzed using an automated scanning electron microscope (SEM) equipped with a gunshot residue analysis package.  The most accurate method of identifying gunshot primer residue (GSR) is by its elemental content.  The chemical elements Lead (Pb), Barium (Ba), and Antimony (Sb) are components of virtually all primer mixtures except some .22 calibers.

The following factors should be considered for interpretation of the results below:

1.  Time interval since firearm discharge and specimen collection,
2.  Hand proximity/posture to discharging firearm
3.  Protection/handling/wiping of hands after firearm discharge prior to specimen collection,
4.  Ammunition type/weapon type, and environmental factors.

### *RESULTS AND INTERPRETATIONS:*

Item #1TR sample labeled Right Hand had four particles confirmed as having a composition characteristic of GSR (Pb-Ba-Sb) which likely resulted from activities such as firing a weapon, being in close proximity to a firearm during discharge, or handling a firearm, a fired cartridge, or some other surface bearing GSR.

Item #1TR sample labeled Left Hand had one particle confirmed as having a composition characteristic of GSR (Pb-Ba-Sb) which could have resulted from activities such as firing a weapon, being in close proximity to a firearm during discharge, or handling a firearm, a fired cartridge, or some other surface bearing GSR.

An ASCLD/LAB-*International* and Texas Forensic Science Commission
Accredited Testing Laboratory

We welcome your feedback at http://ifs.harriscountytx.gov/Pages/CrimeLaboratoryService.aspx.

Page 1 of 2
HCIFS Trace All v03092018

Pasadena_20993                    EXHIBIT 10

**LABORATORY NUMBER:  IFS18-13877-0002**                    **DATE: January 9, 2019**

Evidence Disposition: All evidence items are being returned and may be stored at room temperature.

*Kristina May*

Kristina M May, M.S.
Forensic Chemist II

An ASCLD/LAB-*International* and Texas Forensic Science Commission                    Page 2 of 2
Accredited Testing Laboratory                    HCIFS Trace All v03092018

We welcome your feedback at http://ifs.harriscountytx.gov/Pages/CrimeLaboratoryService.aspx.
Pasadena_20994

EXHIBIT 10