**David Mitcham**  
First Assistant

**Vivian King**  
Chief of Staff



Harris County District Attorney's Office  
500 Jefferson Street, Suite 600  
Houston, TX 77002

# HARRIS COUNTY DISTRICT ATTORNEY
## KIM K. OGG

November 13, 2019

Kelly Bowman  
Pasadena Police Department  
Internal Affairs Division  
1201 Davis Street  
Pasadena, Texas 77505

                                      **RE: Target: Saldivar, Rigoberto**  
                                           **Complainant: Schenk, Nathan**  
                                           **OR#: 18-21371**  
                                           **S-18-32**

Sgt. Bowman,

The above referenced police involved incident has been presented to the **184th Judicial District Court Grand Jury**. The case was presented on **November 12, 2019**, and the Grand Jury has returned a **No Bill**.

Although a No Bill has been returned in this matter, should additional admissible evidence develop, which might place the incident in a different light, subject to approval of the District Attorney, it can be represented to another Grand Jury. If you have any questions regarding this decision, call me at ▇▇▇▇▇▇▇▇▇).

Thank you for your cooperation in this matter.

                                                  Sincerely,

                                                Jules Johnson  
                                                Assistant District Attorney  
                                                Civil Rights Division

JJ/mp

EXHIBIT 11