IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KRISTINE SCHENK, individually and as dependent administrator of, and on behalf of, STANLEY SCHENK individually, the ESTATE OF NATHAN ALEXANDER SCHENK, and NATHAN ALEXANDER'S heirs-at-law; and JENNIFER JACOPS-SCHENK, individually, | § § § § § § § § § § | Civil Action No. 4:20-cv-03799 |
| Plaintiffs, | § | |
| v. | § § | |
| CITY OF PASADENA, TEXAS, and RIGOBERTO R. SALDIVAR | § § § | |
| Defendants. | § § | |

## GOVERNMENTAL RECORDS DECLARATION

STATE OF TEXAS
HARRIS COUNTY

My name Trena White. I serve the City of Pasadena, Texas as its Human Resources Director. I am executing this declaration as part of my assigned duties and responsibilities. I declare under penalty of perjury in accordance with the laws of the United States of America and the State of Texas that the following statements are true and correct.

1.  I am a custodian of records of the City of Pasadena, and I am familiar with the manner in which its records are created and maintained by virtue of my duties and responsibilities.

2.  The 60 pages of records attached to this declaration are the original records or exact duplicates of the original records.

3.  The records were made at or near the time of each act or event.

4.  It is the regular practice of the City of Pasadena, for this type of record to be made by or from information transmitted by persons with knowledge of the matters set forth in them.

EXHIBIT 14

5. It is the regular practice of the City of Pasadena, to keep this type of record in the course of regularly conducted business activity.

6. It is the regular practice of the business activity to make the records.

Executed in Harris County, State of Texas, on the ___ of January, 2022.

_____
Declarant Trena White

EXHIBIT 14

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

KRISTINE SCHENK, individually and as §
dependent administrator of, and on behalf §
of, STANLEY SCHENK individually, the §
ESTATE OF NATHAN ALEXANDER §
SCHENK, and NATHAN §
ALEXANDER'S heirs-at-law; and §     Civil Action No. 4:20-cv-03799
JENNIFER JACOPS-SCHENK, §
individually, §
§
    Plaintiffs, §
v. §
§
CITY OF PASADENA, TEXAS, and §
RIGOBERTO R. SALDIVAR §
§
    Defendants. §

## GOVERNMENTAL RECORDS DECLARATION

STATE OF TEXAS     §
HARRIS COUNTY     §

    My name is Schone Sotelo. I am an employee of the City of Pasadena, Texas, which is a governmental agency. I am executing this declaration as part of my assigned duties and responsibilities. I declare under penalty of perjury in accordance with the laws of the United States of America and the State of Texas that the following statements are true and correct.

    I am a custodian of records of the City of Pasadena, Texas, and I am familiar with the manner in which its records are created and maintained by virtue of my duties and responsibilities. Defendants' Motion for Summary Judgment exhibits numbered 8-11 and 16-17 consist of governmental records of the City of Pasadena, Texas. These records were made at or near the time of each act or event they depict. It is the regular practice of the City of Pasadena, Texas, for this type of record to be made by or from information transmitted by, persons with knowledge of the matters set forth in them. It is the regular practice of the Texas Department of Public Safety to keep this type of record in the course of regularly conducted governmental activity. It is the regular practice of the City of Pasadena, Texas to make and maintain these records.

    I signed this Declaration on the 12 of January, 2022.

EXHIBIT 14

_____
Declarant Schone Sotelo

EXHIBIT 14