```
1              IN THE UNITED STATES DISTRICT COURT
2             FOR THE SOUTHERN DISTRICT OF TEXAS
3                       HOUSTON DIVISION
4    _____
5    KRISTINE SCHENK, individually
6    and as dependent administrator
7    of, and on behalf of, STANLEY
8    SCHENK individually, the ESTATE
9    OF NATHAN ALEXANDER, and NATHAN
10   ALEXANDER SCHENK'S heirs-at-law;
11   and JENNIFER JACOPS-SCHENK,
12   individually,
13             Plaintiffs,
14        v.                                   Case No.
15   CITY OF PASADENA, TEXAS; and              4:20-CV-03799
16   RIGOBERTO R. SALDIVAR,
17             Defendants.
18   _____
19    VIDEOCONFERENCE DEPOSITION OF SERGEANT CRAIG HAMILTON
20   DATE:          Friday, July 9, 2021
21   TIME:          9:13 a.m.
22   LOCATION:      Remote Proceeding
23                  Dallas, TX 75202
24   REPORTED BY:   Elizabeth Knittle, Notary Public
25   JOB No.:       4667222
```

Page 1

Veritext Legal Solutions
800-336-4000

EXHIBIT 15

```
 1              A P P E A R A N C E S
 2   ON BEHALF OF PLAINTIFFS KRISTINE SCHENK, individually
 3   and as dependent administrator of, and on behalf of,
 4   STANLEY SCHENK individually, the ESTATE OF NATHAN
 5   ALEXANDER, and NATHAN ALEXANDER SCHENK'S heirs-at-law;
 6   and JENNIFER JACOPS-SCHENK, individually:
 7        DEAN MALONE, ESQUIRE (by videoconference)
 8        Law Offices of Dean Malone, PC
 9        Founders Square 900
10        Jackson Street, Suite 730
11        Dallas, Texas 75202
12        dean@deanmalone.com
13
14   ON BEHALF OF DEFENDANTS CITY OF PASADENA, TEXAS; and
15   RIGOBERTO R. SALDIVAR:
16        NORMAN RAY GILES, ESQUIRE (by videoconference)
17        Lewis Brisbois Bisgaard & Smith LLP
18        633 West 5th Street, Suite 4000
19        Los Angeles, California 90071
20        norman.giles@lewisbrisbois.com
21
22
23
24
25
```

Page 2

EXHIBIT 15

```
 1              A P P E A R A N C E S (Cont'd)
 2
 3    ON BEHALF OF SERGEANT CRAIG HAMILTON:
 4         GREG CAGLE, ESQUIRE (by videoconference)
 5         The Cagle Law Firm, PC
 6         5300 Bee Cave Road, Building 1, Suite 240
 7         Austin, Texas 78746
 8         gcagle@caglefirm.com
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1                    EXAMINATION
 2    BY MR. MALONE:
 3         Q    Good morning, sir.  How are you?
 4         A    Doing well, sir.  How are you?
 5         Q    I'm doing well.
 6              Would you please state your full name.
 7         A    Craig Alan Hamilton.
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                                    Page 7
```

```
 1  [REDACTED]
 2
 3
 4
 5
 6
 7
 8       Q    If there had been a written Pasadena policy
 9  in place at the time of the incident requiring
10  issuance of such a warning, you would have included in
11  your report that the failure to issue such a warning
12  violated policy, right?
13              MR. GILES:  Objection; form.
14       A    If there was a strict -- my understanding of
15  the policy would be that when practicable, to issue
16  it.  However, I would not have deemed that situation
17  in the midst of pursuit to be practicable.
18  [REDACTED]
19
20
21
22
23
24
25
```

Page 73

```
 1        Q    And have you ever been evaluated or
 2   related -- excuse me -- graded on your production?
 3        A    Yes.
 4        Q    What does the word "production" mean, based
 5   on your experience at the Pasadena P.D.?
 6        A    The amount of work produced.
 7        Q    And how do you -- how would one evaluate or
 8   quantify the amount of work produced as a law
 9   enforcement officer?
10        A    It -- it depends on the assignment given.
11   Each job is different.
12        Q    What about patrol officer?
13        A    That they are responding to their calls in a
14   timely manner.  That they are seeking out proactive
15   opportunities, you know, when they see laws being
16   broken and observed, would probably be the most -- to
17   define that.
18        Q    And when you say seeking out proactive
19   opportunities, what do you mean?
20        A    That they're patrolling their zones.  That
21   they're being visible.  And if they are seeing
22   something occur, that they take action without being
23   directed to do so.
24   ███████████████████████████████████████████████████
25   ███████████████████████████████████████████████████
```

EXHIBIT 15

```
 1   [REDACTED]
 2
 3       Q    And does production also include somebody
 4   ultimately being criminally charged with an offense?
 5       A    So you're asking does production include
 6   criminal offense charges?
 7       Q    Yes, sir.
 8       A    There is not a way to quantify that, but
 9   again, if officers are following through with their
10   duties and responsibilities, some of that would be
11   represented in charges filed.
12       Q    Okay.  And when you say there is not a way
13   to quantify it, can't you just simply add up the
14   number of charges that were brought over a period of
15   time against people with whom an officer -- whom an
16   officer is arrested or participated in arresting?
17       A    Yes.
18   [REDACTED]
19
20
21
22
23
24
25
```

Page 99

```
 1              CERTIFICATE OF NOTARY PUBLIC
 2              I, ELIZABETH KNITTLE, the officer before
 3    whom the foregoing proceedings were taken, do hereby
 4    certify that any witness(es) in the foregoing
 5    proceedings, prior to testifying, were duly sworn;
 6    that the proceedings were recorded by me and
 7    thereafter reduced to typewriting by a qualified
 8    transcriptionist; that said digital audio recording of
 9    said proceedings are a true and accurate record to the
10    best of my knowledge, skills, and ability; that I am
11    neither counsel for, related to, nor employed by any
12    of the parties to the action in which this was taken;
13    and, further, that I am not a relative or employee of
14    any counsel or attorney employed by the parties
15    hereto, nor financially or otherwise interested in the
16    outcome of this action.                    [signature]
17                                        ELIZABETH KNITTLE
18                                   Notary Public in and for the
19                                              State of Texas
20
21    [X] Review of the transcript was requested.
22
23
24
25
                                                    Page 109
```

```
 1                CERTIFICATE OF TRANSCRIBER
 2           I, LAURA CHERRY, do hereby certify that this
 3     transcript was prepared from the digital audio
 4     recording of the foregoing proceeding, that said
 5     transcript is a true and accurate record of the
 6     proceedings to the best of my knowledge, skills, and
 7     ability; that I am neither counsel for, related to,
 8     nor employed by any of the parties to the action in
 9     which this was taken; and, further, that I am not a
10     relative or employee of any counsel or attorney
11     employed by the parties hereto, nor financially or
12     otherwise interested in the outcome of this action.
13
14                                  _____
15                                           LAURA CHERRY
16
17
18
19
20
21
22
23
24
25
                                                    Page 110
```