| City of Pasadena Law Enforcement | |
|---|---|

| | |
|---|---|
| ***WRITTEN DIRECTIVE*** | Last Revised: 01/21/2020 |
| Subject: ***OPERATIONAL POLICIES, ADMINISTRATION-INTRODUCTION*** | Revised Date: 05/28/2020 |
| | Reference: *TBP – 1.01, 1.05, 1.06, 1.07, 1.09, 2.03, 6.05, 8.10* |

## AI1.1    GOAL AND PURPOSE

This document contains the Rules and Procedures Manual for the City of Pasadena Law Enforcement organizations. Herein after the City of Pasadena Law Enforcement includes the Pasadena Police Department, City of Pasadena City Marshals, and the City of Pasadena Fire Marshals.

The goal of this manual is to define rules and procedures for departmental members not otherwise specified by federal, state, and local law in a user-friendly format that are easy to follow and complete. The purpose of this manual is to establish a system of written rules and procedures to thereby serve as a reference for all members with regard to the proper standards of conduct, whether on or off duty.

### AI1.1.1    COMPLIANCE

City of Pasadena Law Enforcement members are responsible for conducting police operations in a safe, responsible manner, and to comply with applicable federal, state, and local law, as well as police department standards of conduct. Members are defined as all sworn and non-sworn personnel of all ranks. Compliance with the rules and procedures in this manual in the most recent edition is mandatory for all members. Any infractions thereof are grounds for disciplinary action toward all personnel.

### AI1.1.2    OWNERSHIP

This manual is issued by and is the property of the City of Pasadena. Each member is responsible for its security. In the event of separation from City of Pasadena Law Enforcement, members are required to return the manual in all media formats.

### AI1.1.3    LEGAL DISCLAIMER

This manual is for City of Pasadena Law Enforcement use only and does not apply to any criminal or civil proceedings. The rules in this manual shall not be construed as creating a higher legal standard of care or safety in an evidentiary sense with respect to third-party claims. Violations of the material contained herein will form the basis of City of Pasadena Law Enforcement administrative sanctions only.

### AI1.1.4    QUALITY AND CONTINUOUS IMPROVEMENT

Care has been used in the preparation and distribution of this manual. However, should any perceived conflict arise between portions of this manual and any federal, state, or local law, statute or ordinance, such conflicts shall be reported and brought to the attention of the chief's office for formal resolution. Finally, all users should regard this manual as an integral part of a continuous improvement process. Your recommendations for improvement are welcome.

EXHIBIT 16

**AI1.2**     **STATEMENT OF THE CIVIL SERVICE COMMISSION FOR THE CITY OF PASADENA, TEXAS**

The Civil Service Commission of the City of Pasadena, Texas by motion and vote of the commission, does hereby endorse the 2018 restatement of the Pasadena Police Department Rules and Policies manual. It is to be explicitly understood that such endorsement does not bind the Commission in any deliberation in which the Commission may participate concerning the enforcement of such rules and procedures; that it does not limit the Commission in its own rule-making authority; and that it does not give preference to these rules in the event of a conflict among these rules, Civil Service rules and procedures, or Local Government Code 143, municipal Civil Service. It is further understood and acknowledged that this manual contains rules of policy, rules of conduct, rules of procedure, and instructional material, and that it is incumbent upon the Chief of Police to differentiate among them.

The Civil Service Commission solely governs sworn personnel of the Pasadena Police Department and excludes the Pasadena Fire Marshals, the Pasadena City Marshals and their personnel.

**AI1.3**     **GUIDING PRINCIPLES OF THE DEPARTMENT**

In order to ensure a unified effort toward achieving our goals, the department will consistently communicate to all employees the following vision, mission statement, and values which should serve to guide all decisions and actions taken by our members while on the job. Our success, as an organization, will be gauged by our adherence to these guidelines as we strive to promote a safer environment for our citizens. In addition, the conduct of our employees should always be compatible with this guidance in the interest of enhancing the reputation of our department while also strengthening the sense of confidence the community has in its police department.

**AI1.3.1**     **VISION STATEMENT**

The Pasadena Police Department is committed to being recognized as a leader in the law enforcement profession by remaining resolute in our promise to provide exceptional police service to the public.

**AI1.3.2**     **MISSION STATEMENT**

The mission of the Pasadena Police Department is to prevent harm, reduce crime, and protect the public through innovative approaches to crime and traffic safety while remaining steadfast in forging strong community partnerships.

**AI1.3.3**     **DEPARTMENTAL VALUES**

1) Promote democratic values:

   a) Uphold the U.S. Constitution, state laws, & city ordinances
   b) Preserve the liberty of those we serve
   c) All enforcement actions should be administered in an impartial and professional manner

EXHIBIT 16

    d) Maintain commitment to justice and respect for human dignity while demonstrating compassion for all people

2) Improve our community's quality of life:
   a) Deter/prevent crime
   b) Work to remove signs of disorder
   c) Enhance/improve communication between citizens and the police department

3) Strive to provide professional police services at all times:

   a) Provide effective & timely police service
   b) Place the needs of the community and the organization before one's own interest
   c) Always act ethically and with integrity

4) Promote a healthy work environment:

   a) Promote trust among co-workers by engaging in open and honest communication
   b) Work cooperatively with other employees to further the department's objectives
   c) Promote ethical conduct within the organization by striving to do the "right thing" always
   d) Discipline best comes from holding each other accountable for one's actions as measured against the mission of our organization
   e) Demonstrate loyalty to the department at all times
   f) Promote pride through excellent performance individually and as an organization
   g) Develop and promote effective leaders

## AI1.4      AUTHORITY, JURISDICTION, AND ORGANIZATION *(TBP: 1.09)*

The department is established by state law and local ordinance. It consists of a Chief of Police, full and part-time officers, and non-sworn employees, as determined by the mayor and city council. The Chief executive of the police department is the Chief of Police, appointed by and subordinate to the mayor. The Chief, in turn, appoints police officers who are charged with enforcing the laws of the State of Texas and all local ordinances.  Officers must possess their TCOLE peace officer license prior to performing any law enforcement duty or function.

## AI1.4.1      PURPOSE

The purpose of this policy is to describe the jurisdiction and organization of the police department, outline its rank structure, and assign responsibilities, functions, and duties.

## AI1.4.2      AUTHORITY AND AGENCY JURISDICTION *(TBP: 1.05, 1.06)*

Police officers appointed by the city have all the authority granted to them by the State of Texas as Peace Officers. Appointed officers have the responsibility to act within the law, preserve order, arrest offenders, and protect the residents and visitors to our city.

Officers have arrest authority anywhere within the State of Texas; however, the exercise of that authority will be limited when outside the city limits to those situations involving a felony or the use of violence or threatened use of violence against a person, and then only to the extent that the officer is able

EXHIBIT 16

to safely intervene. When off-duty or out of our primary jurisdiction, officers seldom have appropriate equipment, communications, or the assistance needed to properly intervene in dangerous situations. Intervention in these cases may be resolved by calling appropriate authorities and remaining on scene to provide witness information. Officers may intervene and take appropriate police action whether on or off-duty when it is apparent that citizens are in need of immediate police assistance.

Officers have authority to pursue offenders outside the city limits who have committed violations inside the city pursuant to the department's pursuit policy. When investigating a crime that occurred inside the city, officers should utilize their authority to conduct investigations, including interviewing witnesses, interrogating suspects, executing search and arrest warrants, and making lawful arrests without warrants anywhere in the State of Texas.

While officers have full authority to make arrests, issue summonses, and use force in enforcing the law, officers are also expected to use discretion and common sense in the application of this authority. Officers should always seek the least intrusive level of intervention appropriate to preserve the peace and protect the public safety.

## AI1.5    ORGANIZATIONAL STRUCTURE

The City of Pasadena Municipal Ordinances authorize the creation of a police department to be headed by a Chief of Police. The Chief of Police is responsible for directing all activities of the department. This direction is accomplished through written and oral orders as well as by personal leadership. Written orders take the form of general orders, standard operating procedures, and other directives as needed.

The department consists of a police Chief, three (3) Assistant Chiefs, nine (9) Lieutenants, and as many police sergeants and officers as the mayor and city council determines are required to protect and serve the community and otherwise support or carry out the department's objectives.

## AI1.5.1    CHAIN OF COMMAND AND SUCCESSION

The Chief of Police has full control over departmental activities. In the absence of the police Chief, the assistant chiefs shall take command of their respective bureaus and notify the chief of all major decisions that he or she may make. If an assistant chief is not available, the lieutenant over that bureau shall take command until a ranking officer is available, and shall make any necessary reports to the Chief.

Supervisors shall undertake the required details and assignments necessary to carry out the business of the department. Supervisors shall be guided in the assignment of personnel by the number of officers available for duty and the necessity to assign them where they will be most useful.

Plans for any event utilizing departmental personnel will clearly delineate the command structure and outline the span of control.

## AI1.5.2    AUTHORITY AND RESPONSIBILITY

At each rank within the department, personnel are given the authority to make necessary decisions for the effective performance of their responsibilities. The department is committed to fostering an

EXHIBIT 16

organizational climate that rewards employees for initiative, innovation, community involvement, and problem solving.

Each employee shall be held accountable for the use of, or failure to use, delegated authority. Any employee with questions concerning his or her delegated authority shall refer the matter to the on-duty supervisor or the Chief of Police for prompt resolution.

Supervisors will be held accountable for the condition and preparedness of the personnel assigned to them.  They are responsible for the good order and sanitary condition of department offices, vehicles, and equipment.

Supervisors are also responsible for the efficiency, discipline, and morale of employees under their charge.  They shall investigate or cause to be investigated all allegations of employee misconduct and ensure employees have been supplied with and instructed on all orders. Supervisors shall regularly review and instruct subordinates in pertinent laws, ordinances, and necessary skills.

**AI1.5.3        AUTHORITY OF THE CHIEF OF THE DEPARTMENT** *(TBP: 1.07, 8.10)*

As the Chief executive of the department, the Chief of Police has full authority and responsibility for the management, direction, and control of the operation and administration of the department. The Chief of Police shall attend the initial police training provided by the Law Enforcement Management Institute of Texas as required by the Texas Education Code within 12 months of appointment.

The Chief of Police or his designee is the Departmental Homeland Security coordinator, who will maintain relationships with the State Homeland Security office, and other state and federal Homeland Security resources.

**AI1.5.4        ORGANIZATIONAL CHART** *(TBP: 1.01)*

The police department organizational chart denotes chain of command and intra-department relationships.  The organizational chart is reviewed at least annually and updated as necessary to illustrate the current functioning of the department.

**AI1.6        OATH OF OFFICE REQUIRED** *(TBP: 2.03)*

All sworn officers will swear or affirm any oath required by state law or city ordinance before assuming law enforcement duties. All sworn officers shall abide by the Law Enforcement Officer's Code of Ethics. A copy of the law enforcement Code of Ethics is provided to each sworn officer.

Such oath shall be made in public and a signed copy of said oath shall be filed in the officer's personnel file. *(SEE END OF CHAPTER)*

**AI1.6.1        AUTHORITY TO CARRY WEAPONS AND USE FORCE** *(TBP: 6.05)*

Sworn officers who are licensed peace officers of the State of Texas are authorized to carry firearms and other weapons as identified in these directives, and to use force when necessary and to the extent authorized by these orders and state law in enforcing the law and protecting the public.

Page **5** of **8**

EXHIBIT 16

City of Pasadena Law Enforcement

Sworn officers who are off-duty are encouraged to carry firearms in order to take action when necessary to preserve life.  Officers are not to carry any weapon when off-duty if they have consumed or intend to consume any alcoholic beverages.

### Code of Ethics

*As a law enforcement officer my fundamental duty is to serve the community; to safeguard lives and property; to protect the innocent against deception, the weak against oppression or intimidation, and the peaceful against violence or disorder; and to respect the constitutional rights of all to liberty, equality, and justice.*

*I will keep my private life unsullied as an example to all and will behave in a manner that does not bring discredit to me or my agency. I will remain courageously calm in the face of danger, scorn, or ridicule; demonstrate self-restraint; and be constantly mindful of the welfare of others. I will be exemplary in obeying the law and the regulations of my department, this state and of this country.*

*I will never act officiously or permit personal feelings, prejudices, political beliefs, aspirations, animosities, or friendships to influence my decisions. With no compromise for crime and with relentless prosecution of criminals, I will enforce the law courteously and appropriately without fear, favor, malice, or ill will, never employing unnecessary force or violence and never accepting gratuities.*

*I recognize the badge of my office as a symbol of public faith, and I accept it as a public trust to be held so long as I am true to the ethics of police service. I will never engage in acts of corruption or bribery, nor will I condone such acts by other law enforcement officers.*

*I will constantly strive to achieve these objectives and ideals, dedicating myself before God to my chosen profession – law enforcement.*

Page **6** of **8**

EXHIBIT 16

# OFFICIAL OATH

## THE STATE OF TEXAS§
## COUNTY OF HARRIS§
## CITY OF PASADENA§

I, _____, do solemnly swear that I will faithfully execute the

Duties of the office of Police Officer of the City of Pasadena, State of Texas, and to the

Best of my ability preserve, protect and defend the Constitution and the laws of

The United States and of this State, and the Charter and Ordinances of the City of Pasadena:

And I further solemnly swear that I have not directly or indirectly paid, offered or promised

To pay, contributed nor promised to contribute any money or valuable thing, or promised

Any public office or employment as a reward for the giving or withholding the

Office to which I was appointed, SO HELP ME GOD.

_____
(Signature of Cadet)

SWORN to and subscribed before me by Chief _____ in Pasadena, Texas,

This _____ day of _____.

EXHIBIT 16

City of Pasadena Law Enforcement

_____
(Signature of Chief of Police)

_____
Notary Public in and for the State of
Texas

Pasadena 2063

EXHIBIT 16

| City of Pasadena Law Enforcement | |
| --- | --- |
| ***WRITTEN DIRECTIVE*** | Last Revised: 01/21/2020 |
| Subject:<br>***OPERATIONAL PROCEDURES,***<br>***FIELD TRAINING PROGRAM*** | Revised Date: 05/29/2020 |
| | Reference: *TBP – 3.12, 3.13, 3.14, 3.15, 3.16* |

## F1.1        PHILOSOPHY

It is understood that a healthy, effective and sustainable Field Training Program is vital in the furtherance and support of the overall mission of the organization. It is acknowledged that the training, development and continued mentoring of our newest members can have significant implications for the Department in the immediate future and for decades to come. The success of the program requires an agency philosophy and practice of leadership cultivation at every level, and particularly at the FTO position.

## F1.2        FIELD TRAINING PROGRAM AGENCY SUPPORT *(TBP: 3.13)*

It is recognized that the job of field training requires extended work hours along with additional duties and responsibilities for not only the FTO, but also the FTS, and the FTC. These extra requirements are significant and can be both mentally taxing and physically tiring for the FTO. It is also recognized that in order to meet the needs of an effective Field Training program, the FTO must be supported year-round. The agency will see to the support, development, and preparation of the FTO in the months preceding the beginning of a training session and during the training session itself. This level of support will help ensure the success of the program's mission of developing, evaluating, and, upon graduation from the program, mentoring the PPO. Certain areas of support, development, and preparation must be completed throughout the year, prior to a given training session. To this end, the FTO will be assigned to a Field Training Squad on each shift under the supervision of the FTS. These areas of support include, but are not limited to the following:

1) The FTO attending FTO-related training

    a) Make-Ready Core course(s)
    b) TCOLE approved Field Training Officer course
    c) Any developmental training deemed necessary by supervision

2) The FTO scheduling and taking their personal time off
3) The FTS attending training to ensure that the latest evidence-based practices are utilized in the development of the Field Training Program, and all of its participants.

## F1.3        CHAIN OF COMMAND AND STRUCTURE

1) This chain of command is to be adhered to as long as the business being conducted relates to the Field Training Program and its goals. There may be times when the Field Training Commander or a Field Training Supervisor is not available. In this case, a departure from this procedure is permitted if a matter of urgency exists and action must be taken immediately. In most cases, however, time is not a factor and the chain of command should be used.

Page **1** of **19**

EXHIBIT 16

a) Field Training Administrator (FTA)

    i) The position of Assistant Chief of Police for the Uniform Services Bureau is an assignment that is appointed at the discretion of the Chief of Police. This Assistant Chief shall serve as the Administrator of the Field Training Program.

b) Field Training Commander (FTC)

    i) The position of Field Training Commander (FTC) is an assignment that is appointed at the discretion of the Field Training Administrator. The FTC shall be of the rank of Lieutenant, and will be chosen for their leadership, organization, and communication skills. The FTC shall have the duties and responsibility of primary daily oversight of the FT Program and chair the Field Training Board.

c) Field Training Supervisor (FTS)

    i) The position of Field Training Supervisor (FTS) is an assignment that is appointed at the discretion of the FTC, with approval by the Field Training Board. There shall be one FTS assigned, per Patrol Shift. The FTS shall be of the rank of Sergeant, and will be chosen for their leadership, organization, and communication skills. The FTS shall have the duties and responsibility of primary daily oversight of the FT Program on each assigned shift, as well as primary supervision of the Field Training Squad on their respective shift.

2) Outlined below are some of the expectations that come with being part of the Field Training Unit. Also listed are some of the ways the department supports the role of FTS. This assignment is considered a "specialized unit" that comes with extra pay and other incentives. Performance and behavioral expectations are high, because the FTS is expected to set the example for other sergeants, FTOs, PPOs as well as other officers on the shift.

a) FTS will maintain squad's administrative responsibilities (PM, Qualifications, Mandatory block, monthly, etc.)
b) FTS will ensure thorough investigations are being completed on all aspects of the FTO/PPO investigated cases.
c) FTS will endeavor to provide regular training in the field training core areas (Arrest Search & Seizure, CCP, Use of Force, etc.) for FTOs and self
d) FTS is responsible for developing FTOs ability to teach and communicate effectively
e) FTS will be committed to and engaged in the Field Training Program throughout the year
f) Conducts weekly meetings, shift transition meetings, etc.
g) Establishes good communication with shift FTOs, shift FTSs, and FTC (and shift lieutenant when appropriate)
h) FTS will maintain uniform standards of FTOs and themselves
i) FTS will be mindful of behavior and comments on and off-duty (including social media) that could bring reproach to the unit and the organization

EXHIBIT 16

j)  FTS will show a commitment to the fall training session (vacations and training will be coordinated by FTS and Shift Lieutenant in off-season) for FTOs and self

k)  FTS will work toward being specialized in critical areas, including but not limited to:

    i)  Code of Criminal Procedures
    ii)  Arrest, Search and Seizure
    iii) Use of Force
    iv) Investigative Traffic Stops

l)  FTS is responsible for developing themselves and FTOs to their next "level" in the Field Training Level Program, discouraging level stagnancy

m) FTS is responsible for identifying and recruiting officers as FTO candidates

Shift lieutenant will assign an additional shift sergeant to learn about the Field Training Program from the FTS. This sergeant will have no responsibilities in connection with the program other than learning.

### F1.3.1      FIELD TRAINING OFFICER (FTO) *(TBP: 3.13)*

The position of Field Training Officer (FTO) is the primary training assignment for line-level employees. Each FTO shall be selected from the Patrol Officer rank and approved by the Field Training Board. There shall be an adequate number of FTOs assigned to each Patrol Shift to accomplish the training goals. The FTO shall be chosen for their reputation, integrity, proactivity, knowledge, leadership, and communication skills. The FTO shall have the additional duties and responsibility of participation in the Mentor Program.

1)  FTOs shall complete a TCOLE approved Field Training Course or equivalent prior to assuming any FTO responsibilities
2)  While on-duty, FTOs will be readily available to their PPO or Mentee as well as to their supervisors.
3)  FTOs will not engage in public statements, interviews, activity, deliberation, or discussion pertaining to the police department or its policies, which can reasonably be foreseen to impair the discipline, efficiency, public service, or public confidence in the department or its personnel.
4)  FTOs will not criticize or comment derogatorily to anyone including PPOs, or anyone else, while in the presence of subordinates, about instructions or orders they have received from a superior. Any concerns related to orders or department policy should be addressed via the chain of command for resolution.
5)  FTOs should make every effort to provide their PPOs or Mentees with materials, training, and guidance to ensure that the department's mission can be accomplished.
6)  Expectations:

    a)  FTO will hold themselves to a higher standard
    b)  FTO will maintain their administrative responsibilities (PM, Qualifications, Mandatory block, etc.)
    c)  FTO's will produce thorough investigations and demonstrate sound judgement in their decision-making during all investigations.
    d)  FTO will be committed to developing the ability to teach and communicate effectively

Page **3** of **19**

EXHIBIT 16

e) FTO will be mindful of behavior and comments on and off-duty (including social media) that could bring reproach to the unit and the organization

f) FTO will show a commitment to the fall training session (vacations and training will be coordinated by FTS and Shift Lieutenant in off-season)

g) Schedules may need to be adjusted to accommodate PPO training

h) Days off will be configured according to seniority on each shift

i) FTOs will work toward being specialized in critical areas, including but not limited to:

  i)   Code of Criminal Procedures
  ii)  Arrest, Search and Seizure
  iii) Use of Force
  iv)  Investigative Traffic Stops
  v)   Building Search

j) Each FTO will be responsible for participation in the Mentor Program.

**F1.3.2       FIELD TRAINING BOARD**

The FTC shall serve as the chairperson of the Field Training Board, which will serve to oversee the Field Training Program.

1) The Field Training Board will consist of:

  a) Each shift's FTS
  b) Each shift's Commander/Field Training Commander
  c) Operations Commander
  d) Personnel and Training Commander
  e) Assistant Chief of Operations

2) The primary function of the Field Training Board will be to facilitate the Field Training program. This includes but is not limited to:

  a) Reviewing and selecting FTO candidates from shift sergeant majority nominations;
  b) Making policy recommendations;
  c) Collaborating with the Personnel and Training Division to address training needs;
  d) Collaborating with shift supervision regarding logistical issues such as calendar, manpower, and other matters;
  e) Making PPO retention recommendations to the Chief of Police

**F1.3.3       FIELD TRAINING COMMITTEE**

The Field Training (FT) Committee will be an independent body of FTOs selected by the Field Training Administrator and will serve as an advisory and peer review board only.

1) The FT Committee will consist of seven (7) FTOs:

  a) Two (2) FTOs from each shift

Page **4** of **19**

EXHIBIT 16

b)  One (1) additional FTO from any of the three shifts that will serve as the committee chair.
c)  The FTA will replace 1 member of each shift every two years
d)  The committee chair will be replaced at the discretion of the FTA

2)  The FT Committee is designed to be a conduit of information to the FT Board and will have access to the FTC and the FTA. The FT Committee's primary functions will include, but not be limited to:

a)  Building and maintaining a communication network with all police personnel;
b)  Providing feedback from line level FTOs' prospective;
c)  Providing FTO candidate peer reviews to FT Board (see FTO Selection Process);
d)  Serving as a work group for FT program-related projects;
e)  Making policy recommendations to the FT Board;
f)  Facilitation of and assistance with the FT Mentor Program;
g)  Advising FTS of issues, complaints, or emerging problems in a timely manner.

**F1.4          FIELD TRAINING COMPENSATION**

The Field Training Unit Level Pay program is intended to support Field Training Personnel for the additional duties required during a training session and throughout the calendar year in preparation for a training session.

1)  LEVEL PAY PROGRAM

a)  FTO Level 1 ($75 monthly)

    i)   Must have completed 2 years of service with department (post probation) or 5 years of prior law enforcement experience
    ii)  Recommendation of shift sergeant majority (shift lieutenant only votes as a tie-breaker)
    iii) Must complete TCOLE required Field Training Officer course before being assigned a PPO for primary training
    iv)  Selected as an FTO by the FTO board

b)  FTO Level 2 ($100 monthly)

    i)   Must hold an Intermediate Peace Officer Certificate
    ii)  Must have completed seven (7) years of service with the department
    iii) Must have served as an FTO for three (3) PPO classes (post January 1, 2013)
    iv)  Must have completed a TCOLE approved leadership course
    v)   Must have obtained TCOLE Instructor's certificate

c)  FTO Level 3 ($150 monthly)

    i)   Must have achieved FTO Level 2 status
    ii)  Must hold a Master Peace Officer Certificate
    iii) Must have completed ten (10) years of service with the department
    iv)  Must have served as an FTO for five (5) PPO classes (post January 1, 2013) Must have completed Supervisor Training course (TCOLE Course #3737)

EXHIBIT 16

    v)  Must have instructed one (1) departmental FTO-related TCOLE approved course

d)  FTS Level 1 ($75 monthly)

    i)  Must hold an Intermediate Peace Officer Certificate
    ii)  Must have completed eight (8) years of service with department
    iii) Selected as an FTS by the FTO board
    iv) Must have completed 40 hours of TCOLE approved leadership training

e)  FTS Level 2 ($100 monthly)

    i)  Holds an Advanced Peace Officer Certificate
    ii)  Must have completed twelve (12) years of service with the department
    iii) Must have served as an FTS for two (2) PPO classes (post January 1, 2013)
    iv) Must have completed a TCOLE approved leadership training within previous two (2) years

f)  FTS Level 3 ($150 monthly)

    i)  Must hold a Masters Peace Officer Certificate
    ii)  Must have completed fifteen (15) years of service with the department
    iii) Must have served as an FTS for three (3) PPO classes (post January 1, 2013)
    iv) Must have TCOLE Instructor certificate
    v)  Must have instructed one (1) departmental FTO-related TCOLE approved course
    vi) Must have enrolled in an advanced leadership program (LEMIT or FBI LEEDA) or served 15 years or more at the rank of sergeant

g)  FTC Pay ($150 monthly)

    i)  Must have completed one (1) PPO training session as FTC
    ii)  Must have completed TCOLE approved FTS course
    iii) Must have completed or enrolled in advanced leadership program (LEMIT or FBI LEEDA)
    iv) Must be recommended by Operations Assistant Chief

2)  COMPENSATION TIME ALLOTMENT

a)  FTO compensation time:

    i)  An FTO will accrue compensation time at a rate of two hours per training day when the FTO is training a PPO during a training session only. FTOs will not accrue this compensation in any Mentor-related assignments.

b)  FTS compensation time:

    i)  An FTS will accrue compensation at a rate of six hours per week during a FTO/PPO training session only. FTSs will not accrue this compensation during any Mentor-related assignments.

**F1.5**               **SELECTION OF FIELD TRAINING OFFICERS**

EXHIBIT 16

1) Identification of Field Training Officers

   a) It is the policy of the Pasadena Police Department that all employees receive training mandated by the state and adequate instruction in all areas required for the performance of specific tasks assigned to the Department's officers.
   b) Officers receive their basic peace officer training in the police academy setting. While this training is essential to the making of a competent police officer, additional training is needed to familiarize any officer, regardless of prior experience, with the operational policies, procedures, and practices of this department and this community.
   c) This training takes place during a field-training program. Experienced officers who have been selected and trained as FTOs are used to instruct new officers to ensure that our officers are trained and capable of performing their duties.
   d) The position of FTO is an assignment at the discretion of the Field Training Commander (FTC). New FTOs will be chosen for their leadership, integrity, teaching ability, and patrol skills. FTOs must meet all of the currently mandated minimum requirements as set forth by the Field Training Board, prior to the assignment of any PPO to that FTO.

2) Selection Process

   a) Shift Supervision Nomination:

      i) The officer requesting an assignment to the FTO program will present an IOC in writing to the shift FTS.
      ii) The FTS will present the prospective FTO to all Patrol Sergeants on the respective shift, and ensure that the prospective FTO has the recommendation of the majority of those shift Sergeants to be considered for an FTO assignment. If the person does not garner the majority recommendation of the Patrol Sergeants, they will not be considered as a prospective FTO. In the event of a tie, the shift lieutenant's vote will be the tiebreaker.

   b) If the prospective FTO has the majority recommendation of the shift sergeants on his/her shift, the FTS will then forward the candidate's IOC request and shift sergeant recommendation to the Field Training Commander.
   c) If the candidate does not receive a majority recommendation of the shift sergeants on his/her shift, the FTS will complete a Shift Sergeant Feedback form, the content of which will be comprised of a consensus of the shift sergeants' assessment of the candidate. The feedback will be constructive in nature, detailing strengths and deficiencies, and will be designed to develop the candidate.
   d) Upon completion, the feedback form will be forwarded to the Field Training Commander for approval. The form will be kept on file in the Chief's office, and it will be made accessible to the respective candidate.

3) Field Training Committee Peer Review

   a) The Field Training Commander will submit the shift sergeants' recommendation to the Field Training Committee for a peer review.

EXHIBIT 16

b) The Field Training Committee via the committee chair will complete a Peer Evaluation form, the content of which will be a consensus opinion of the Committee. The feedback will be constructive in nature, detailing strengths and deficiencies, and will be designed to develop the candidate.

c) The completed peer evaluation will be forwarded to the FTC.

4) Field Training Board Presentation

a) The Field Training Commander will present the candidate to the Field Training Board. The presentation will include pertinent information about the candidate, which will include, but is not limited to:
   i) Job performance / Evaluations
   ii) Integrity
   iii) Complaint History
   iv) Prior discipline
   v) Work ethic
   vi) Verbal and written communication skills
   vii) Field Training Committee's Peer Review

b) The Field Training Board will vote whether the candidate is Ready, Not Ready, or Ready for the FTO Wait List.

c) If the candidate is deemed Not Ready, The Field Training Commander will complete a Field Training Board Candidate Feedback form, the content of which will be a consensus opinion of the Board. The feedback will be constructive in nature, detailing strengths and deficiencies, and will be designed to develop the candidate.

d) Final approval of the candidate must be obtained by the Chief of Police or his designee.

e) All feedback forms will be retained in the Chief's office in the Field Training Officer/Mentor Program files available for review by the candidate upon request.

**F1.5.1     ASSIGNMENT OF FIELD TRAINING OFFICERS**

The Field Training Officer (FTO) is an assignment in the Field Training Unit. It shall be the responsibility of the Field Training Commander to ensure an adequate balance of FTOs per Patrol shift. An FTO shall only be an officer who is assigned as a full-time patrol officer, who is assigned to the Field Training Squad on their respective patrol shift.

To ensure that an adequate number of FTOs are assigned to each shift to accomplish the goals and objectives of the Field Training Unit, there will be a protected number of shift bid slots per shift. There will be 8-10 protected shift bid slots per shift for the assignment of FTOs. The bid of FTO personnel shall be done in accordance with the Annual Shift Bid for patrol. Days off for FTO personnel shall be determined in accordance with their departmental seniority and based on the needs of their respective shift, just as any patrol officer assigned to that shift.

There will be one Field Training Supervisor per shift with responsibility of supervising the Field Training Squad. This single Field Training Squad Supervisor slot will be established on each shift in accordance with the Annual Shift Bid for Patrol Sergeants. Field Training Supervisors may select the shift of their preference in the Annual Shift Bid according to their seniority among the other shifts' Field

Page **8** of 19

EXHIBIT 16

Training Squad Supervisors. An FTS's scheduled days off shall be determined in accordance with the departmental seniority of that Sergeant and the needs of their respective shift.

### F1.5.2 CONDUCT OF FTU MEMBERS

1) The relationship between the FTO and the new officer is a student/teacher and/or supervisor/subordinate relationship. As part of this relationship, the following is expected:

   a) While a PPO is going through the Field Training Program or Mentor Program, Field Training Unit personnel will not associate with or socialize with the probationary police officer when he/she is off duty, nor have any social media contact with PPO.
   b) Field Training Unit personnel will maintain a professional relationship with PPOs at all times. Field Training Personnel will not enter into or attempt to enter into any sexual, romantic, or dating relationship with any PPO while in the Field Training Program or Mentor Program.
   c) Field Training Unit personnel will not make discriminatory, inappropriate or sexual remarks or make advances towards any PPO. Field Training Unit personnel will abide by all City and Department policies.
   d) Field Training personnel will not live with or enter into any financial arrangements with PPOs in the program.
   e) If an FTO or FTS is related to a PPO or if he/she had a special relationship with the PPO that began before the PPO was in the program, the FTS or FTC must be advised of this. Consideration can then be given to placing the student with another FTO or FTS other than the person of the special relationship. This requirement is intended to eliminate allegations of possible bias by the FTO or FTS regarding the PPO.

### F1.5.3 REMOVAL / TERMINATION PROCEDURE

If any member of the Field Training Unit is unable to perform at the level required by the Field Training Program, the FTC shall present to Field Training Administer any evidence of sub-standard or unsatisfactory performance, or violations of policy. The FT Administer will make recommendations to the Chief of Police or his designee to retain or remove that FTS/FTO from the Field Training Unit. Any member removed from the Field Training Unit will be reassigned at the discretion of the Chief of Police, based on Departmental need.

### F1.6 PPO TERMINATION PROCEDURE

1) If, during any phase of training, it is concluded by a consensus of the Field Training Unit personnel that a PPO should be recommended for termination, it then becomes necessary that all information having bearing on the eventual decision be gathered. A memorandum from the Field Training Supervisor summarizing the PPO's performance reflecting positive, as well as negative aspects of his/her work, shall be directed to the FTC and shall include recommendations concerning retention or dismissal. This information shall be held in strict confidence.

   a) Only after the Field Training Commander and the Assistant Chief of the Field Training Program have reviewed all reports on file, may a recommendation for termination of a PPO be made to the Chief of Police.

Page **9** of **19**

EXHIBIT 16

b) If, after reviewing the reports and facts presented, the Chief concurs with the recommendation for termination, the PPO will be notified by the Chief or his designee.

c) Even though the PPO may elect to resign, all memoranda, reports, and evaluation material shall be completed and maintained in the PPO's file for future reference.

d) The PPO's training file is confidential and shall be reviewed only by personnel connected with the Field Training Program. Others requesting review of any such file shall first secure approval from the Chief of Police. Agencies conducting background checks for employment must have a release signed by the PPO and approval from the Chief of Police prior to accessing any training files.

## F1.7        PROBATIONARY POLICE OFFICER FIELD TRAINING PROGRAM

The mission of the Pasadena Police Department's Field Training Program is to enhance the professionalism of law enforcement in serving the community.

The Pasadena Police Department's Field Training Program is intended to guide a probationary police officer's (PPO) transition from the academic setting to the performance of patrol duties of the department. The PPO will be assigned to a Field Training Officer (FTO). It is the responsibility of the FTO to review the field-training guide with the PPO and to demonstrate proper patrol procedures. PPOs will be required to perform various law enforcement duties under the guidance and supervision of the assigned FTO and Field Training Commander/Supervisor (FTC/FTS). The PPO's performance will be evaluated daily by the FTO and monitored by the FTS and FTC through End of Week Evaluation Reports.

The program is designed to create a positive environment in which learning is maximized and students are able to perform to the best of their ability. The approach is meant to be fair, firm, friendly, and, above all, professional. Evaluation must be sincere and given in a straightforward manner, emphasizing the positive as well as the negative aspects of the performance. At no time, should PPOs be demeaned or ridiculed.

The Chief of Police and the Field Training Program personnel have a responsibility to the community they serve to train and retain only the most competent and professional officers. If the PPO fails to pass all aspect of the Field Training Program, that student is subject to termination from the department.

## F1.7.1        GOALS AND OBJECTIVES OF THE PROGRAM

1) The Field Training Program is a complex management system with the goal of improving the overall effectiveness and efficiency of the Department. To achieve this goal, the Program has established the following objectives:

   a) To improve the overall applicant screening process: The Field Training Program is one phase of the Department's overall applicant screening process. It has been designed to extend the department's selection process to include on the job observation.

   b) To establish a probationary police officer appraisal system: The Field Training Program is designed to provide a valid, job related, post-academy evaluation of a PPO's performance. The system uses a standardized and systematic approach to the documented measurement of performance.

EXHIBIT 16

c) To establish a program review procedure: The Field Training Program provides an appraisal system to measure the effectiveness of the department's selection and training process by allowing input and feedback from Field Training Unit members as to the strengths and weaknesses of the program.

d) To improve the PPO training process: The Field Training Program provides post academy, on the job training to PPOs. FTOs serve as role models to new officers in the development of the knowledge/skills/abilities needed to perform patrol duties.

e) To establish career opportunities within the Patrol Division: The Field Training Program is a career path within the Patrol Division. While performing the duties of a FTO, the officer gains experience and knowledge, which increase his leadership/evaluation skills and enhance career opportunities.

f) To establish an improved Mentor/Remedial/Re-orientation Program for the Department: The Field Training Program provides a system to train and evaluate the performance of officers returning from extended leave, re-appointed to the department, or newly transferred to the Uniform Division, or those deemed as requiring additional training/mentorship.

## F1.8        FIELD TRAINING FLEET

The Field Training Unit will be assigned a fleet separate that of the patrol fleet. Field Training fleet vehicles will be assigned to FTOs and FT Supervisors via departmental seniority by the department's Fleet Division. If an FTS or FTO leaves the Field Training Unit for any reason, the outgoing FTS/FTO's assigned Field Training Fleet vehicle will be assigned to FTS/FTO that fills their vacancy.

## F1.09        FIELD TRAINING FILE *(TBP: 3.15)*

1) The Field Training Commander is responsible for starting a training file for each new trainee. The Field Training File is a composition of documentation of the performance (positive or negative) of a PPO. The information in the file shall be treated as confidential. The Field Training File will be open to the following personnel:

   a) Chief of Police
   b) Assistant Chiefs of Police
   c) Field Training Commander
   d) Field Training Supervisors
   e) Personnel and Training Commander

2) Express permission from the Assistant Chief of the Operations Bureau must be obtained before files are made available to anyone else.

   a) The FTOs are responsible for ensuring that the appropriate documentation is placed in the PPO's file. It is the Field Training Supervisor's job to ensure that the following documents or copies of the documents are included in the Field Training File:

      i) Daily Observations Reports (Due prior to FTO going off-duty)
      ii) End of Week Evaluation Reports (This report will be due no later than the end of the week following the week being documented in the End of Week Evaluation Report prior to the PPO/FTO/FTS going off-duty)

EXHIBIT 16

     iii) End of Phase Summary Reports (Due no later than the end of a training phase prior to the PPO/FTO/FTS going off-duty)

     iv) Any other necessary documentation

**F1.10       STRUCTURE OF THE FIELD TRAINING PROGRAM (PHASES)** *(TBP: 3.16)*

The Field Training program will be divided into phases, which the new officer will be required to pass. The phases of the Department's Field Training Program are outlined below.

1) Phase 1 is a 200-hour phase taught over the course of 5 weeks. The PPO will be assigned to a specific shift and FTO during this phase. This phase is primarily instructional. The first week of this phase is an observation period. During the observation week, the FTO is responsible for 100% of the workload. The PPO will spend this time observing the FTO and other officers during their normal course of duty. However, at any time during this period, the PPO may begin training and taking action under the direction of the FTO. The purpose of this week is to familiarize the PPO with the normal duties of a solo patrol officer as well as providing an opportunity to focus on orientation and radio traffic in a low stress environment. The PPO is not evaluated during the observation period. The PPO is responsible for approximately one-third of the total workload on this phase.

    a) To pass Phase one, the new officer will be required to demonstrate acceptable performance on all required categories of the DORs as indicated by the task emphasis designator, complete all of the assigned Tasks for the phase. The aforementioned must be accompanied by a minimum of 75% of the total DORs completed by the same FTO.

    b) If a PPO is incapable of completing the phase in the time allotted, then the PPO may be extended up to two one-week rotations within the phase.

2) Phase Two is a 160-hour phase taught over the course of 4 weeks. The PPO will be transferred to another patrol shift and assigned to a different FTO during the period of this phase. This phase is primarily instructional. The PPO is responsible for approximately two thirds of the total workload on this phase.

    a) To pass Phase 2, the PPO will be required to demonstrate acceptable performance on all required categories of the DORs as indicated by the task emphasis designator, complete all of the assigned Tasks for the phase. The aforementioned must be accompanied by a minimum of 75% of the total DORs completed by the same FTO.

    b) If a PPO is incapable of completing the phase in the time allotted, then the PPO may be extended up to two one-week rotations within the phase.

3) Phase Three is a 160-hour phase taught over the course of 4 weeks. The PPO will be transferred to the last patrol shift and assigned to a different FTO during the period of this phase. This phase is primarily instructional. The PPO is responsible for all of the workload on this phase.

    a) To pass Phase 3, the PPO will be required to demonstrate acceptable performance on all required categories of the DORs as indicated by the task emphasis designator, complete all of the assigned Tasks for the phase. The aforementioned must be accompanied by a minimum of 75% of the total DORs completed by the same FTO.

EXHIBIT 16

    b) If a PPO is incapable of completing the phase in the time allotted, then the PPO may be extended up to 2 one-week rotations within the phase.

4) Phase Four is a 40-hour phase completed over the course of 1 week. The PPO will be assigned to any shift and a FTO during the period of this phase. The assigned Phase 4 FTO must be one who was not the primary FTO assigned to this PPO for any of the previous 3 phases. This phase is primarily an observation/evaluation phase. The PPO will be operating at a 100% level and the FTO's responsibility is to override the PPO only in the event of an emergency. To pass Phase 4, the PPO will be required to demonstrate acceptable performance on all categories of the DORs, complete all of the assigned Tasks for the phase. The aforementioned must be accompanied by all DORs completed by the same FTO.

    a) If a PPO is incapable of completing the phase in the time allotted, then the PPO may be extended up to one additional week of remedial training within the phase.

5) Phase Five is a 40-hour phase taught over the course of 1 week. The PPO will be assigned to any shift and a FTO during the period of this phase. The assigned Phase 5 FTO must be one who was not the primary FTO assigned to this PPO for any of the previous 4 phases. This phase is primarily an observation/evaluation phase. The PPO will be operating at a 100% level and the FTO's responsibility is to override the PPO only in the event of an emergency. To pass Phase 5 the PPO will be required to demonstrate acceptable performance on all categories of the DORs, complete all of the assigned Tasks for the phase. The aforementioned must be accompanied by all DORs completed by the same FTO.

    a) If a PPO is incapable of completing the phase in the time allotted, then the PPO may be extended up to one additional week of remedial training within the phase.

## F1.10.1      FIELD TRAINING GUIDELINES

1) Court Attendance - While the PPO is in the Field Training Program, the FTO is required to attend court with the PPO whenever the PPO goes to court on a police-related matter. The FTO will utilize the court appearance to demonstrate, train and evaluate. Attendance and performance in court should be documented on the next DOR.
2) Performance of police functions by PPO outside of presence of FTO:

    a) PPOs should take all reasonable precautions to avoid situations that might require them to take police action when the FTO is not present.
    b) This might include stopping for meals, errands, or in other public places while in uniform on the way to and from work.
    c) If a PPO is required to take police action outside of the presence of the FTO, he/she shall immediately advise the FTO or FTS (or on-duty supervisor if neither the FTO nor FTS is available).

3) Field Training Scenarios - Students will always be told when a training situation is a mock situation.

    a) Training scenarios will be done only with Field Training Supervisor approval.

EXHIBIT 16

b)  Loaded weapons will never be used in a training scenario. The lead instructor will assign one of the instructors to do a weapons check of all instructors and PPOs at the training.

**F1.10.2        TRAINING EVALUATION OVERVIEW** *(TBP: 3.14, 3.15)*

During the Field Training process, PPOs must be guided, directed, and made aware of their progress through written evaluations. In this model, the written evaluations include Daily Observation Report (DOR), Additional Training Summary, End of Week Evaluation Report, and End of Phase Summary. These evaluations must be consistent, objective, and administered in a manner that promotes good performance and progress throughout the program. The learning goals and performance objectives in the field training manual, the judgment used by the PPO, and the skills, knowledge, and competency demonstrated in performing the job-related duties of a patrol officer will serve as the basis for these evaluations. References for completion of DOR's can be found in the Critical Performance Tasks Reference Checklist.

At least once annually, the FTC and FTS's will meet with all FTOs to review the conduct of the FTO Program. A report will be generated and presented to the Field Training Administrator for recommendations on program changes or accuracy.

1)  The Process:

    a)  Each PPO shall be evaluated in a number of categories which, when taken together, reflect the totality of the job for which the PPO was hired (these categories are designed to reflect general law enforcement patrol duties).
    b)  Evaluation of the PPO's performance and is recorded on the Daily Observation Report (DOR).
    c)  Each DOR shall be completed by the FTO, by the end of each training day.
    d)  The DOR, once complete, will be reviewed and signed by the PPO.
    e)  Once signed by the PPO, the DOR will then be signed by the FTO and forwarded to the FTS for approval.
    f)  The FTS will review the DOR, ensure it is complete and then forward it to the FTS by approving the DOR for each training day.

2)  Standardized Evaluation Guidelines (SEGs):

    a)  SEGs should be based on the behavioral anchor approach, which uses Behavior Anchored Ratings. Ratings are based upon the employee's performance as measured against Performance Categories/Standardized Evaluation Guidelines. The SEGs have been established to ensure each FTO's rating of a student will be equal and standard throughout the program. They are designed to provide a definition, in behavioral terms, of various levels of performance. Standardized Evaluation Guidelines are provided for every category.
    b)  Reference/Rating points must be articulated to explain the rationale supporting a numerical score.
    c)  The language in the Performance Categories SEGs cannot include everything that would represent the various levels of performance. As such, the FTO should choose the most

Page **14** of **19**

EXHIBIT 16

appropriate area of the given SEGs to reflect any job performance ratings not specifically covered.

3) Rating Behavior/Performance:

   a) Each category (listed on the Daily Observation Report) is accompanied by a set of Performance Categories SEGs. This agency uses the "San Jose Model" which has been adapted as the POST program in the majority of states.

   b) The Department uses a rating scale with 6 points. All students are evaluated utilizing the solo patrol officer standard as "Unacceptable, Acceptable or Exceptional". We have also added the "Performance Task Reference Number" (PTRN), to support each rating on the 6-point scale.

   c) The FTO's role is to examine the PPO's performance and choose the appropriate description as provided in the relevant Performance Categories SEG. The FTO selects the description that "fits" the behavior that they are evaluating, i.e., 1, 4, 6, or "NO" anchor.

   d) FTOs' evaluations on the Daily Observation Reports will contain a numerical rating. This rating should reflect the PPO's ability to perform as a Solo Patrol Officer, not as a reflection of the FTO's opinion of their progress compared to other PPOs on a similar phase. These numerical ratings should be backed up by objective documentation of actual performance by the PPO on that day.

   e) PPO performance deemed as having a rating of "Unacceptable" shall be accompanied by documentation of examples of specific actions of the PPO on that training day. (1, 2, or 3 on point scale)

   f) "Acceptable" PPO behavior shall be assigned scale values that are based on actual performance by the PPO on that day. (4 or 5 point scale)

   g) PPO performance deemed as having a rating of "Exceptional" shall be accompanied by documentation of examples of specific actions of the PPO on that training day. (6 on the point scale)

   h) The value assigned to performance where additional efforts have been undertaken and the new officer has not responded to training, shall be assigned a rating of "PTRN" and the deficiency thoroughly documented in the corresponding DOR.

4) Evaluation Documentation:

   a) To make the most effective use of the narrative portions of written evaluations, it is important for the FTO and FTS to remember four "goals" of documentation. To meet these goals, the documentation should be:

      i) Clear
      ii) Concise
      iii) Complete
      iv) Correct

5) The Field Training Supervisors are responsible for completing an End of Week Evaluation Report for every PPO assigned to the program. This report will be due no later than the end of the week following the week being documented.

EXHIBIT 16

    a) End of Week Evaluation Reports shall reflect the Supervisor's observations and review of DORs, other officer's and supervisor's remarks, written reports from the student, etc. The report will reflect the student's performance with the Supervisor providing another independent evaluation.

    b) The Supervisor or Commander review will reinforce program guidelines and provide an evaluation of the FTO as an instructor.

6) At the end of each phase, a Field Training Supervisor will complete an End of Phase Summary for every PPO assigned to the program. This report will keep track of the overall performance of the PPO as well as serve as a record for their progress in the program and will be due no later than the end of a training phase prior to the PPO/FTO/FTS going off-duty.

7) Progress, End-Of-Phase, and Phase Transition Meetings:

    a) FTSs will schedule regular progress and End-of-Phase meetings.

    b) Each PPO shall attend at least one progress meeting, scheduled to coincide with the mid-point of each training phase.

    c) Each PPO shall attend an End-of-Phase meeting, as scheduled by the FTS. This End-of-Phase meeting should take place during the last week of each phase, as a means to ensure the PPO, FTO, and FTS are all aware of the strengths, weaknesses, and progress of the PPO to that point.

       i) PPOs and FTOs must attend all training meetings as scheduled by the FTS. The FTS may excuse them when proper needs are present.

       ii) The Field Training Commander will coordinate a Phase Transition meeting upon the completion of each phase of the Field Training Program. During these meetings, the FTS on each shift will be present and will discuss with one another and with the FTC the status and progress of each PPO.

       iii) PPOs and FTOs will be prepared to discuss any aspect of the ongoing training. They should be able to assist other FTOs with training ideas and program improvements.

## F1.11     FRATERNIZATION RESTRICTED

1) FTOs shall not engage in inappropriate communications, dating, or sexual relationships with PPOs during the entirety of the Field Training Program and the Probationary Police Officer Mentor Program, which could adversely influence good order and discipline, or degrade or threaten to degrade the character or status of the position that the training officer holds.

    a) For the purpose of the policy, entirety of the Field Training Program means successful completion and graduation from of all four phases of the Field Training Program.

    b) The entirety of the PPO Mentor Program means the Probationary Police Officer's completion of probation.

2) The Pasadena Police Department prohibits sexual or dating relationships where there is an institutional power difference between the parties involved, for example, between an FTO or FTS who acts as a direct supervisor to a PPO. Association with this form of supervisor/subordinate fraternization may cast doubt on the objectivity of the FTO and the evaluation provided, and may result in claims of sexual harassment and questions about the voluntariness of the relationship.

3) Likewise, an FTO assigned as a Mentor to a PPO creates an institutional power difference between the parties by virtue of the fact that the Mentor makes recommendations to the FTS regarding the

Page **16** of **19**

EXHIBIT 16

development and career path of the PPO, which can likely affect the PPO's evaluation and future in the department.

4) All FTO/FTS shall complete a written agreement involving the Fraternization policy prior to being accepted into the FTO Program (Fraternization Acknowledgment form). Violating any of the Fraternization agreement or Field Training Officer Program written policies could result in disciplinary action, which include being removed as an FTO/FTS at the sole discretion of the Chief of Police with the decision being final.

## F1.12          MENTOR PROGRAM

### F1.12.1          PURPOSE

This section establishes uniform regulations concerning the Mentor Program, established by the Pasadena Police Department. The Mentorship program will fall under the oversight of the Field Training Program, regardless of whether the mentee is a probationary employee. Members will adhere to the guidelines and requirements established herein to ensure the facilitation of a partnership in an evolving learning relationship focused on meeting mentee and mentor learning goals and objectives.

A key tenet of the Mentor Program is the belief that the most effective learning is that which takes place in authentic, real-life (or life-like) situations. As such, training in the Mentor Program should be performed in a co-worker/peer relationship, where possible. All aspects of the Mentor Program will be performed by members of the Field Training Program.

### F1.12.2          PROCEDURES FOR USE OF THE MENTOR PROGRAM

1) Members who participate in the Mentor Program, either as a Mentor or Mentee, should understand that the goal of the program is to foster a productive and positive learning environment that leads to development of employees in the professional advancement of their career with the Department. This shall be accomplished by:

   a) Confidentiality shall be maintained at every level of the program. Only those involved in the program shall have access to any information about a mentee's performance or progress, except in cases where an exception is made by the mentee or the Chief of Police.
   b) Mentors will offer direct advice, training, and information on:

      i) Accomplishing professional goals and objectives;
      ii) Information and professional advice on potential chances for advancement;
      iii) Developmental intervention regarding socially acceptable work behaviors;
      iv) Professional conduct regarding disciplinary or corrective action as directed by a supervisor;
      v) Remedial training in areas identified by the mentee, mentor, or supervisors;
      vi) Other duties, as assigned.

### F1.12.3          PPO MENTORSHIP

1) Once a Probationary Police Officer (PPO) completes the Field Training Program, they shall be assigned to the Mentor Program for the remaining time of their probationary period. Assignments shall be made as:

Page **17** of **19**

EXHIBIT 16

a) Each PPO will be assigned a Mentor from the FTO pool who works the same shift. Efforts should be made to match FTOs with PPOs whose strengths and weaknesses complement each other.

b) The Mentor shall meet with the PPO on a regular basis, providing opportunities for the PPO to ask questions, seek guidance, and get clarification in areas where assistance is needed.

c) Mentors shall work to identify areas of needed improvement for PPO and work with the FTS to get additional specific training if necessary.

d) Monthly meetings should be scheduled between the Mentor, Mentee, and the Shift Supervisor to ensure that the process is working to accomplish its goals.

## F1.12.4     NON-PROBATIONARY POLICE OFFICER MENTORSHIP

1) In the event a member of the Department who is not a Probationary Police Officer (PPO), but is identified as in need of a Mentor, the FTS shall assign a Mentor from the program to that Officer. The time for the mentorship will be determined on a case-by-case basis by the FTS, Mentor, and Mentee. Examples of this type of mentorship include:

a) An officer who is transferring to patrol from an extended time in a non-patrol assignment. The goal of this type of mentorship would most commonly be to re-orient them with patrol procedures, processes, and equipment.

b) An officer who is struggling in any area, or wishes additional professional development and seeks out the guidance of a mentor, voluntarily.

c) An officer who, through the recommendation of Departmental Leadership, has been assigned into the Mentorship program to correct unacceptable or sub-standard behavior or performance. This could be because of disciplinary action, or supervisory intervention.

d) Any member who seeks to promote to the next higher level of rank from their current assignment, and voluntarily requests to have a mentor. This mentor should come in the form of a mentor of one in that (or higher) rank, to help guide him/her in professional development.

## F1.12.5     DOCUMENTATION

Regardless of the circumstances that lead to the officer entering the Mentorship program, documentation of the progress should be completed. This documentation will be forwarded by the Mentor to the FTS, for retention. Documentation should be completed as follows:

1) For PPO mentees:

a) The documentation should be filed along with the Field Training records. These records shall be kept confidential, with the same requirements as those set forth in the FT Manual.

b) Documentation should consist of monthly documentation by the FTS on the progress of the PPO from a trainee to a self-sufficient, solo patrol officer. Including, but not limited to:

  i) Strengths
  ii) Weaknesses
  iii) Additional training recommended by Mentor
  iv) Additional training completed

EXHIBIT 16

v)  Career goals and clearly defined milestones and objectives
vi) Remedial training recommendations, completed, and effectiveness
vii) Other documentation, as needed.

2)  For Non-Probationary mentees *(returning to patrol)*:

a)  The documentation should be forwarded to the FTS, and retained in the employee file of the mentee. These records shall be kept confidential, with the same requirements as those set forth for all other employee records. The only exception being that any mentor shall be given access on an as-needed basis.
b)  Documentation should contain information on the progress of the mentee toward returning to a self-sufficient, solo patrol officer. Including, but not limited to:

i)  Any formal and informal training completed such as:

(1) Training on MDC use;
(2) MVR/Body Cam use and policy;
(3) Booking procedures; Etc.

ii)  Other documentation, as needed.

3)  Non-Probationary Mentees assigned to the program for behavioral or performance reasons:

a)  The documentation should be filed along with the disciplinary or supervisory intervention records. These records shall be kept confidential, with the same requirements as those that govern the disciplinary/SI records.
b)  Documentation should consist of weekly, bi-weekly, monthly or as-needed reports to the FTS on the progress of the mentee in the areas identified as in need of mentorship. Documentation frequency will be determined on a case by case basis by the FTS and Mentor, taking into consideration the needs of the mentee including, but not limited to:

i)  Strengths
ii)  Weaknesses
iii) Additional training recommended by Mentor
iv) Additional training completed
v)  Progress on clearly defined milestones and objectives
vi) Remedial training recommendations, completed, and effectiveness
vii) Other documentation, as needed.

4)  Mentees expressing an interest in promoting beyond their current rank or voluntarily seeking development:

a)  No documentation is necessary; however, regular and consistent communication of goals and objectives should be maintained.

EXHIBIT 16

| City of Pasadena Law Enforcement | |
|---|---|

| | |
|---|---|
| ***WRITTEN DIRECTIVE*** | Last Revised: 05/28/2020 |
| Subject:<br>***OPERATIONAL POLICIES,***<br>***USE OF FORCE*** | Revised Date: 08/25/2020 |
| | Reference: *TBP – 3.01, 3.02, 3.04, 3.06,*<br>*6.01, 6.02, 6.03, 6.06, 6.07, 6.08, 6.09,*<br>*6.10* |

## U3.1      POLICY *(TBP: 6.07)*

This department values the protection and sanctity of human life. It is the policy of this department that members use only force reasonably necessary to bring an incident under control while protecting the lives of the member and others.  If a member employs the use of physical force (other than the routine use of handcuffs or use of physical control techniques) or uses any impact, electrical, or chemical weapons, or discharges any firearm, which causes injury to the subject or complaint of injury from the subject, the member shall provide medical aid following the encounter.

The use of force must be objectively reasonable. The member must use only the force that a reasonably prudent member would use under the same or similar circumstances. The member's actions will be reviewed based upon the information known to the member at the time the force was used. Information discovered after the fact will not be considered when assessing the reasonableness of the use of force. Members are prohibited from using any force as a means of punishment or in the process of an interrogation.

## U3.2      PURPOSE

The purpose of this policy is to provide law enforcement members of this agency with guidelines for the use of deadly and non-deadly force. Nothing in this policy is intended to create any benefit for third parties, nor does this policy set forth a higher standard of care with respect to third party claims.

## U3.3      DEFINITIONS *(TBP: 6.01, 6.02)*

**Deadly Force**: Any use of force that creates a substantial risk of causing death or serious bodily injury.

**Non-Deadly Force:** Any use of force other than that which is considered deadly force. Non-deadly force includes, but is not limited to, handcuffing and any physical force, effort, or technique used against another.

**Serious Bodily Injury:** "Serious bodily injury" means bodily injury that creates a substantial risk of death or that causes death, serious permanent disfigurement, or protracted loss or impairment of the function of any bodily member or organ.

**Objectively Reasonable**: This term means that, in determining the necessity for force and the appropriate level of force, officers/members shall evaluate each situation in light of the known circumstances, including, but not limited to, the seriousness of the crime, the level of threat or resistance presented by the subject, and the danger to themselves and the community. In evaluating the reasonable application of force, members may consider their own age, size, strength, and skill level with department weapons, state of health, and the number of officers opposing the number of suspects.

## U3.4      PROCEDURES *(TBP: 6.01, 6.02, 6.09)*

Page **1** of **6**

EXHIBIT 16

1) Use of non-deadly force:

    a) Where deadly force is not authorized, officers may use only that level of force that is objectively reasonable and necessary to bring an incident under control.

    b) Officers are authorized to use department-approved, non-deadly force techniques and issued equipment when one or more of the following apply:

        i) To protect the officer or others from physical harm.

        ii) To restrain or arrest an individual who is resisting a lawful arrest or detention.

        iii) To bring an unlawful situation safely and effectively under control.

2) Use of deadly force - Law enforcement officers are authorized to use deadly force to:

    a) To protect the officer or others from what is reasonably believed to be an immediate threat of death or serious bodily harm.

    b) Where practicable, prior to discharge of the firearm, officers shall identify themselves as law enforcement officers and state their intent to shoot.

3) Deadly force restrictions:

    a) Warning shots shall not be fired.

    b) Firearms shall not be discharged at a moving vehicle in an attempt to disable the vehicle.

    c) Officers threatened by an oncoming vehicle shall make a reasonable effort to attempt to move out of its path, if possible, instead of discharging a firearm at it or any of its occupants. However, if an officer reasonably believes that a person is immediately threatening the officer or another person with deadly force by means of a vehicle, an officer may use deadly force against the driver of the vehicle.

    d) Officers are not authorized to use deadly force against suspects to prevent the consequences of self-imposed bodily injury or suicide.

4) Officers may use deadly force to destroy an animal that represents a threat to public safety or as a humanitarian measure if the animal is seriously injured and the officer reasonably believes that deadly force can be used without harm to the officer or others. In these circumstances, a supervisor shall be contacted prior to the use of deadly force if time permits.

## U3.5      LIMITATIONS ON FORCE

The following acts associated with the use of force are prohibited:

1) Application of a choke hold or carotid-control holds, except when the officer/member reasonably believes such holds are the only means of protecting himself or herself or another person from an imminent threat of serious physical injury or death and the use of deadly force would be authorized.

2) Use of flashlights as batons. An officer may use a flashlight or other object designed for a use other than as a weapon only to defend himself or herself or another from imminent serious bodily injury or death and then only if departmentally sanctioned methods are not available or are impractical. The use of a flashlight or other alternative weapon under such circumstances, depending on the manner of use, may be deemed an application of deadly force.

Page **2** of **6**

EXHIBIT 16

**U3.6        DUTY TO INTERVENE**

1) Any member (sworn and non-sworn), regardless of rank, present and observing another member using force that is clearly beyond that which is objectively reasonable under the circumstances shall, when in a position to do so, intervene to prevent the use of such force.
2) Members shall promptly report these observations in writing to a supervisor.  All reports documenting such observations shall be forward through the chain of command to the Chief of Police.

**U3.7        DOCUMENTATION** *(TBP: 6.03, 6.06)*

1) Members are required to complete and submit Form 196-G, Use of Force, when the member uses force greater than a physical control technique; e.g., come-a-longs, leverage techniques, or any application of force by an member that results in injury or complaint of injury. The narrative shall include the actions of the suspect that necessitated the use of force, details of the force used by the reporting member, as well as any injury to the suspect or complaints of injury, medical treatment received, or refusal of medical treatment.
2) Officers are required to complete and submit Form168-G, Discharge of Firearms Report, anytime an officer intentionally or accidentally discharges a firearm under any circumstance. This requirement does not apply to the intentional discharge of weapons during training, qualifications, or sporting events.  These forms will be submitted through the Chain of Command to the Internal Affairs Supervisor for review.
3) The on-duty supervisor or commander will be notified immediately of the use of force and may be required to respond to the scene.
4) Photographs of the subject will be taken as soon as possible after the use of force to document any injury or lack of injury.
5) Submit a use of force form via chain of command to the Chief of Police prior to the end of shift describing the incident, the force used, and any medical aid rendered. The use of force form shall be in addition to any other required reports.

**U3.8        TRAINING** *(TBP: 3.01, 3.02, 3.04, 3.06)*

1) All officers shall receive training in the use of their firearms and all non-lethal weapons authorized by the department, hands-on arrest and defensive tactics, as well as the "Use of Force" policy prior to performing any law enforcement duties.
2) All officers shall be trained and qualified with their firearms at least bi-annually.
3) All members shall receive training in the department's "Use of Force" policy at least annually.
4) All officers shall receive hands-on arrest and defensive-tactics training at least every two years.
5) Officers shall receive training in all non-lethal weapons issued or used by the department and demonstrate proficiency with those weapons at least every two years.
6) All use of force training shall comply with the standards established by TCOLE.

Page **3** of **6**

EXHIBIT 16

**U3.9        DEPARTMENTAL REVIEW** *(TBP: 6.08, 6.10)*

1) The officer's supervisors and Internal Affairs shall review all reported uses of force to determine the following:

   a) If departmental orders were violated.
   b) If the relevant departmental policy was clearly understandable and effective enough to cover the situation.
   c) If departmental training was adequate.
   d) If departmental equipment operated properly.

2) At least annually, the Chief of Police shall conduct an analysis of use-of force incidents to be made available to the public and to determine if additional training, equipment, or policy modifications may be necessary.
3) The department shall comply with all state mandated reporting requirements.
4) Internal Investigations:

   a) An internal investigation will be conducted on any firearms discharge (other than training), and any other use of deadly force by any member of the department. An internal investigation may be conducted on other use of force incidents if a violation of law or department policy is suspected.  In addition to the internal investigation, where violation of law is suspected, a criminal investigation may also be conducted of any incident involving the discharge of firearms, or a use of force incident where an officer or person is injured or killed. The results of the investigation shall be submitted to the office of the District Attorney.

5) Assignment:

   a) Pending administrative review, any officer whose actions have resulted in the death or serious bodily injury of another person, either through the intentional use of force or by accident involving a use-of-force weapon or action or a vehicle accident, shall be removed from line-duty assignment. This action protects both the interests of both the officer and the community until the situation is resolved. This re-assignment is not considered punitive in nature.

**U3.10        WRAP RESTRAINT**

The WRAP provides a safe and quick method of controlling and immobilizing a violent or potentially violent/combative subject who has been detained or taken into custody. This policy is intended to familiarize Department personnel with the WRAP and procedural guidelines for its use.

**U3.10.1        CRITERIA FOR USE**

The WRAP can be used prior to or after a violent or potentially violent/combative subject is controlled using approved departmental methods. Like any restraint device, do not assume the WRAP is escape proof. Once applied, the subject will not be left unmonitored.

Page **4** of **6**

EXHIBIT 16

City of Pasadena Law Enforcement

The WRAP should be considered for use under the following situations:

1) Whenever you anticipate possible violent/combative behavior.
2) To immobilize a violent/combative subject.
3) To limit violent/combative subjects from causing injury to themselves or others.
4) To prevent violent/combative subjects from causing property damage by kicking.
5) To restrain subjects after a chemical spray or stunning device is used.
6) When conventional methods of restraint are not effective.
7) In transportation of violent/combative subjects.

## U3.10.2        REPORTING USE OF THE WRAP

1) Any member, who applies The WRAP for any reason, other than at an approved training exercise, will notify an on-duty supervisor.
2) The incident will be appropriately documented according to department policy.

## U3.10.3        USE OF DEVICE

1) Applying the "WRAP":

   a) The Device can be applied by as few as two members if the subject is passive. Violent or combative subjects, three or more members should be used to apply the device.
   b) Only qualified members who have received training in the proper use of the device should apply the device.
   c) Once secured the subject shall be placed in the seated position or on their side. This will increase the oxygen recovery rate and reduce the incidence of respiratory fatigue or positional asphyxia.
   d) The shoulder harness should never be tightened to the point that it interferes with the subject's ability to breathe.
   e) The subject shall be under constant observation while the device is deployed. The subject shall never be left unmonitored.
   f) The member should look for signs of labored breathing, signs of distress, sudden calmness, or change in color, medical personal are to be notified.
   g) The WRAP restraint device is a temporary restraining device and is not escape proof. The leg bands and shoulder harness must be checked for tightness and re-tightened or loosened as necessary until the WRAP is removed.

2) Transporting or escorting restrained subjects:

   a) To carry the restrained person, a minimum of 2 personnel should be used. Depending on the size and weight of the subject, more may be necessary.  Proper lifting techniques should be used to prevent injury to staff. Use of a gurney in the seated position is the optimal method for escort.
   b) Restrained subjects may be transported in a patrol unit. Prior to transport, re-check all belts to ensure that they are securely fastened. The subject shall be in a seated upright position and secured by a seat belt.

Page **5** of **6**

EXHIBIT 16

   i) When transported by ambulance, the subject shall be accompanied by an officer.

8) Anytime the devise is used, the circumstances requiring its use shall be documented via an incident report. The incident report will include:

  a) Summary of events leading up to the use of the device.
  b) All persons present, including medical personnel.
  c) Time the subject was restrained.
  d) How the subject was transported or escorted.
  e) Observations of the subject's physical and physiological actions.
  f) Any known or suspected drug use or medical problems.

**U3.10.4  TRAINING**

Only qualified personnel who have successfully completed the Department's training in the use of the WRAP should use this restraining device.

EXHIBIT 16