## Personal Information Report

| Name | TCOLE ID (P ID) | STATUS |
|---|---|---|
| RIGOBERTO R. SALDIVAR | 88554 | |

| Citizen | Race | Gender |
|---|---|---|
| Yes | Hispanic | Male |

### Career/Professional Training

| Institution | Hours | Education | From | To |
|---|---|---|---|---|
| | 0 | High School | | |
| | 38 | College Credits | | |
| Total Higher Education Hours | 38 | | | |
| Total Higher Education Points | 760 | | | |
| Total MilitaryTraining Hours | 0 | | | |
| Total | 760 | | | |

### Service History

| Appointed As | Department | Award | Service Start Date | Service End Date | Service Time |
|---|---|---|---|---|---|
| Peace Officer | PASADENA POLICE DEPT. | Peace Officer License | 9/17/2008 | | 12 years, 9 months |
| Peace Officer | PASADENA POLICE DEPT. | Peace Officer License | 8/14/1998 | 7/29/2007 | 9 years, 0 months |
| Peace Officer | HOUSTON I.S.D. POLICE DEPT. | Peace Officer License | 11/27/1995 | 2/27/1998 | 2 years, 3 months |
| Reserve Officer | HARRIS CO. CONST. PCT. 2 | Peace Officer License | 3/29/1995 | 11/27/1995 | 0 years, 8 months |

### Total Service Time

| Description | Service Time |
|---|---|
| Peace Officer | 24 years, 0 months |
| Reserve Officer | 0 years, 8 months |
| Total officer time | 24 years, 8 months |

Pasadena 5928

EXHIBIT 17

## Award Information

| Award | Type | Action | Action Date |
|---|---|---|---|
| Peace Officer License | License | Granted | 4/12/1995 |
| Basic Peace Officer | Certificate | Certification Issued | 4/1/1995 |
| Intermediate Peace Officer | Certificate | Certification Issued | 7/2/2003 |
| Advanced Peace Officer | Certificate | Certification Issued | 7/3/2003 |
| Master Peace Officer | Certificate | Certification Issued | 10/4/2011 |

## Academy History

| | Date | Institution | Course Title |
|---|---|---|---|
| Completed | 8/14/1998 | Pasadena Police Academy | Basic Peace Officer |
| Completed | 5/31/1994 | Houston Community College Police Academy | Basic Peace Officer |

## Courses Completed

**09/01/2019 - 08/31/2021**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3327 | Low light tactical operations training | 3/1/2021 | 8 | Pasadena Police Academy | |
| 2095 | Use of Force (Non-Intermediate Core Course) | 2/12/2021 | 8 | Pasadena Police Academy | |
| 1849 | De-escalation Tech (SB 1849) | 2/11/2021 | 8 | Pasadena Police Academy | De-escalation Tech (SB 1849) |
| 3186 | 86th Legislative Session Legal Update | 2/10/2021 | 4 | Pasadena Police Academy | 86th Session State and Federal Law Update |
| 3847 | Excited Delirium Syndrome | 2/10/2021 | 4 | Pasadena Police Academy | |
| 3342 | Tactical Firearms Training | 2/9/2021 | 8 | Pasadena Police Academy | |
| 3342 | Tactical Firearms Training | 2/8/2021 | 8 | Pasadena Police Academy | |
| 3280 | Criminal Investigation - General | 12/2/2020 | 2 | Pasadena Police Academy | |
| 3343 | Less Lethal Chemical Weapons Training (OC, Mace, e | 11/14/2020 | 1 | Pasadena Police Academy | |
| 3901 | Family Violence | 2/19/2020 | 4 | Pasadena Police Academy | |
| 3186 | 86th Legislative Session Legal Update | 2/19/2020 | 4 | Pasadena Police Academy | 86th Session State and Federal Law Update |
| 2040 | Defensive Tactics | 2/18/2020 | 4 | Pasadena Police Academy | |
| 2055 | Firearms | 2/18/2020 | 4 | Pasadena Police Academy | |

# Courses Completed

**09/01/2019 - 08/31/2021**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 30418 | Civilian Interaction Training | 12/18/2019 | 2 | Pasadena Police Academy | Civilian Interaction Training Program |
| | | **Unit Hours** | **69** | | |

**09/01/2017 - 08/31/2019 ***

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 2045 | Patrol Procedures | 7/16/2019 | 2 | Pasadena Police Academy | |
| 3185 | 85th Legislative Session Legal Update | 2/22/2019 | 3 | Pasadena Police Academy | 85th Session State and Federal Law Update |
| 3341 | Police K9 Training | 10/18/2018 | 24 | Pasadena Police Academy | |
| 8158 | Body Worn Camera | 4/24/2018 | 2 | Pasadena Police Academy | |
| 4068 | Child Safety Check Alert List (Intermediate/Advanc | 11/9/2017 | 2 | Pasadena Police Academy | Child Safety Check Alert List (Advance) Child Safety Check Alert List (Intermediate) |
| 3196 | Law Seminar | 11/9/2017 | 2 | Pasadena Police Academy | |
| 4065 | Canine Encounters (Intermediate/Advance) | 11/9/2017 | 4 | Pasadena Police Academy | Canine Encounter (Intermediate) Canine Encouter (Advance) |
| 4066 | Traumatic and Acquired Brain Injury | 11/8/2017 | 4 | Pasadena Police Academy | Traumatic and Acquired Brain Injury |
| 3841 | Crisis Intervention Training | 11/8/2017 | 20 | Pasadena Police Academy | Crisis Intervention Training (AdvPOC) issued prior to 4-1-18 Crisis Intervention Training (Intermediate) issued prior to 4-1-18 Peace Officer Intermediate Options Peace Officer Intermediate Options 1987-01 Peace Officer Intermediate Options 2005-01 Peace Officer Intermediate Options 2006-01 Peace Officer Intermediate Options 2009-09 |
| | | **Unit Hours** | **63** | | |

**09/01/2015 - 09/30/2017**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3322 | Patrol Rifle | 12/16/2016 | 40 | Pasadena Police Academy | |

Pasadena 5930

EXHIBIT 17

# Courses Completed

**09/01/2015 - 09/30/2017**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 8813 | Below 100 | 10/14/2016 | 8 | Pasadena Police Academy | |
| 3184 | 84th Legislative Session Legal Update | 10/13/2016 | 4 | Pasadena Police Academy | 84th Session State and Federal Law Update |
| 3208 | Distracted Driving Law Enforcement | 10/13/2016 | 4 | Pasadena Police Academy | |
| 3342 | Tactical Firearms Training | 9/27/2016 | 8 | Pasadena Police Academy | |
| 3702 | Field Training Officer | 10/21/2015 | 24 | Pasadena Police Academy | |
| | | Unit Hours | 88 | | |

**09/01/2013 - 08/31/2015**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 6018 | Motorcycle Operators Course | 6/21/2015 | 16 | Texas Department of Public Safety LEA | |
| 6012 | Health/Physical Fitness/Stress | 5/15/2015 | 4 | Pasadena Police Academy | |
| 3103 | Civil Law | 5/15/2015 | 4 | Pasadena Police Academy | |
| 3275 | Missing and Exploited Children | 5/14/2015 | 4 | Pasadena Police Academy | Missing and Exploited Children<br>Missing and Exploited Children (Advance)<br>Missing and Exploited Children (Intermediate) |
| 57007 | Bloodbourne Pathogens | 5/14/2015 | 2 | Pasadena Police Academy | |
| 3280 | Criminal Investigation - General | 5/14/2015 | 2 | Pasadena Police Academy | |
| 2046 | Driving | 5/13/2015 | 4 | Pasadena Police Academy | |
| 2055 | Firearms | 5/13/2015 | 4 | Pasadena Police Academy | |
| 3358 | Police Bicycle | 10/31/2014 | 40 | Harris County Sheriff's Academy | |
| 3183 | 83rd Legislative Session Legal Update | 4/29/2014 | 4 | Pasadena Police Academy | 83rd Session State and Federal Law Update |
| 3320 | Terrorism & Homeland Security (General) | 4/29/2014 | 4 | Pasadena Police Academy | |
| 2024 | Narcotics/Dangerous Drug Inv. | 4/28/2014 | 4 | Pasadena Police Academy | |
| 3283 | Gangs | 4/28/2014 | 4 | Pasadena Police Academy | |
| 6037 | Honor Guard Training | 1/31/2014 | 24 | Pasadena Police Academy | |
| 2028 | Surveillance Techniques | 11/8/2013 | 32 | Pasadena Police Academy | |
| | | Unit Hours | 152 | | |

# Courses Completed

**09/01/2011 - 08/31/2013**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3856 | First Aid / EMT / ECA (not course 3830) | 5/17/2013 | 4 | Pasadena Police Academy | |
| 3922 | Off Duty Encounters | 5/17/2013 | 4 | Pasadena Police Academy | |
| 56002 | Sudden Custody Death Syndrome TPCT | 5/16/2013 | 4 | Pasadena Police Academy | |
| 3901 | Family Violence | 5/16/2013 | 4 | Pasadena Police Academy | |
| 2017 | Crime Scene Investigation | 12/14/2012 | 4 | Pasadena Police Academy | |
| 3300 | Patrol/Tactical | 12/14/2012 | 4 | Pasadena Police Academy | |
| 3182 | 82nd Legislative Session Legal Update | 12/13/2012 | 4 | Pasadena Police Academy | 82nd Session State and Federal Law Update |
| 4000 | Bombs and Explosive Devices | 12/12/2012 | 4 | Pasadena Police Academy | |
| 2046 | Driving | 12/12/2012 | 4 | Pasadena Police Academy | |
| 3311 | ALERRT | 12/11/2012 | 16 | Pasadena Police Academy | |
| 3200 | Investigations | 5/21/2012 | 8 | Pasadena Police Academy | |
| 2029 | Tech. Interviewing & Interrog. | 1/20/2012 | 6 | San Marcos Police Academy | |
| 2029 | Tech. Interviewing & Interrog. | 1/19/2012 | 18 | San Marcos Police Academy | |
| 3300 | Patrol/Tactical | 10/25/2011 | 2 | Pasadena Police Academy | |
| | | **Unit Hours** | **86** | | |

**09/01/2009 - 08/31/2011**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3800 | Technical/Specialized | 8/9/2011 | 16 | Pasadena Police Academy | |
| 2055 | Firearms | 6/8/2011 | 24 | Pasadena Police Academy | |
| 3280 | Criminal Investigation - General | 5/27/2011 | 35 | Comal Co. Sheriff's Office | |
| 2096 | Arrest, Search & Seizure (Non-Intermediate Core Co | 2/17/2011 | 8 | Pasadena Police Academy | |
| 2096 | Arrest, Search & Seizure (Non-Intermediate Core Co | 1/25/2011 | 4 | Pasadena Police Academy | |
| 3270 | Human Trafficking | 1/25/2011 | 4 | Pasadena Police Academy | Human Trafficking |
| 3930 | Ethics - General In-Service Training | 1/24/2011 | 8 | Pasadena Police Academy | |
| 3856 | First Aid / EMT / ECA (not course 3830) | 10/27/2010 | 8 | Pasadena Police Academy | |
| 3700 | Management/Supervision | 10/26/2010 | 4 | Pasadena Police Academy | |
| 2046 | Driving | 10/26/2010 | 2 | Pasadena Police Academy | |
| 2055 | Firearms | 10/26/2010 | 2 | Pasadena Police Academy | |
| 3181 | 81st Legislative Session Legal Update | 10/25/2010 | 4 | Pasadena Police Academy | State and Federal Law Update |
| 3853 | Computer Aided Dispatch | 10/25/2010 | 2 | Pasadena Police Academy | |

# Courses Completed

### 09/01/2009 - 08/31/2011

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 2017 | Crime Scene Investigation | 10/25/2010 | 2 | Pasadena Police Academy | |
| 2051 | Terrorism/Dign Prot/Spe Threat | 9/3/2010 | 16 | Pasadena Police Academy | |
| 3800 | Technical/Specialized | 6/16/2010 | 4 | Harris County Sheriff's Academy | |
| 3800 | Technical/Specialized | 6/10/2010 | 2 | Texas Department of Public Safety LEA | |
| 3400 | Traffic | 12/15/2009 | 4 | Pasadena Police Academy | |
| 2020 | Homicide/Assult Inv. | 10/21/2009 | 8 | Pasadena Police Academy | |
| 3300 | Patrol/Tactical | 9/3/2009 | 4 | Pasadena Police Academy | |
| | | Unit Hours | 161 | | |

### 09/01/2007 - 08/31/2009

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3300 | Patrol/Tactical | 8/27/2009 | 8 | Pasadena Police Academy | |
| 3232 | Special Investigative Topics | 6/25/2009 | 8 | Pasadena Police Academy | Special Investigative Topics (Intermediate) |
| 3939 | Cultural Diversity | 6/22/2009 | 8 | Pasadena Police Academy | Cultural Diversity (Intermediate) |
| 3300 | Patrol/Tactical | 5/1/2009 | 8 | Pasadena Police Academy | |
| 3300 | Patrol/Tactical | 3/2/2009 | 8 | Pasadena Police Academy | |
| 3300 | Patrol/Tactical | 2/27/2009 | 40 | Pasadena Police Academy | |
| 3300 | Patrol/Tactical | 2/27/2009 | 40 | Pasadena Police Academy | |
| 3300 | Patrol/Tactical | 2/18/2009 | 2 | Pasadena Police Academy | |
| 2046 | Driving | 1/27/2009 | 16 | Pasadena Police Academy | |
| | | Unit Hours | 138 | | |

### 09/01/2005 - 08/31/2007

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3300 | Patrol/Tactical | 2/27/2007 | 8 | Texas Department of Public Safety (Training Rosters) | |
| 2110 | Spanish for Law Enforcement Distance (Intermed.) | 1/20/2007 | 20 | Pasadena Police Academy | Spanish for Law Enforcement (Intermediate) Spanish for Telecommunicators (Intermediate) |
| 3702 | Field Training Officer | 6/16/2006 | 40 | Pasadena Police Academy | |

# Courses Completed

### 09/01/2005 - 08/31/2007

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3300 | Patrol/Tactical | 1/26/2006 | 2 | Pasadena Police Academy | |
| | | **Unit Hours** | **70** | | |

### 09/01/2003 - 08/31/2005

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3939 | Cultural Diversity | 7/29/2005 | 8 | Pasadena Police Academy | Cultural Diversity (Intermediate) |
| 3232 | Special Investigative Topics | 7/28/2005 | 8 | Pasadena Police Academy | Special Investigative Topics (Intermediate) |
| 3200 | Investigations | 3/10/2005 | 4 | Office of the Inspector General - TBCJ | |
| 3200 | Investigations | 3/9/2005 | 8 | Pasadena Police Academy | |
| 3807 | TCIC/NCIC for Less than Full Access Operators | 2/22/2005 | 8 | Texas Department of Public Safety LEA | |
| 3800 | Technical/Specialized | 2/16/2005 | 8 | Harris County Sheriff's Academy | |
| 3300 | Patrol/Tactical | 11/12/2004 | 8 | Pasadena Police Academy | |
| 3300 | Patrol/Tactical | 10/12/2004 | 16 | Pasadena Police Academy | |
| 3200 | Investigations | 9/22/2004 | 16 | Pasadena Police Academy | |
| 3300 | Patrol/Tactical | 9/8/2004 | 4 | Harris County Sheriff's Academy | |
| 3277 | Identity Theft | 7/6/2004 | 3 | Pasadena Police Academy | Identity Theft (Intermediate) |
| 3200 | Investigations | 6/4/2004 | 24 | Bexar Co. Sheriff's Academy | |
| 3200 | Investigations | 5/5/2004 | 4 | Pasadena Police Academy | |
| 3800 | Technical/Specialized | 4/23/2004 | 24 | Pasadena Police Academy | |
| 3200 | Investigations | 11/11/2003 | 16 | Bexar Co. Sheriff's Academy | |
| 3300 | Patrol/Tactical | 10/31/2003 | 45 | Pasadena Police Academy | |
| 3300 | Patrol/Tactical | 10/20/2003 | 10 | Pasadena Police Academy | |
| | | **Unit Hours** | **214** | | |

### 09/01/2001 - 08/31/2003

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3800 | Technical/Specialized | 6/30/2003 | 2 | Pasadena Police Academy | |
| 2106 | Crime Scene Investigation (Intermediate) | 6/20/2003 | 40 | Pasadena Police Academy | Crime Scene Investigation (Intermediate) |
| 3300 | Patrol/Tactical | 5/21/2003 | 16 | Pasadena Police Academy | |

## Courses Completed

**09/01/2001 - 08/31/2003**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3300 | Patrol/Tactical | 4/18/2003 | 16 | Pasadena Police Academy | |
| 3300 | Patrol/Tactical | 8/20/2002 | 4 | Pasadena Police Academy | |
| 3200 | Investigations | 8/15/2002 | 23 | Nueces Co. Sheriff's Academy | |
| 3257 | Combined Asset Forfeiture and Racial Profiling | 5/30/2002 | 6 | Pasadena Police Academy | Asset Forfeiture (Intermediate) Racial Profiling (Intermediate) |
| 3300 | Patrol/Tactical | 3/27/2002 | 4 | Pasadena Police Academy | |
| 2109 | Spanish for Law Enforcement (Intermediate) | 12/13/2001 | 24 | Pasadena Police Academy | Spanish for Law Enforcement (Intermediate) Spanish for Telecommunicators (Intermediate) |
| 3300 | Patrol/Tactical | 11/13/2001 | 8 | Pasadena Police Academy | |
| | | **Unit Hours** | **143** | | |

**09/01/1999 - 08/31/2001**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3300 | Patrol/Tactical | 6/7/2001 | 24 | Pasadena Police Academy | |
| 3300 | Patrol/Tactical | 5/22/2001 | 6 | Pasadena Police Academy | |
| 3300 | Patrol/Tactical | 4/18/2001 | 16 | Pasadena Police Academy | |
| 3300 | Patrol/Tactical | 2/13/2001 | 8 | Pasadena Police Academy | |
| 3300 | Patrol/Tactical | 2/12/2001 | 8 | Pasadena Police Academy | |
| 2108 | Arrest, Search, and Seizure (Intermediate) | 11/29/2000 | 24 | Pasadena Police Academy | Arrest, Search, and Seizure (Intermediate) |
| 3232 | Special Investigative Topics | 10/20/2000 | 8 | Pasadena Police Academy | Special Investigative Topics (Intermediate) |
| 3939 | Cultural Diversity | 10/20/2000 | 8 | Pasadena Police Academy | Cultural Diversity (Intermediate) |
| 3300 | Patrol/Tactical | 10/13/2000 | 16 | Pasadena Police Academy | |
| 3800 | Technical/Specialized | 5/8/2000 | 8 | Pasadena Police Academy | |

# Courses Completed

**09/01/1999 - 08/31/2001**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 4001 | Mental Health Officer Training Course | 1/28/2000 | 40 | Pasadena Police Academy | Crisis Intervention Training (AdvPOC) issued prior to 4-1-18<br>Crisis Intervention Training (Intermediate) issued prior to 4-1-18<br>Peace Officer Intermediate Options<br>Peace Officer Intermediate Options 1987-01<br>Peace Officer Intermediate Options 2005-01<br>Peace Officer Intermediate Options 2006-01<br>Peace Officer Intermediate Options 2009-09 |
| 3300 | Patrol/Tactical | 11/9/1999 | 16 | Pasadena Police Academy | |
| 2105 | Child Abuse Prevention and Investigation (Interm.) | 11/1/1999 | 24 | Pasadena Police Academy | Child Abuse Prevention and Investigation (Intermediate) |
| | | Unit Hours | 206 | | |

**09/01/1997 - 08/31/1999**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 2107 | Use of Force (Intermediate) | 6/8/1999 | 16 | Pasadena Police Academy | Use of Force (Intermediate) |
| 3300 | Patrol/Tactical | 5/4/1999 | 8 | Pasadena Police Academy | |
| 1000 | Basic Peace Officer | 8/14/1998 | 872 | Pasadena Police Academy | Cultural Diversity (Mandate)<br>Special Investigative Topic (Mandate) |
| 3806 | Hazardous Materials (Haz-Mat)/ Haz Mat Investigati | 5/7/1998 | 12 | Texas Department of Public Safety LEA | |
| | | Unit Hours | 908 | | |

**09/01/1995 - 08/31/1997**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3300 | Patrol/Tactical | 8/15/1997 | 8 | Pasadena Police Academy | |
| 3600 | Juvenile | 8/14/1997 | 2 | Pasadena ISD Police Department | |
| 3300 | Patrol/Tactical | 8/14/1997 | 8 | Houston Police Academy | |
| 3300 | Patrol/Tactical | 7/8/1996 | 8 | Harris County Sheriff's Academy | |
| 3700 | Management/Supervision | 6/7/1996 | 8 | Texas Municipal Police Association | |
| 3100 | LAW | 6/6/1996 | 8 | Texas Municipal Police Association | |

# Courses Completed

**09/01/1995 - 08/31/1997**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3939 | Cultural Diversity | 6/5/1996 | 10 | Texas Municipal Police Association | Cultural Diversity (Intermediate) |
| 3232 | Special Investigative Topics | 6/4/1996 | 10 | Texas Municipal Police Association | Special Investigative Topics (Intermediate) |
| 3300 | Patrol/Tactical | 2/11/1996 | 16 | Houston Community College Police Academy | |
| | | **Unit Hours** | **78** | | |

**09/01/1993 - 08/31/1995**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 1021 | Family Violence/Child/Sexual Abuse/Supervisor Role | 8/19/1995 | 12 | Harris County Constable Pct. 2 | |
| 3801 | TCIC/NCIC (not 3807 or 3802) | 5/9/1995 | 4 | Harris County Constable Pct. 2 | |
| 1000 | Basic Peace Officer | 5/31/1994 | 540 | Houston Community College Police Academy | Cultural Diversity (Mandate) Special Investigative Topic (Mandate) |
| | | **Unit Hours** | **556** | | |
| | | **Total Hours** | **2932** | | |

## Total Hours

| | |
|---|---|
| Total Career/Professional Hours | 760 |
| Total TCOLE Course Hours | 2932 |
| Total Hours | 3692 |

\*Courses submitted between 09/01/2017 and 09/30/2017 will be credited to the 2015-2017 and 2017-2019 training unit, but will only count once toward total training hours.