January 12, 2021 body cam recording of Officer Saldivar

| Name | Date modified | Type | Size |
|---|---|---|---|
| 21_000587_OIS_01_12_2021_22_26_27_Rigo_Saldivar [Pasadena 178].mp4 | 4/15/2021 2:46 PM | MP4 Video | 305,234 KB |

EXHIBIT 20