**RANDY AVILES  -  February 23, 2024**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

```
RANDY AVILES,              )
                           )
     Plaintiff             )
                           )
VS.                        )    Civil Action No. 4:22-cv-03571
                           )
RIGOBERTO SALDIVAR &       )
CITY OF PASADENA, TEXAS    )
                           )
     Defendant             )
```

---------------------------------

ORAL DEPOSITION OF

RANDY AVILES

FEBRUARY 23, 2024


---------------------------------

ORAL DEPOSITION OF RANDY AVILES, produced
as a witness at the instance of the Defendant City of
Pasadena, Texas, and duly sworn, was taken in the
above-styled and numbered cause on February 23, 2024,
from 11:40 a.m. to 2:06 p.m., before Robin Cooksey, CSR,
RMR, TCRR in and for the State of Texas, reported by
machine shorthand at the Texas Department of Criminal
Justice Gib Lewis Unit, 777 FM 3497, Woodville, TX
75990, pursuant to the Federal Rules of Civil Procedure
and the provisions stated on the record or attached
hereto.

EXHIBIT 22

RANDY AVILES  -  February 23, 2024

```
1                    A P P E A R A N C E S

2

3  FOR THE PLAINTIFF:

4  Mr. Dimitri Dube
   The Cochran Firm
5  1825 Market Center Boulevard, Ste. 500
   Dallas, TX 75207
6  (214) 651-4260
   ddube@cochrantexas.com
7

8  FOR THE DEFENDANT CITY OF PASADENA, TEXAS:

9  Mr. Norman Ray Giles
   Messrs. Lewis Brisbois Bisgaard & Smith, LLP
10 24 Greenway Plaza, Ste. 1400
   Houston, TX 77046
11 (713) 659-6767
   Norman.Giles@lewisbrisbois.com
12

13 FOR THE DEFENDANT RIGOBERTO SALDIVAR:

14 Mr. Steven D. Selbe
   Messrs. Gordon Rees Scully Manuskhani, LLP
15 1900 West Loop S., Ste. 1000
   Houston, TX 77027
16 (713) 961-3366
   sselbe@grsm.com
17

18

19

20

21

22

23

24

25
```

EXHIBIT 22

RANDY AVILES  -  February 23, 2024

```
 1                  I N D E X

 2                                           Page

 3
    Announcements and Stipulations. . . . .      4
 4
    RANDY AVILES
 5
         Examination by Mr. Giles . . . . .      5
 6
         Confidential Excerpt . . . . . . .     14
 7
         Examination by Mr. Selbe . . . . .     96
 8
    Reporter's Certificate. . . . . . . . .    122
 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

EXHIBIT 22

**RANDY AVILES  -  February 23, 2024**

```
 1              THE COURT REPORTER:  Would counsel make
 2   their announcements for the record.
 3              MR. DUBE:  Dimitri Dube on behalf of
 4   plaintiff.
 5              MR. GILES:  I'm Norman Giles.  I represent
 6   the officer.
 7              MR. SELBE:  Steve Selbe for Officer
 8   Saldivar.
 9              MR. GILES:  Wait a minute.  I'm sorry.  I
10   actually represent the City.  I apologize.  I represent
11   the City Of Pasadena in this case.
12              MR. SELBE:  Steve Selbe for Officer
13   Saldivar.
14              THE COURT REPORTER:  Are there any
15   stipulations to be made?
16              MR. GILES:  The Federal Rules of Civil
17   Procedure, please.
18              THE COURT REPORTER:  Okay.  Are y'all ready
19   for me to swear him in?
20              MR. GILES:  Yes.
21              (WITNESS SWORN)
```

EXHIBIT 22

RANDY AVILES  -  February 23, 2024

```
1                    RANDY AVILES,

2   having been first duly sworn, testified as follows:

3                    EXAMINATION
```



EXHIBIT 22

RANDY AVILES  -  February 23, 2024

```
2            So do you remember approximately what time

3  of the day it was or night?

4       A.  I just remember it was nighttime.  I don't

5  remember the time.
```

```
14       Q.  What's the first thing you remember happening

15  on that day?

16       A.  When I got shot?

17       Q.  Yes.

18       A.  So I was speeding because I was being followed,

19  and I remember coming towards the red light, and I'm

20  speeding across the cop.  He made a U-turn, put his

21  lights on.  I had a gun in the car.  I took a right.

22  And I was a convicted felon, so I rolled the window down

23  and I threw the gun out the window because I didn't want

24  to get charged with the gun.

25            But the reason why I had the gun, just
```

EXHIBIT 22

**RANDY AVILES  -  February 23, 2024**



22          And I had my -- I had my hands out the

23   door, and next thing you know, I -- I got scared because

24   I -- I seen it in his eyes.  He was going to take -- he

25   was going to shoot me, so I -- I started to take off,

EXHIBIT 22

RANDY AVILES  -  February 23, 2024



14    Q.  But before -- before I get into that, let me

15  ask you this question:  Before the time that you drove

16  in front of the police officer, where had you been

17  immediately before that time?

18    A.  Well, actually I was -- I was kind of lost

19  because, like I said, I was being followed and I didn't

20  even really -- in reality, I did not even know that I

21  was in Pasadena.  So -- but I had called 9-1-1, and when

22  I had called 9-1-1, I had spoke to the -- to this lady,

23  and she was, like, "Where are you at?"  And I'm, like,

24  "I don't know where I'm at.  I don't know none of the

25  streets."  Because I was speeding so fast.

EXHIBIT 22

RANDY AVILES  -  February 23, 2024



8      Q.  Okay.  Did you call 9-1-1 one time or more than

9  one time?

10      A.  I called them one time.

14          Do you -- do you think that call

15  happened -- do you have any -- any -- do you have any

16  estimate in time as to how -- how long before the time

17  that you encountered the police officer it was that you

18  called 9-1-1?

19      A.  Maybe -- maybe 20 minutes, maybe.

EXHIBIT 22

**RANDY AVILES  -  February 23, 2024**

```
 2        Q.  Okay.  And so where were you when you actually

 3   got into your car before that drive?

 4        A.  What do you mean?

 5        Q.  I mean, did you leave from your home?

 6        A.  Yes.  Yes, sir.  I left from my home.

 7        Q.  Okay.

 8        A.  Brazoria.
```

```
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

EXHIBIT 22

RANDY AVILES  -  February 23, 2024

8      Q.  Okay.  And so when you left your home, where

9   did you plan to go?

10      A.  I was actually going to my friend's house, but

11   I never made it there.

12      Q.  And who is the friend?

13      A.  I mean, do you need his name?

14      Q.  Uh-huh.

15      A.  Xavier.

16      Q.  Uh-huh.  Other name?

17      A.  That's it.  That was his -- his name.

18      Q.  Okay.  You don't know his last name?

19      A.  No, sir.

20      Q.  Okay.  Where did he live, about?

21      A.  He lived in Houston.

22      Q.  Okay.  And did -- did Xavier know you were

23   coming?

24      A.  No.  I was trying to get a hold of him, but I

25   was -- like I said, I was driving so quick and I was

EXHIBIT 22

**RANDY AVILES  -  February 23, 2024**

1  trying to put it on my GPS, but I couldn't drive and --

2  you know what I mean? -- and be on my phone at the same

3  time, so...

4       Q.  Okay.  The GPS you used, was that on your

5  phone?

6       A.  Sir?

7       Q.  The GPS you were using during that period of

8  time, was that on your phone?

9       A.  No, it wasn't, but I -- usually that's how I

10  get around is, through my GPS.  Other than that, I get

11  lost.

24            And so as I understand what you said is,

25  you were trying to put the address in, but you couldn't

EXHIBIT 22

**RANDY AVILES  -  February 23, 2024**

1  get it done.  But you were -- but in any case, you were

2  driving to Xavier's house; is that right?

3      A.  Yes, sir.

4      Q.  And did you know how to get to Xavier's house

5  without the GPS?

6      A.  No, sir.



**RANDY AVILES - February 23, 2024**



```
12        Q.  (BY MR. GILES)  The question was, did Sarah
13   ever accuse you of taking anything that she claims she
14   owned?
15        A.  No.
```



```
23        Q.  (BY MR. GILES)  How many times do you -- do you
24   believe that your house was broken into?
25        A.  They tried, like, four or five times.
```

EXHIBIT 22

**RANDY AVILES  -  February 23, 2024**



```
22      Q.  Okay.  And were there any other times that you

23  called and said somebody tried to break into your house?

24      A.  There were several times.  I just can't

25  remember specifically what date or time.
```

EXHIBIT 22

**RANDY AVILES  -  February 23, 2024**



```
10        Q.  Did they ever try to break in when you were
11   there?
12        A.  No, sir.
```

```
18        Q.  Okay.  Now, before you left your house that
19   day, had you taken any drugs that day?
20        A.  No.  But, like, a day before, I had did some
21   crystal meth.
```

EXHIBIT 22

RANDY AVILES  -  February 23, 2024

5      Q.  And what was it that -- that happened to make

6  you think someone was going to harm you?

7      A.  I mean, this world is crazy.  The news, there

8  are killings and robberies going on every day.

14          Was there anything in particular that

15  happened to you that made you decide at that particular

16  day that it was time for you to go stay somewhere else

17  for your safety?

18      A.  Just, God told me to move, and that's why I

19  left.  I left the house.

EXHIBIT 22

RANDY AVILES  -  February 23, 2024

```
 4      Q.  Okay.  Now, did you have a gun in the car with
 5  you when you left your house?
 6      A.  Yes, sir.
 7      Q.  And what kind of gun was it?
 8      A.  I can't even remember.  It was silver and
 9  black.  That's all I remember.  I don't remember the
10  brand or model.
11      Q.  Okay.  But was it a 9mm?
12      A.  Yes, sir.
13      Q.  If I said the word "Taurus", does that sound
14  familiar or not?
15      A.  Yes, sir.
16      Q.  Okay.  And did the gun have bullets in it?
17      A.  Yes, sir.
18      Q.  Okay.
19      A.  It was fully loaded.
20      Q.  Okay.  And where did you get the gun?
21      A.  Through the streets.
```

EXHIBIT 22

RANDY AVILES  -  February 23, 2024

6    Q.  Did you -- did you fire -- ever fire your gun

7  on that day from inside your vehicle?

8    A.  No.  But I would keep the bullet shells --

11    Q.  (BY MR. GILES)  Okay.  And so can you give us

12  the explanation as to why there is shell casings in your

13  car?

14    A.  Yes.  Because the -- so the shell casings, what

15  I would do, I would save them and then I would make --

16  like, I had a chain with -- with -- with the casings in

17  it, and I would just, like, drill holes in it just to

18  have it.  That's why I had them.

19    Q.  Do you recall how many casings you had in your

20  car that day?

21    A.  No, sir.

22    Q.  Do you remember where in the car they were when

23  you left your house?

24    A.  Sir?

25    Q.  Do you remember where those shell casings were

EXHIBIT 22

RANDY AVILES  -  February 23, 2024

1  in your car when you left your house?

2      A.  Like, in the -- like, in the car?

3      Q.  Yes.

4      A.  I probably had some in the front and some in

5  the backseat.



EXHIBIT 22

RANDY AVILES  -  February 23, 2024

```
1       Q.  And how often were vehicles following you at
2   that time?
3       A.  When I left the property?
4       Q.  At any time that you're claiming you were being
5   followed, how common was that?
6       A.  No.  That was just it.  It was just that --
7   that day.
```

```
14          So were cars following you after the time
15  you left your mobile home to go to Xavier's house, or
16  were they following you earlier in the day before the
17  time that you left to go to Xavier's house?
18      A.  No, sir.  I hadn't even left the house all day.
19  I was at my house all day.  But as soon as I exited my
20  property, that's when I was being followed.  That's when
21  I observed the cars being followed, and that's -- so,
22  basically, from Brazoria all the way to the shooting
23  that happened in Pasadena, I was speeding the whole way.
```

EXHIBIT 22

RANDY AVILES  -  February 23, 2024

```
 6        Q.   Sure.  At the moment that you decided -- that
 7   you left your mobile home to go to Xavier's house, what
 8   was it in your mind, the thought that made you think,
 9   oh, I need to take my gun today?
10        A.   Just as soon as I left the house, I knew
11   something was wrong.
12        Q.   And what was it that made you know something
13   was wrong?
14        A.   The Holy Spirit told me.  That's when I knew
15   something was wrong.
16        Q.   Do you -- do you believe you were still under
17   the influence of methamphetamines at that time?
18        A.   No.  But it was in my system because it takes,
19   like, three -- three or four days for it to get out of
20   your system.
```

RANDY AVILES  -  February 23, 2024



22     Q.  Okay.  Do you know where Spencer Highway is in

23  Pasadena?

24     A.  I know where Spencer Highway is.

25     Q.  Okay.  And so from where you lived until -- to

EXHIBIT 22

**RANDY AVILES  -  February 23, 2024**

1  get to Spencer Highway, what would be the best route for

2  you to take for that?

3      A.  I don't know.  Because as I said, I have to get

4  around with the GPS.

22      Q.  Okay.  So when you first saw the -- the police

23  vehicle, what was the -- what was that vehicle?  Where

24  was that vehicle in relationship to your vehicle?

25      A.  It was at a red light.

EXHIBIT 22

RANDY AVILES  -  February 23, 2024

1     Q.  Okay.  And am I correct that you -- when you

2  approached that red light, you were going the opposite

3  direction from the direction that the police officer was

4  pointing?

5     A.  Yes, sir.

6     Q.  And am I correct that when you passed the

7  police officer, he turned around and started following

8  you?

9     A.  Yes, sir.

10    Q.  Now, when the officer turned around and started

11 following you, did he turn on his emergency lights?

12    A.  Yes, sir.  Right away.

13    Q.  And then what did you do?  When you first --

14 when the officer first turned on his lights, what did

15 you do?

16    A.  I kept speeding.

17    Q.  When the officer first turned on his lights,

18 what did you think?

19    A.  I'm being pulled over.

20    Q.  When you passed the officer before the time he

21 turned on his lights and he was stopped -- or he was at

22 the traffic light and you were going the other

23 direction, when you first saw that officer before he

24 ever turned around, did you think he was going to stop

25 you?

EXHIBIT 22

RANDY AVILES  -  February 23, 2024

1       A.  Of course.

2       Q.  All right.  So we'll go back to the part to

3   where the officer turned on his lights.

4            You kept driving after he turned on his

5   lights.  Why did you keep driving?

6       A.  To get rid of the gun.

7       Q.  Where was the gun -- where had you been

8   carrying the gun in the car before the time you saw the

9   officer?

10      A.  In the front seat.

11      Q.  Was it actually in the seat or in a console or

12  what?

13      A.  It was in the seat.

14      Q.  In your seat or the one next to you?

15      A.  The passenger seat.

16      Q.  Okay.  So when you were driving, you were just

17  driving with that -- with your gun sitting on the

18  passenger seat; is that right?

19      A.  Yes, sir.

20      Q.  Okay.  Was your gun in a holster?

21      A.  I don't have a holster.  I didn't have a

22  holster.

23      Q.  Okay.  And so -- so basically you're -- the

24  officer comes in behind you, turns on his lights, and

25  you didn't stop.  You kept going, and you kept going

EXHIBIT 22

RANDY AVILES  -  February 23, 2024

1  because you wanted to get rid of the gun; is that right?

2      A.  Yes, sir.

3      Q.  Okay.  So what happened next?

4      A.  I turned, jumped out of the car.  But the

5  reason why I jumped out of the car so quick was to ask

6  for help.  That's why I jumped out with my hands up to

7  show him that I had no weapons and to let him know that

8  I needed help.

9      Q.  Okay.  But before you stopped, though, did you

10 throw the gun out of your car window before you stopped

11 your car or after?

12     A.  Before I stopped the car.

13     Q.  Okay.  And how long after you threw the gun out

14 the window was it that you stopped the car?

15     A.  Maybe, like -- maybe 30 feet, I'm guessing.

16 Maybe 30 feet.

17     Q.  Okay.  And then you pulled over, and then you

18 stepped out of your car; is that right?

19     A.  Yes, sir.  I jumped out of the car --

20     Q.  Okay.

21     A.  -- with my hands up.

RANDY AVILES  -  February 23, 2024

3      Q.  (BY MR. GILES)  When you got out of the car,

4  was the officer already out of the car or not?

5      A.  No, sir.

6      Q.  Okay.  So you got out of the car, and then --

7  then were you facing toward the officer then?

8      A.  Yes, sir.

16      Q.  Okay.  Do you know who that officer is?

17      A.  No, sir.

18      Q.  Okay.  All right.  So when you -- am I correct

19  that when you saw the officer get out of his car, as

20  soon as he got out of the car, you saw that he had his

21  gun in his hand; is that right?

22      A.  Yes, sir.

EXHIBIT 22

RANDY AVILES  -  February 23, 2024



25        Q.   Okay.  So I'm at the point to where you've

EXHIBIT 22

RANDY AVILES  -  February 23, 2024

1   gotten out of the car, and then you saw the officer get

2   out of the car.  You saw the officer had the gun in his

3   hand when he got out of the car, and the officer yelled

4   at you to get back in your car; right?

5        A.  Yes, sir.

6        Q.  Okay.  Now, when you got back into the car,

7   what's the very next thing that someone said?

8        A.  When I got back in the car, I just heard his

9   command to get -- keep -- to place my hands out the

10  door, and that's what I did.

11       Q.  Okay.  Thank you.  And then what is the next

12  thing you remember happening -- just the very next

13  thing?

14       A.  He told me to, like I said, place my hands out

15  the door and just bullets started going off.  My arm is

16  hanging off.  That's all I remember.

17       Q.  Okay.  Now, did you -- do you believe that the

18  officer fired before you began to drive away or after

19  you began to drive away?

20       A.  As soon as I was driving off, he -- he started

21  firing at me, but I still had my hands out the door,

22  that I recall.  I still had my hands out the door

23  visible where he could see them.

24       Q.  Okay.  And was the officer wearing a police

25  uniform?

EXHIBIT 22

RANDY AVILES  -  February 23, 2024

```
1        A.  Yes, sir.
2        Q.  Was the vehicle he was driving, did it have
3   lights on the top like a police car?
4        A.  Yes.  I remember -- if I'm not mistaken, I
5   think it was, like, a white Ford Explorer.
6        Q.  Okay.  But regardless of what -- what kind it
7   was, did you -- I mean, was it marked like a police car?
8        A.  Yes, sir.  I mean, it was visible.  He had a
9   suit, so I knew he was a cop.
10        Q.  And when you say "a suit", you mean a uniform?
11        A.  Yes, sir.  A uniform.
```



```
23        Q.  Okay.  And so you just told me it's -- what he
24   was saying to you at the time, and you were -- and the
25   tone that he used saying it.  Those are the things that
```

EXHIBIT 22

41

RANDY AVILES  -  February 23, 2024

1  you contend made you in fear for your life; is that

2  right?

3        A.  Yes, sir.



EXHIBIT 22

RANDY AVILES  -  February 23, 2024



11      Q.  (BY MR. GILES)  The question is, were you shot

12  in your left forearm?

13      A.  Right here.  I don't even -- I don't know what

14  that's called.

15      Q.  Okay.  And you're pointing at the top of your

16  arm.  It's about, kind of, 2, 3 inches from your wrist.

17  Would that be correct?

18      A.  Yes, sir.

19      Q.  Okay.  And it's -- and it's 2 or 3 inches from

20  your wrist, toward the upper arm; is that correct?

21      A.  Yes, sir.

EXHIBIT 22

RANDY AVILES  -  February 23, 2024

```
 2      Q.  (BY MR. GILES)  The -- so am I correct that
 3   after the officer began firing, then you pulled out of
 4   the parking lot and then fled down the road?
 5      A.  I was never in the parking lot.  I was on the
 6   side of the road.
 7      Q.  Okay.
 8      A.  On the street.
```

```
17      Q.  (BY MR. GILES)  The question only is, is it
18   true that after the officer began firing, you drove down
19   the street?
20      A.  I actually started driving down the street
21   before he fired on me, but I also had my hands out the
22   door.
```

EXHIBIT 22

RANDY AVILES  -  February 23, 2024



18    Q.  Okay?  The question is, when you left the --

19  when you left after the officer fired, did that officer

20  follow you?

21    A.  Yes, sir.

22    Q.  Okay.  Now, can you give an estimate of about

23  how far that you drove before you got out of your

24  vehicle?

25    A.  Maybe, like, a mile, mile and a half, maybe.

EXHIBIT 22

**RANDY AVILES  -  February 23, 2024**

1      Q.  Okay.  And when you got out of your vehicle,

2  were there more than one -- was there more than one

3  officer vehicle following you?

4      A.  No, sir.

5      Q.  Still just one officer.

6      A.  Yes, sir.

22      Q.  (BY MR. GILES)  Am I correct that you continued

23  to flee away from the officer until the time that you

24  saw an O'Reilly's business?

25      A.  Yes, sir.

EXHIBIT 22

RANDY AVILES  -  February 23, 2024

1     Q.  And am I correct that when you saw an

2   O'Reilly's business, then you drove over a curb near the

3   O'Reilly's business?

4     A.  Yes, sir.

5     Q.  Am I correct that the officer continued to

6   follow you after you drove over that curb?

7     A.  Yes, sir.

8     Q.  Okay.  Now, after you drove over that curb,

9   were you driving in the grass?

10     A.  Yes, sir.

11     Q.  Okay.  Now, did you decide to get out of your

12   vehicle while you're driving on the grass?

13     A.  No.

14     Q.  Okay.  Why did you get out of your vehicle at

15   the moment you got out of your vehicle?

16     A.  Because I had three flat tires.

17     Q.  Had your -- had your vehicle wrecked at that

18   time, other than the three flat tires?

19     A.  It never wrecked.

20     Q.  Okay.  And when you got out of your vehicle in

21   the grass area, did you then flee on foot from the

22   officer?

23     A.  Yes, sir.

24     Q.  Approximately how far did you flee from the

25   officer on foot before the time that the officer caught

EXHIBIT 22

RANDY AVILES  -  February 23, 2024

1  up with you?

2      A.  I don't know.  Maybe, like, 70, 80 feet, maybe

3  90 feet.

4      Q.  When you -- after you ran on foot, did you --

5  after you left your vehicle, running on foot, did you go

6  to a -- or was there any fencing or anything that you

7  ran around?

8      A.  Yeah.  There was a -- there was a fencing, but

9  I never ran into the fencing.  Yes.  There was a fencing

10 there, some type of electrical fence.  I remember it

11 was -- it was a -- it was a box -- it was boxed in by a

12 fence.

13     Q.  Now, was there a time, then, that the officer

14 was chasing you on foot as well as chasing you in the

15 vehicle before?

16     A.  Yes, sir.

17     Q.  Okay.  When the officer is chasing you on foot,

18 is the officer saying anything to you?

19     A.  I can't remember.

20     Q.  Did the officer fire any more gunshots at you

21 after the time that you get out of your vehicle at

22 the -- near the O'Reilly's?

23     A.  No, sir.

24     Q.  Did the officer who originally shot you, did

25 that officer knock you to the ground after -- when he

EXHIBIT 22

RANDY AVILES  -  February 23, 2024

```
1   was chasing after you in the grass?
2        A.   I don't remember if I -- I don't remember if I
3   fell and then he tackled me or if he tackled me.  I
4   can't remember.  Like I said, it's been three years.
5   I'm just trying to memorize everything going on.
6        Q.   I appreciate that.
7                  And so when -- when -- when you went on the
8   ground, did the officer go on the ground, too?
9        A.   I believe so.
10       Q.   So when -- when you and the officer were on the
11  ground, did the officer put handcuffs on you?
12       A.   Yes, sir.
13       Q.   Did he handcuff you behind your back?
14       A.   Yes, sir.
15       Q.   Now, did the officer put the handcuffs on you
16  before any other officer got there or after?
17       A.   Before the other officers arrived, before the
18  second officer arrived.
19       Q.   Did the officer -- other than putting the --
20  other than tackling you to the ground and putting the
21  handcuffs on you, did the officer strike you?
22       A.   No.  Once he handcuffed me, he didn't touch me
23  no more after that.
24       Q.   Now, am I correct that after that -- after you
25  got the handcuffs put on you, that there is several more
```

EXHIBIT 22

RANDY AVILES  -  February 23, 2024

1  police officers arrived?

2      A.  I just remember one more arriving, and then,

3  like, a couple minutes later, the other ones arrived on

4  the scene.

5      Q.  Okay.  Now, were you transported from that

6  scene by ambulance?

7      A.  I believe so.

8      Q.  And, ultimately, though, did you go to a

9  hospital?

10     A.  Yes, sir.

11     Q.  And do you know -- regardless of when you got

12 in the ambulance, is it your understanding that you went

13 to the hospital by an ambulance or in an ambulance?

14     A.  Say that again.

15     Q.  Sure.  Am I correct that the way you got to the

16 hospital is that you were transported in an ambulance?

17     A.  Yes, sir.

18     Q.  Okay.  Do you know which hospital you went to?

19     A.  I believe it was Memorial Hermann.

EXHIBIT 22

RANDY AVILES  -  February 23, 2024



```
23        Q.  Okay.  Now, do you recall before the doctors
24   provided any -- well, let me ask you this way:  Did the
25   officers -- I mean, did the doctor tell you what kind of
```

EXHIBIT 22

RANDY AVILES  -  February 23, 2024

1  medical procedure he planned to perform to address your

2  arm?

3       A.   I just remember them telling me that I was

4  going to go into surgery because my -- my bone had -- my

5  whole bone had been shattered.

EXHIBIT 22

RANDY AVILES   -   February 23, 2024



15   Q.   And when did somebody tell you you needed a

16   third surgery?

17   A.   I was told that several times by -- by doctors.

18   I was told that in Harris County when I was in Harris

19   County jail by those -- by those doctors.  They were

20   actually the -- one of the -- I think they were, like,

21   the second people that had told me.  I can't remember.

22   It's been awhile.  I'm trying to remember little bits

23   and pieces.

EXHIBIT 22

RANDY AVILES  -  February 23, 2024

```
 4      Q.  And when you were released from Memorial

 5   Hermann, did you -- were you transported to the county

 6   jail?

 7      A.  No, sir.  The cops actually left the scene.

 8   They actually left.

 9      Q.  So when you left Memorial Hermann, you were --

10   you were not in custody anymore?

11      A.  No, sir.
```

```
21      Q.  Where was the halfway house?

22      A.  It was off of -- right off of Homestead.  It

23   was called -- they run Isaiah and Providence House.
```

EXHIBIT 22

RANDY AVILES  -  February 23, 2024

5      Q.   How long were you at the halfway house?

6      A.   I was there for about a -- like, maybe a month,

7   maybe.

18     Q.   Do you know what law enforcement agency those

19   officers were from?

20     A.   Harris County jail.

21     Q.   Do you remember the amount of the bond for

22   that?

23     A.   No, sir.

EXHIBIT 22

RANDY AVILES  -  February 23, 2024

7        Q.  All right.  And so when they -- when you were

8   released from the county jail, then where did you go

9   live from there?

10       A.  I actually went to the Brazoria County jail

11  because I had a warrant out for a DWI, which I had hired

12  a lawyer and they -- they dropped my DWI to a -- to a

13  reckless driving.  So I just sat -- just basically just

14  sat there until they gave me the reckless, and then they

15  just let me out.  I can't remember if it was three or

16  four days after that.

17       Q.  Okay.  So -- so after you were released from

18  the Harris County jail, you were transferred -- actually

19  transferred from the Harris County jail to the Brazoria

20  County jail --

21       A.  Yes, sir.

22       Q.  -- yes?

23            And then you were in the Brazoria County

24  jail for two or three days?

25       A.  Maybe.  Maybe.  Somewhere around there.  Maybe

SUMMIT COURT REPORTING
713-581-7785

EXHIBIT 22

**RANDY AVILES  -  February 23, 2024**

```
1   a week.  I can't remember.

2        Q.  All right.  And then where did you go?

3        A.  After that, I went -- my friend, Harold Helm,

4   my mentor, took -- picked me up from the Brazoria County

5   jail and took me back to the halfway house at Isaiah/

6   Providence House.
```



EXHIBIT 22

RANDY AVILES - February 23, 2024



```
20      Q.  (BY MR. GILES)  Okay.  All right.  So where
21  did -- where did Tony take you from the halfway house?
22      A.  He took me from -- from the -- from the
23  property at his house -- Providence House, and we
24  started driving.  We ended off of 288.
```

RANDY AVILES  -  February 23, 2024

6    Q.  Did you still have the knife when the officer
7  encountered you?
8    A.  Yes, sir.  But if you -- like I said, if you
9  look at the cameras, they never once were, like --

17    Q.  (BY MR. GILES)  All right.  So what did you get
18  charged with on that arrest?
19    A.  Aggravated assault and a dope charge.

EXHIBIT 22

RANDY AVILES  -  February 23, 2024



12    Q.  Has anyone at the -- since you've been to the

13  TDC unit this time, has anyone said that they were going

14  to do surgery on that arm?

15    A.  The lady just referred me to see the surgeon.

16  I'm not for sure what type of surgeon, but I don't know

17  if it's for the bone, but it's some type of surgeon.  I

18  just -- I can't give you the specific thing that she

19  told me.

21          Okay.  So now, when you got arrested by the

22  Angleton Police Department in the incident we're talking

23  about in the store -- so between the time that you were

24  released from Brazoria County jail on the DWI charge to

25  the time that you went -- got arrested by Angleton PD on

EXHIBIT 22

**RANDY AVILES  -  February 23, 2024**

```
1  the other charge from the store when you had the knife,

2  did you use any drugs during that period of time?

3       A.  No.  I wasn't on drugs.
```



```
13       Q.  Okay.  Now, after that arrest that you just --

14  that we just talked about before the break by the

15  Angleton PD, were you ever released from custody after

16  that?

17       A.  No, sir.

18       Q.  Okay.

19       A.  I came straight to prison.

20       Q.  Okay.  Now, what charge are you in prison on,

21  or charges?

22       A.  Right now?

23       Q.  Yeah.

24       A.  Aggravated assault and a dope charge.  I don't

25  know if it's crystal meth or methamphetamine.  I don't
```

EXHIBIT 22

**RANDY AVILES  -  February 23, 2024**

1  know.   It is some type of drug charge.   That's all I

2  know.

**RANDY AVILES  -  February 23, 2024**



18    Q.  At the time -- at the period immediately before

19  the time of the shooting, how often were you using

20  illegal drugs then?

21    A.  Before the shooting?

22    Q.  Yes.

23    A.  Not too often, because like I said, I was

24  working on the refineries, and they do random drug tests

25  there all the time.  So everything is about safety, so

EXHIBIT 22

RANDY AVILES  -  February 23, 2024

1  they do randoms all the time.

2      Q.  And when you used the methamphetamine that you

3  used the day before the shooting, were you alone or with

4  someone else?

5      A.  I was by myself.



EXHIBIT 22

RANDY AVILES  -  February 23, 2024

```
 4        Q.  But other than you studying the religion and --
 5   and I understand you don't want to take pills.  Are
 6   you -- are you seeking any other mental healthcare while
 7   you're incarcerated?
 8        A.  No, sir.
 9        Q.  Did you have mental healthcare at any time that
10   you've been incarcerated?
11        A.  I was at Dominguez Unit.  I had mentioned --
12   just mentioned that.
```

EXHIBIT 22

RANDY AVILES  -  February 23, 2024



25        Q.  I understand that, that you're -- I understand

**RANDY AVILES  -  February 23, 2024**

1   what your position is on that, but I'm asking, but you

2   know that the first step is to ask for it; right?

3       A.  I've -- yes, and I've asked for it before.

4       Q.  Right.  And so the next step, you've asked for

5   it; is that right?

6       A.  Yes, sir.

7       Q.  Okay.  And -- and you've asked for the care

8   that you think you need; is that right?

9       A.  Yes, sir.

10       Q.  Is there care you think you need you haven't

11   asked for?

12       A.  No.  I mean, just everything that I possibly

13   could.



EXHIBIT 22

RANDY AVILES  -  February 23, 2024

1        Q.   Now, you've gotten care for your -- for your

2    arm -- for your gunshot wound at Memorial Hermann, and

3    you've asked for care at places where you've been

4    detained; right?

5        A.   Yes, sir.

**RANDY AVILES  -  February 23, 2024**



```
21        Q.  Tell me -- tell me for what injuries have
22   you -- now, I understand that you've obtained medical
23   care for being shot, but other than -- other than being
24   shot, what other injuries have you had that required
25   some hospital care?
```

EXHIBIT 22

RANDY AVILES  -  February 23, 2024

```
 1        A.  My right ankle had got run over by a car in
 2   2017, and I had a lawsuit for that.  We sued their
 3   insurance company, and my lawyer -- he's deceased now --
 4   Keith Fletcher, and I think it's called Simons & Simons
 5   [sic].  I think their son took over, Christian lawyers.
 6              I had two surgeries there, too.  I had a
 7   metal plate, and then I had another -- I had it removed.
 8        Q.  All in your ankle?
 9        A.  On my right ankle, yes, sir.
10        Q.  Okay.  What other injuries have you had care
11   for?
```



EXHIBIT 22

RANDY AVILES  -  February 23, 2024



```
12        Q.   How many times have you attempted suicide?

13        A.   A bunch of times.  Like, four or five times

14   maybe.

15        Q.   And what forms have you used to try to commit

16   suicide?

17        A.   Drugs, pills.  That was it.
```

EXHIBIT 22

RANDY AVILES  -  February 23, 2024

```
 1              Are you -- if I say the Tony Van Dervan
 2   arrest, are -- are you good with what I'm talking about?
 3        A.  Yes, sir.
 4        Q.  So, you were first taken to Brazoria County
 5   jail.
 6        A.  Yes, sir.
 7        Q.  By City of Angleton, by Brazoria County, or by
 8   DPS?
 9        A.  I believe it was the Angleton Police
10   Department, I believe.
11        Q.  Do you think that it was Angleton Police
12   Department that was the lead agency in that arrest?
13        A.  Yeah.  I believe so.  I believe so.
14        Q.  Okay.  Were you -- did you plead or were you
15   convicted of those charges?
16        A.  I -- I pleaded out.  I pleaded out because I
17   had a court-appointed lawyer, and he basically told me
18   if I didn't sign, they were going to give me a lot of
19   time, you know what I mean?  So, basically, I was, like,
20   really forced to take it.  I had no choice.  I mean, I'm
21   not going to sign for 40, 50 years if I take it to
22   trial.
23        Q.  And then did you -- were you then sent to TDCJ
24   as a result of that plea?
25        A.  Yes, sir.
```

EXHIBIT 22

RANDY AVILES  -  February 23, 2024

```
 5        Q.  Okay.  So about five to five and a half months
 6   after the shooting, the Tony Van Dervan arrest incident
 7   occurred, and then ten to 11 months after you were
 8   arrested for the incident, then you went to TDCJ.
 9        A.  Yes, sir.
10        Q.  Can we go through a history of the units you've
11   been in since going in to TDCJ after --
12        A.  Sure.
```

RANDY AVILES  -  February 23, 2024



22      Q.  Okay.  And if -- if that happened around 2009,
23  how long was that stay?

24      A.  Six years.

25      Q.  To about 2015?

EXHIBIT 22

RANDY AVILES  -  February 23, 2024

1        A.   Yes, sir.   I got out in '15.

2        Q.   And then you said that you had been in -- you

3   were in TDCJ one other time?

4        A.   Yes.   I came back 2016.

5        Q.   And what was that for?

6        A.   Harassment of a public servant.

7        Q.   And how long did -- when you went back in in

8   2016, about how long did you stay for?

9        A.   I got out 2020.

EXHIBIT 22

RANDY AVILES  -  February 23, 2024



20          Have you ever seen Saldivar and Van Dervan
21  together?
22      A.  No.  At all.
23      Q.  Have you ever heard Saldivar talking to Van
24  Dervan on the phone to where you could hear and
25  recognize his voice?

EXHIBIT 22

RANDY AVILES  -  February 23, 2024

1        A.   No.

EXHIBIT 22

RANDY AVILES  -  February 23, 2024



15    Q.  And how many -- in the 30 days prior to that,
16  how many days had you used crystal meth?

17    A.  Not -- it was just that day, that day before.
18  That was it.  That was it.  I mean, other than that,
19  like, I had been drinking.  I used to drink, like -- but
20  I would just drink occasionally.  I would go, like, to
21  bars or I would go get off work and just get me, like,
22  two beers and stuff.  That was really about it.

23    Q.  So -- so methamphetamine is in your system at
24  the time of the shooting; right?

25    A.  Yes, sir.  It was --

EXHIBIT 22

RANDY AVILES  -  February 23, 2024

1       Q.   What was your sentence for the -- the Van

2  Dervan arrest?

3       A.   What do you mean?

4       Q.   How long was your sentence?

5       A.   Oh, eight years aggravated.



EXHIBIT 22

**RANDY AVILES  -  February 23, 2024**



22          MR. SELBE:  All right.  Those are all the

23  questions that I have.

24          THE WITNESS:  Yes, sir.

25          MR. DUBE:  I'll reserve my questions.

**SUMMIT COURT REPORTING**
**713-581-7785**

EXHIBIT 22

**RANDY AVILES  -  February 23, 2024**

```
 1              MR. GILES:  All right.

 2              (Deposition concluded at 2:06 p.m.)

 3              (Signature waived)

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

EXHIBIT 22

RANDY AVILES  -  February 23, 2024

```
1              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF TEXAS
2                      HOUSTON DIVISION

3
RANDY AVILES,              )
4                           )
       Plaintiff           )
5                           )
VS.                        )   Civil Action No. 4:22-cv-03571
6                           )
RIGOBERTO SALDIVAR &       )
7  CITY OF PASADENA, TEXAS  )
                            )
8      Defendant           )

9          --------------------------------

10                ORAL DEPOSITION OF

11                   RANDY AVILES

12                 FEBRUARY 23, 2024

13

14         --------------------------------

15      I, Robin Cooksey, CSR, RMR, TCRR, a Certified

16  Shorthand Reporter and Notary Public in and for the

17  State of Texas, hereby certify to the following:

18      That the witness, RANDY AVILES, was duly sworn by

19  the officer and that the transcript of the oral

20  deposition is a true record of the testimony given by

21  the witness;

22      That the original deposition was delivered to MR.

23  NORMAN RAY GILES;

24      That a copy of this certificate was served on all

25  parties and/or the witness shown herein on _____.
```

EXHIBIT 22

**RANDY AVILES  -  February 23, 2024**

1    I further certify that pursuant to the Federal

2  Rules of Civil Procedure, the signature of the deponent:

3    ____ was requested by the deponent or a party

4  before the completion of the deposition and that the

5  signature is to be before any notary public and returned

6  within 30 days from date of receipt of the transcript.

7  If returned, the attached Changes and Signature Page

8  contains any changes and the reasons therefore;

9    _x___ was not requested by the deponent or a party

10  before the completion of the deposition.

11    I further certify that I am neither counsel for,

12  related to, nor employed by any of the parties or

13  attorneys in the action in which this proceeding was

14  taken, and further that I am not financially or

15  otherwise interested in the outcome of the action.

16    Certified to by me this 8th day of March, 2024.

17

18  _____

19  Robin Cooksey, CSR, RMR, TCRR
    Texas CSR #2807
20  Expiration Date:  1-31-26
    Summit Court Reporting
21  Firm Registration No. 62
    1225 North Loop West, Ste. 327
22  Houston, Texas 77008
    (713) 581-7785

23

24

25

EXHIBIT 22