Officer Saldivar's dash cam recording from April 6, 2018

| Ex. 29_201804160418_WFC1003216_12894507.mp4 | 4/16/2018 9:41 AM | MP4 Video | 634,484 KB |

EXHIBIT 29