January 12, 2021 body cam recording of Officer Saldivar

| Name | Date modified | Type | Size |
|---|---|---|---|
| Ex. 30 21_000587_OIS_01_12_2021_22_26_03_Rigo_Saldivar [Pasadena 177].mp4 | 4/15/2021 2:51 PM | MP4 Video | 534,319 KB |

EXHIBIT 30