Officer Saldivar's Dash cam recording from April 16, 2018

Ex. 31 Unknown_201804160418_1631_16131782.mp4        4/16/2018 9:34 AM    MP4 Video        274,967 KB

EXHIBIT 31