IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RANDY AVILES, | § § § | |
| *Plaintiff,* | § § | Civil Action No. 4:22-cv-03571 |
| v. | § § § | |
| RIGOBERTO SALDIVAR & CITY OF PASADENA, TEXAS, | § § § § | |
| *Defendants.* | § | |

## GOVERNMENTAL RECORDS DECLARATION

| | |
|---|---|
| STATE OF TEXAS | § |
| HARRIS COUNTY | § |

My name is Schone Sotelo and I am an employee of the City of Pasadena, Texas, which is a governmental agency. I am executing this declaration as part of my assigned duties and responsibilities. I declare under penalty of perjury in accordance with the laws of the United States of America and the State of Texas that the following statements are true and correct.

I am a custodian of records of the City of Pasadena, Texas, and I am familiar with the manner in which its records are created and maintained by virtue of my duties and responsibilities. Exhibits 19 to 21 and exhibits 28 to 31 consist of governmental records of the City of Pasadena, Texas. These records were made at or near the time of each act or event they depict. It is the regular practice of the City of Pasadena, Texas for this type of record to be made by or from information transmitted by, persons with knowledge of the matters set forth in them. It is the regular practice of the City of Pasadena, Texas to keep this type of record in the course of regularly conducted governmental activity. It is the regular practice of the City of Pasadena, Texas to make and maintain these records.

Executed in Harris County, State of Texas, on the 9th day of May, 2024.

*/s/ Schone Sotelo*
_____
Schone Sotelo

1

**EXHIBIT 34**