IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

RANDY AVILES,

    Plaintiff,

v.

RIGOBERTO SALDIVAR & CITY OF
PASADENA, TEXAS,

    Defendants.

Civil Action No. 4:22-cv-03571

## DECLARATION VERIFYING SUMMARY JUDGMENT EVIDENCE

BEFORE ME, the undersigned notary public, on this day personally appeared Norman Ray Giles, who being by me duly sworn on his oath, deposed and stated as follows: My name is Norman Ray Giles. I am over the age of twenty-one years, I have not been convicted of a felony or crime involving moral turpitude, and I am in all ways qualified and competent to make the statements contained within this affidavit. The statements contained herein are true and correct and I am authorized to make them. The statements contained within this affidavit are based upon my own personal knowledge because they relate to matters in which I personally participated or which I personally observed. I verify that all of the exhibits attached in support of the City's motion for summary judgment are authentic, true and correct copies of the documents they purport to be.

I declare under penalty of perjury under the laws of the United States of America that my foregoing statements are true and correct.

In witness thereof, I have hereto set my hand this the 9th day of May, 2024.

                              Norman Ray Giles

Sworn to and subscribed before me, by Norman Ray Giles on this the 9th day of May, 2024, to certify which witness my hand and seal of office.

AUDREY BRIDGES
My Notary ID # 126607821
Expires July 29, 2024

Notary Public in and for the State of Texas

My commission expires on 7/29/24

EXHIBIT 35