UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RANDY AVILES, | § § § | |
| *Plaintiff,* | § § | Civil Action No. 4:22-cv-03571 |
| vs. | § § § | |
| RIGOBERTO SALDIVAR & CITY OF PASADENA, TEXAS, | § § § § | |
| *Defendants.* | § | |

ORDER

Defendant City of Pasadena, Texas' Motion for Summary Judgment is GRANTED. Plaintiff's claims against the City of Pasadena, Texas are DISMISSED with prejudice.

SO ORDERED.

Signed on _____, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge