# PASADENA POLICE DEPARTMENT
## Inter-Office Correspondence



**To:**      K. Wingerson, Assistant Chief of Police          **Date:**   July 1, 2018

**From:**    C. A. Murray, Lieutenant

**Subject:**   Commander's Summary - IAD Control #1274


I received the said investigation for review and recommendation.  Sergeant C.A. Hamilton, Internal Affairs, conducted the internal investigation, and Detective R. Guerra conducted the criminal investigation.

The following is a summary of the incident:

*On March 29, 2018 at approximately 04:02 a.m. Officer R.  Saldivar was dispatched to 5230 Keith Avenue, Pasadena, Harris County, Texas in reference to a suspicious person.  The reportee, Edie Potts, who lives at 5230 Keith reported that an unknown male was ringing the doorbell while stating "Open the Door."  When the reportee asked who it was, the unknown subject stated, "It's a stranger, open up."  The reportee called police and officers were dispatched to the residence. After arriving in the area, Officer Saldivar checked southbound on Pansy and observed a subject matching the description of an earlier theft suspect running west across Pansy.  The subject entered the parking lot of the Broadwater Apartments, at 5045 Crenshaw, by jumping the wrought iron fence.  Officer Saldivar stopped his patrol unit in the roadway in the 4600 block of Pansy with its emergency lights flashing.  He then approached the fence, and contacted the suspect, who was standing a short distance away.  During the contact, the suspect produced a gun, and Officer Saldivar fearing for his safety, responded to the threat by drawing and discharging four rounds from his duty weapon, which is a Glock 22, .40 caliber semi-automatic pistol.  The suspect dropped his gun and fled on foot.  He was apprehended at 07:28 a.m. at 5001 Beltway 8.  Neither the suspect nor any civilians were injured.  The gun dropped by the suspect was discovered to be a realistic looking pellet gun.  Body and dash cam video was reviewed, and in a video recorded interview, the suspect admitted having the gun in his hand.*

Sergeant Hamilton was contacted the night of the incident and responded to the scene.  Detective R. Guerra conducted the criminal investigation, which resulted in the suspect, Angel Ramirez, being charged with Aggravated Assault on a Public Servant.

Having reviewed the case file, and available evidence, I believe Officer R. Saldivar's actions are governed by the Pasadena Police Department Rules Manual 10.3 Use of Force Procedures.

**EXHIBIT 36**

CONFIDENTIAL

- 2 -

**10.3 PROCEDURES**
1) Use of Force

    a) Officers may use only that level of force that is objectively reasonable to bring an incident under control.

    b) Officers are authorized to use force, including department approved equipment and techniques, when one or more of the following apply:

        i. To protect the officer or others from physical harm.
        ii. To restrain or subdue a resistant individual.
        iii. To bring an unstable, threatening, or unlawful situation safely and effectively under control.

**2) Use of Deadly Force: Officers are authorized to use deadly force when it is necessary to protect the officer or others from what is reasonably believed to be an imminent threat of death or serious bodily harm.**

Based on the information provided by Sergeant C.A. Hamilton's report and the available evidence; it is my opinion, Officer R. Saldivar was justified in discharging his firearm to protect himself from what was perceived to be an imminent threat of death or serious bodily harm when the suspect produced a firearm. Therefore, it is my opinion this incident should be classified as **Exonerated.**

*CMurg* 4830
C. A. Murray, Lieutenant
Night Shift Commander

*I agree with Lt. Murray's findings!*
*KWinginn, a/c*

EXHIBIT 36

Form # 176-G

Pasadena 1244

Revised: 10/26/09

CONFIDENTIAL

# PASADENA POLICE DEPARTMENT
### Inter-Office Correspondence



**To:**    A. Espinoza, Chief of Police        **Date:**  May 8, 2018

**From:**    Sgt. C.A. Hamilton #1122

**Subject:**    Discharge of a Firearm - Control #1274

## SUMMARY OF COMPLAINT

Officer R. Saldivar, having been dispatched to a suspicious person call at 5230 Keith, located a subject of interest in the 4500 block of Pansy. The subject then jumped a fence into a nearby apartment complex and upon being contacted by Officer Saldivar, allegedly displayed a handgun. Officer Saldivar responded by discharging his weapon, four times, but did not strike the subject, who fled the scene. The subject, identified as Angel Ramirez, was later located and arrested.

## ALLEGATION

*Discharge of a Firearm*

## OFFICER INVOLVED

*Officer Rigoberto Saldivar*
*Employee #5750*
*Patrol Division - Nights*

## COMPLAINANT

*Chief of Police A. Espinoza*
*1201 Davis*
*Pasadena, TX 77506*
*713-477-1221*

## SUSPECT

*Angel Ramirez*



EXHIBIT 36

Form # 176-G                                             Revised: 10/26/09

CONFIDENTIAL

- 2 -

## SUMMATION

On April 16, 2018, a call for service was received for a suspicious person ringing the doorbell to the residence at 5230 Keith.  The reportee advised the male rang the doorbell numerous times asking for her to open the door because he was a "stranger" and needed money.  Officers quickly arrived on scene and began searching the area.

While traveling southbound on Pansy St. from Keith Ave., Officer R. Saldivar observed a subject, matching the given suspect description, crossing the roadway westbound in the 4500 block of Pansy.  The subject then jumped the fence into the apartment complex located at 5045 Crenshaw and began to walk away.  Officer Saldivar called out to the subject, later identified as Angel Ramirez, and told him to return.  As Ramirez turned around, he produced a handgun which caused Officer Saldivar to be in fear for his life.  Officer Saldivar discharged four rounds from his service weapon before broadcasting "shots fired".  Ramirez was not struck by the rounds; however, dropped two handguns, which were later discovered to be pellet guns, and fled the scene.  A third pellet gun was located when Ramirez was again spotted in the backyard of 4502 Sienna Heights.  Ramirez was not located until approximately three and a half hours after the original contact and taken into custody near the intersection of Preston at Beltway 8.

Upon surveying the scene, it was found that Officer Saldivar's rounds had struck a fence pole, an apartment resident's vehicle, a garbage storage shed, and through the window of a second story apartment.

While searching for Ramirez, it was found that he was also a person of interest in a theft that had occurred earlier that morning at the Walmart located at 5200 Fairmont (Case #18-7962), which is in close proximity to 5230 Keith.  During this incident, Ramirez was seen, on video, taking a pellet gun and accessories.  When interviewed, Ramirez admitted to stealing the pellet gun and having it in his hand when he was contacted by Officer Saldivar.  However, he denies pointing the weapon at the officer.  Ramirez was ultimately charged with Aggravated Assault by the Harris County District Attorney.  He is currently incarcerated and awaiting trial.

## INTERNAL AFFAIRS INVESTIGATION

On April 16, 2018, at approximately 06:15AM, I was notified by Sergeant A. Sanders of an Officer-Involved Shooting.  I responded to the area of 4500 Pansy St. and contacted Detective R. Guerra, who advised me he would be conducting the criminal investigation and provided me with the details of the incident.  He informed me officers had been dispatched to 5230 Keith Ave. in reference to a male subject who had knocked on the door of the residence and told the homeowner, "I'm a stranger, let me in."  Shortly thereafter, Officer R. Saldivar arrived on scene and began looking for the suspect south on Pansy from Keith.  Officer Saldivar observed the suspect crossing the roadway in the 4500 block of Pansy, westbound.  The suspect then jumped a fence into the parking lot of a nearby apartment complex located at 5045 Crenshaw Rd.  As Officer Saldivar gave him verbal commands, it was believed the suspect displayed a weapon causing Officer Saldivar to discharge his weapon.  At that time, it was unknown if the suspect had been struck as he had fled the scene and a search for him was ongoing.  Detective Guerra had learned that a nearby vehicle and a garbage containment wall had been struck by discharged

EXHIBIT 36

    Revised: 10/26/09

    CONFIDENTIAL

rounds. He also informed me the Harris County District Attorney's Office had been notified and would not be responding to the scene.

Also present on the scene were Officers S. Dudley, W. Randles, S. Coulter, and Sergeant J. McGill, of the Crime Scene Unit, Detective M. Cooper, Sergeant M. Norman, and Lieutenant J. Dombrowa, of the Criminal Investigations Unit. Numerous other patrol officers and patrol sergeants, who responded to the call, had secured the scene and were searching for the suspect. Officer Saldivar, who had discharged his weapon, had been removed from the area and was currently with Sergeant F. Davis, a Peer Support representative.

The scene was contained from the 4500 block of Pansy through the northeast portion of the parking lot of 5045 Crenshaw Rd (Broadwater Luxury Apartments). Pansy Street consists of four lanes that run north and south with a dividing median. 5045 Crenshaw is located at the northwest corner of the intersection of 4600 Pansy @ 5000 Crenshaw and extends north. The complex consists of multiple units, within multiple three-story buildings, numerous parking lots throughout, and is surrounded by wrought-iron fencing.

Officer Saldivar's unit (2016, Ford Explorer, Unit #1631) was parked in the outside lane, of southbound travel, 4500 Pansy St., facing southbound. Directly in front of the unit, southwest, were two spent shell casings and a third shell casing was found to the southeast. Between the patrol unit and the apartment complex (west) was a grassy shoulder and ditch with the property line secured by a wrought-iron fence. The fence line is approximately 10 feet west of the curb line. Inspection of the fence showed an indention on one of the approximately one inch fence rails, which appeared to have been made by being struck by one of the shots fired by the officer.

To the west of the fence line, inside the perimeter of the apartment complex at 5045 Crenshaw, on the ground, were two handguns. One appeared to be a semi-automatic handgun with a silver slide and tan frame, the second a black revolver. Upon closer inspection, the two handguns were found to be pellet guns. The pistol grips on the revolver had fallen off of the gun. The location of the guns were approximately 25 feet south by southwest of Officer Saldivar's spent casings and patrol unit. To the southwest of the fence line, also within the perimeter of the apartment complex, was a black Ford F-150 pick-up truck. On the lower passenger side, of the front quarter panel, was what appeared to be a bullet hole. Further west of the fence line, within the perimeter of the apartment complex, was what appeared and later found to be a bullet hole in the doorway of an enclosed area that keeps a trash dumpster. The bullet hole had gone through the door, appeared to have struck a metal pole inside the enclosure, then traveled through the side wall, in a southwesterly direction, before striking and embedding itself in the wall of a garage. Also located later, was a final bullet hole, further west, which had gone through a second story window of the southeast corner of building # 6, apartment #620. A scaled diagram of the scene was completed and is included within this jacket.

During the investigation, I was informed by Officer Saldivar's attorney, Greg Cagle, Officer Saldivar would provide written documentation of what had occurred. Therefore, at the completion of the investigation at the scene, Officer Saldivar and Cagle returned to the Pasadena Police Station. Once there, Officer Saldivar completed a supplement report and later provided me with a signed affidavit for this investigation. The information provided in the supplement report was consistent with the details later observed in his body camera video.

EXHIBIT 36


CONFIDENTIAL

- 4 -

The following is Officer Saldivar's full statement without corrections:

*On April 16, 2018, at approximately 4:06 a.m., while working night shift patrol, I was dispatched to a suspicious person call at 5230 Keith. I was operating a marked police patrol unit #1631 and wearing my regular police patrol uniform. Further details provided by dispatch indicated the reportee stated an unknown male was ringing her doorbell and requested she open the door. The reportee being frightened by the unknown male contacted the police.*

*I arrived on scene at 4:08 a.m., along with Sgt. Hibbs and Officer Powell. I contacted the reportee who was identified as Edie Potts (w/f ▮▮▮▮▮ Mrs. Potts stated around 4:02 a.m., an unknown male began ringing her doorbell. Mrs. Potts said when she asked who it was the male stated, "It's a stranger open up!" Mrs. Potts then advised the male demanded money at which time she became frightened and called the police. Mrs. Potts was unable to provide me with a description of the suspect because she was afraid to look out the window.*

*Sgt. Hibbs, Officer Powell and I then checked Mrs. Potts backyard and the surrounding residences unable to locate the suspect. We then began searching the surrounding area outside of Mrs. Potts neighborhood. As I drove southbound on the 4500 block of Pansy, I observed a Hispanic male wearing a black and white hooded jacket, blue jeans and white tennis shoes. This description matched that of a theft suspect who stole property from Walmart (5200 Fairmont) one hour earlier. (Refer to case number 18-7962) The male was observed running westbound from the northwest corner of Patients Hospital crossing over Pansy. The male looked in my direction as he crossed Pansy and then jumped over a seven foot square tubed wrought iron fence leading into the Broadwater Apartments (5045 Crenshaw Rd.). I stopped my patrol unit and activated my emergency lights and used my spot light to try and lighten the dark area. As I exited my patrol vehicle, I called out to the male and asked him to come talk to me as I walked towards the fence. The male continued to slowly walk away but then turned around and began walking towards me. As the male neared the fence I used my flashlight to see his hands at which time I observed the male pull a semi-automatic handgun from behind his back with his right hand and began raising it in my direction. I immediately drew my service weapon (Glock 22 semi-automatic .40 caliber pistol) and fired several rounds towards the suspect who appeared to fall backwards. The male then ran northbound between several parked vehicles at which time I lost sight of the suspect due to large green sub trees along the fence line. I notified dispatch that shots had been fired and provided my location. I then informed Sgt. Hibbs and Officer Powell, who arrived to my location as the shooting was occurring, to the last known location of the suspect.*

*A description of the suspect was then broadcasted for additional responding units to the area. Several hours later the suspect was located and arrested by Pasadena Police Officers at Beltway 8 and Preston. The suspect was then transported back to 4500 Pansy where I positively identified the suspect.*

*I surrendered my duty weapon and magazine in the weapon to ID Division Officer R. Hunt as requested by Detective R. Guerra.*

*I later reviewed my Mobile Video Recorder (MVR) and Body Camera assigned to unit 1631 which showed the male place what appears to be a bag through the wrought iron fence prior to jumping the fence and him pick up the bag on the opposite side of the fence. The video also*

EXHIBIT 36

CONFIDENTIAL

- 5 -

*showed the male to have nothing in his hands as he jumped over the fence into the Broadwater Apartments. Both the MVR and Body Cam video also recorded four shots being fired from my service weapon at the suspect. These videos were downloaded and submitted as evidence.*

Saldivar's weapon was retrieved for the purpose of cataloging his ammunition. From this process it was determined that his weapon was a Glock Model 22 .40 caliber semi-automatic handgun, serial number CRV702. The magazine for the weapon had a capacity for 15 rounds; however, according to Saldivar, he only filled the magazine with 14 rounds, in order to reduce spring tension. One additional round was in the weapon for a total of 15 rounds in the charged weapon. 11 rounds were recovered from the weapon. This revealed Saldivar was missing 4 rounds, which matched the number of bullet strikes located at the scene. Saldivar carried two spare magazines with 14 rounds in each; however, he retained custody of these items.

After departing the scene, I learned Detective Guerra had interviewed Ramirez, which had been video recorded. The following is a summary of that interview:

*The interview began on April 16, at approximately 11:12 AM. Ramirez was informed that he was in custody and properly advised of his Miranda Rights. Ramirez responded he understood and was willing to speak with Detective Guerra.*

*Ramirez began by explaining that he had been at Walmart with his cousin. While there, he stole a pellet gun and pellet gun accessories. When confronted by Walmart Staff, he left some of the items and ran away. Ramirez said he was advised he would be under arrest; however, he did not trust that and ran away. Ramirez stated his cousin had remained at Walmart.*

*After fleeing, Ramirez knocked on several doors looking for a phone. He explained that he did not know his way home and began to wander around. Ramirez then said he was in the woods, ran across the road, threw the gun through a fence, and then jumped over the fence into an apartment complex. As Ramirez jumped the fence, he said he did see someone, but did not know it was an officer. Ramirez said he had not pointed the gun at the officer but he did have it in his hand. Ramirez was asked if any shots were fired at him. He answered, "Hell yeah, then I ran. I didn't want to get killed." Detective Guerra directly asked Ramirez, "Did you have the gun in your hand at the time when the officer confronted you?" Ramirez stated, "Yeah, I had already put them (hands) in the air. And he still did that shit." Detective Guerra asked why Ramirez he had not laid down or complied, which he answered "I've seen videos of y'all." When asked to explain, Ramirez responded incoherently. Detective Guerra then stated, "so, then you ran until the police got you?" Ramirez answered, "Yeah."*

*Detective Guerra next asked Ramirez how many guns he had on him during the encounter. Ramirez reluctantly replied that he had two. Detective Guerra explained that three guns had been recovered and asked Ramirez if he had two or three weapons with him. Ramirez would only say, "I think so."*

*Detective Guerra closed the interview by advising Ramirez he would be contacting the District Attorney in reference to the incident and that charges were pending. The interview was concluded at about 11:24 AM.*

**EXHIBIT 36**

A copy of the interview is included within this jacket.



CONFIDENTIAL

- 6 -

Numerous reports were written by officers involved in this incident. Throughout these reports, I learned the following additional information.

Officer R. Powell authored the original offense report (18-7963). He wrote on April 16, at about 3:09 AM, he had been dispatched to the area of 5200 Fairmont (Walmart) to search for a theft suspect (Case #18-7962). The suspect was described as a Hispanic male wearing a grey hoodie with black stripes and black pants. Powell was unable to locate the suspect and returned to service at approximately 04:02 AM.

At the same time, Dispatch broadcasted a male, matching the suspect description, knocked on the door of 5230 Keith. Officer Powell, Officer Saldivar, and Sergeant Hibbs began looking for the suspect in the area of Pansy at Keith. Powell explained Saldivar was travelling south on Pansy, from Keith, when he broadcast he had located a subject. As he approached the 4600 block of Pansy, Powell heard approximately four shots and Saldivar transmit "shots fired". Powell proceeded to Saldivar, learned he had not been harmed, and was advised the suspect was somewhere within the parking lot of 5045 Crenshaw. Other officers began to arrive and secured a perimeter.

At approximately 5:48 AM, Dispatch broadcasted a male, with the same suspect description, was seen at 4502 Sienna Heights. Shortly thereafter, Officer Logan and Sergeant Hibbs advised the suspect was in custody. Powell remained on scene until Detectives and the Crime Scene Unit had arrived.

Sergeant Hibbs added he too had been searching the area of Keith and Pansy when he heard "gun shots". Hibbs could see Saldivar's unit, with emergency equipment activated, facing south on Pansy directly east of 5045 Crenshaw. As he arrived to Saldivar's location, Hibbs could see two handguns on the ground inside the fence line.

Hibbs remained on scene until Dispatch broadcast the suspect was seen at the residence of 4502 Sienna Heights. Upon locating the suspect, at that location, he evaded by jumping the fence into the yard of 5102 Keith, where a third handgun was found. Officers continued to search for the suspect until Dispatch notified them the suspect was seen walking eastbound Beltway 8 at Preston Ave. Hibbs and Officer Logan were then able to apprehend the suspect without incident.

Officer Logan completed a supplement confirming the details of the suspect's, Angel Ramirez, apprehension. Logan added when Ramirez was taken into custody he was found with numerous pellet gun accessories (magazines, CO2 cartridges, bullet casings / pellet containers), which had been stolen from Walmart. He then transported Ramirez to the scene where Officer Saldivar was able to positively identify him as the suspect he had encountered.

Probationary Officer K. Conner and Field Training Officer D. Drey took initial photographs of the scene and maintained a crime scene log.

Officers S. Dudley, W. Randles, and S. Coulter responded from the Crime Scene Unit. All three officers assisted in processing the scene and recovering evidence. Officer Randles oversaw and recorded the cataloging process for Officer Saldivar's weapon. It should be noted Officer Dudley recovered the suspect's weapons, chrome / tan XCP UX 4.5mm .117 caliber pellet gun

EXHIBIT 36

Revised: 10/26/09

CONFIDENTIAL

- 7 -

and a black revolver pellet gun with faux ammo. She later recovered the suspect's third weapon, a black revolver .357 caliber styled pellet gun from 4502 Sienna Heights.

Detective Guerra, who authored the detective investigation supplement, detailed the following:

*On the morning of April 16, 2018, Detective Guerra was called out to the scene of an officer involved shooting. The location given was 5045 Crenshaw. As he entered the area, he learned that the actual shooting had occurred on Pansy Street and not on Crenshaw. Detective Guerra was advised officers had been called out to the scene of a suspicious person on Keith Street described as a Hispanic male that was knocking on the door telling the resident to let him in. As officers arrived at the scene, Officer Saldivar turned southbound on Pansy Street and observed a subject crossing Pansy westward and then jumping the fence into the apartment community. As Officer Saldivar proceeded to contact the subject, the subject was alleged to have produced a handgun, at which time Officer Saldivar discharged his weapon at the subject.*

*Detective Guerra inquired on Officer Saldivar's location and was advised that he was in an unmarked unit, parked inside the secured area, along with Sergeant Davis who is a peer support Officer. Sergeant Davis informed him Officer Saldivar had been advised to contact his legal counsel and was doing so. This was done in order to expedite the investigation and clear the crime scene as soon as possible as it encompassed and blocked a public roadway.*

*Sergeant J. McGill, supervisor for the crime scene unit, advised that Officer Randles was in route to process the scene. Shortly thereafter, Officer Randles arrived, took pictures of the scene, and gained possession of the shell casings located on the ground. The crime scene inside the perimeter of the apartment community (parking lot) was processed by Crime Scene Officer Stephanie Dudley.*

*While at the scene, Detective Guerra was advised that the subject, who had pointed the guns at Officer Saldivar, had been apprehended. The subject was transported to the location and Officer Saldivar identified him as the subject who had pointed the gun at him. The subject was transferred to the city jail where he was booked and confined.*

*Upon the arrival of Officer Saldivar's legal counsel, his weapon was taken into possession by the Crime Scene Unit for "Cataloging" purposes and Officer Saldivar was provided with a replacement weapon of the same make and caliber. After all evidence had been gathered and the scene processed, the scene was cleared.*

*At this time Detective Guerra returned to the police station and received a written statement from Officer Saldivar. After reviewing his written statement, Detective Guerra reviewed the videos from Officer Saldivar's dash and body camera. Detective Guerra then determined, based upon the video, the proximity of the defendant was close enough that if the guns would or could have been discharged and struck Officer Saldivar in the face or eye it would and could have caused serious bodily injury.*

*Detective Guerra later proceeded to the city jail and escorted the subject, now known as Angel Ramirez, to the Criminal Investigations Division. In a videotaped interview, and after being given his Miranda Warning, Ramirez advised he had committed the theft at Walmart, fled the scene there, and at the time he encountered Officer Saldivar he had a gun in his hand. Ramirez*

EXHIBIT 36

CONFIDENTIAL

- 8 -

*would not admit to pointing the gun at Officer Saldivar. After interviewing, Ramirez was returned to the city Jail. The Harris County District Attorney's Office, Chief Assistant District Attorney Leitner was contacted and accepted charges of Aggravated Assault on a Police Officer, a First Degree Felony. Therefore, charges were summarily filed and Ramirez was later transferred to the Harris County Jail.*

Detective Cooper completed a detective supplement documenting the location of the three rounds found within the complex.

During the course of my investigation, I gathered the following evidence as it became available for review. The following information was learned.

The incident began with the initial theft call at 5200 Fairmont (Walmart) at approximately 03:01 AM. A female was subsequently taken into custody and a male subject (H/M, gry/blk striped jacket, black pants) fled the scene (Case #18-7962). Detective C. McGregor later interviewed the female, Jakeline Najera, and learned the male subject was her cousin, subject Angel Ramirez. Detective D. Buckert retrieved video footage from Walmart and upon reviewing the video, confirmed the suspect was Angel Ramirez, based upon his clothing, and observed him taking a pellet gun and accessories. These reports are included within this jacket.

A call to Police Dispatch from the resident of 5230 Keith Ave, Eddie Potts, was received at about 4:02 AM. Potts stated a male was ringing her doorbell multiple times and asking to be let in because he was a "stranger" and needed money.

From a recording of the police radio on the morning of the incident, I heard the call of the Suspicious Person dispatched to Officer Powell. Officer Saldivar and Sergeant Hibbs also responded to the call and began coordinating a search of the area. Upon locating him, Officer Saldivar announced the subject was jumping a fence. An unknown Officer then inquired on Saldivar's status, which he responded "shots fired." It was then broadcast, by officers, that two handguns were found and the subject was last seen west and then north through the complex. Saldivar then described the subject, later identified as Ramirez (H/M, curly hair, striped jacket, blk pants).

The remainder of the radio traffic dealt with securing the scene and organizing the search for Ramirez.

I also located Mobile Video Recordings (Dash Cam, Body Cam), which captured the incident. Officer Saldivar's body camera shows the following:

The video begins as Saldivar exits his vehicle and addresses the subject to "come here for a second". He is heard stating, "oh shit, don't do it" before discharging two shots, stepping to the left and discharging two more rounds. Saldivar then advises the subject "show me your hands" while maintaining concealment. Saldivar stays by his patrol unit as additional officers arrived on scene and secured the perimeter. Saldivar approaches the fence and two handguns are observed on the ground inside the apartment complex. He remains by his unit as officers are seen jumping the fence into the complex. Once Sergeant K. Bowman arrives on scene, Saldivar describes the subject and shows her the general area where the subject fled. The video is terminated at the direction of Lieutenant T. Warnke. The video is 16 minutes and 51 seconds in length.



Revised: 10/26/09

- 9 -

The dashboard camera shows, in addition, the following:

The video begins with units searching the area of Pansy at Keith.  Officer Saldivar's unit travels south on Pansy when the subject (H/M, blk/gry jacket, black pants) can be seen crossing the roadway westbound.  As the subject approaches the fence line for the apartment complex, he bends down and throws an unknown object through the fence.  The subject jumps the fence, loses his balance as he falls to the other side, and then retrieves a black object with his right hand.  The subject is no longer visible on the dash camera as Officer Saldivar approaches the fence.  Saldivar is then seen discharging two rounds, stepping to his left, and discharging two more rounds.

The remainder of the dash cam footage shows officers arriving and securing the perimeter.  Radio traffic can be heard in the background.  The video is 17 minutes and 50 seconds in length.

## EVIDENCE

DVD – Body Camera Video
DVD – Dashboard Camera Video
DVD – Angel Ramirez Interview
CD – 911 Call / Radio Traffic, Case #18-7962
CD – 911 Call / Radio Traffic, Case #18-7963
DVD – Crime Scene Photos
DVD – Crime Scene Unit Photos
DVD – Crime Scene Photos / Weapon Charting Video
DVD – FARO Scene Scans

**C.A. Hamilton, Sergeant  #1122**
**Internal Affairs**

EXHIBIT 36


CONFIDENTIAL



# CITY OF PASADENA
# POLICE DEPARTMENT



April 16, 2018

Officer R. Saldivar
Employee #5750
Patrol Division

Re: Complainant:  Chief of Police A. Espinoza
    Allegation:  Discharge of a Firearm
    Control #1274

Officer Saldivar:

It is alleged that on 03-29-2018, in the 4500 block of Pansy, City of Pasadena, Harris County, Texas, you were involved in a Discharge of a Firearm.  The allegation has been categorized as a Class I complaint.

This letter is to serve as notice to you that, at the direction of the Chief of Police, the Office of Internal Affairs will be conducting an investigation into this allegation.  Any questions concerning this investigation may be directed to Internal Affairs during normal business hours.

Regards,

Sergeant C. Hamilton
Internal Affairs Division

cc:  A. Espinoza, Chief of Police
     J. A. Bruegger, Asst. Chief of Police
     R. Styron, Asst. Chief of Police
     K. Wingerson, Asst. Chief of Police

EXHIBIT 36

CONFIDENTIAL

COPY

# Record of Receipt

**Employee:  R. Saldivar  #5750**
**Internal Affairs Control Number: 1274**

On this date, I acknowledge I received a copy of:

1. Notification of Complaint letter
2. Record of Complaint  or Affidavit

I understand this copy serves as my official notification of the investigation and that any questions I may have in regards these documents or the investigation otherwise may be directed to personnel in the Office of Internal Affairs.

_____ 04/16/18   11:50 AM
Signature, date, and time of officer delivering notice

_____ 5750  4/16/18   1150AM
Signature, date, and time of officer receiving notice

EXHIBIT 36

CONFIDENTIAL

## PASADENA POLICE DEPARTMENT
### RECORD OF COMPLAINT

Report Date: __4/16/2018__    Time: __11:00__    ☒ AM ☐ PM
Complainant Received from:
☒ Person    ☐ Phone    ☐ Letter    ☐ Anonymous

**INFORMATION FROM** : (CIRCLE ONE)
☐ Complainant    ☐ Reportee    ☐ Witness    ☒ Police Officer    ☐ Civilian
NAME:
Last: __Chief A. Espinoza__    First: _____    Middle: _____

DOB: _____ Age: ____ Race: ____ Sex: ____ DL#: _____
Social Security Number: _____
ADDRESS:    CITY STATE ZIP
Residence: _____    Phone: _____
Business: _____    Phone: _____

Was the complainant charged with an offense?    ☐  Yes    ☐  No
Charges Filed: _____    Case #: _____

**INCIDENT INFORMATION:**

Date: __4/16/2018__    Time: __04:13__    Location: __4500 Pansy__

Officer(s) Involved:

| Rank# | Name | Emp# | Race/Sex | Assignment | Shift |
|---|---|---|---|---|---|
| Officer | Rigoberto Saldivar | 5750 | Male | Patrol | Nights |
| | | | | | |
| | | | | | |
| | | | | | |

**ALLEGATIONS:** Complainant alleges:

Discharge of a Firearm

I certify that the person making this complaint has been informed by me that no investigation will be made by this Department regarding this complaint until a signed complaint is received by Internal Affairs within 30 days of the date of this incident.

| C. Hamilton | Sergeant | 1122 |
|---|---|---|
| Name | Rank | Employee # |

### IAD Use ONLY

Date Received: __04 /16 / 18__    Control Number: __1274__

Classification: __I__    Allegation(s): DISCHARGE OF A FIREARM

EXHIBIT 36

CONFIDENTIAL

**Detailed History for Police CFS# #180416029 As of 5/03/2018 10:34:03**

# Output for: 1122

# Priority:4 Type:THFTR – Theft Report
# Location:5200 FAIRMONT PKWY, PAS btwn PANSY ST and BELTWAY 8 HWY
# Map:577G

| Created: | 04/16/2018 03:01:01 | CAL2 | 4046 |
|---|---|---|---|
| Entered: | 04/16/2018 03:03:01 | CAL2 | 4046 |
| Dispatch: | 04/16/2018 03:06:05 | DIS1 | 5258 |
| Enroute: | 04/16/2018 03:06:43 | DIS1 | 5258 |
| Onscene: | 04/16/2018 03:09:23 | DIS2 | 6760 |
| Transprt: | 04/16/2018 03:35:45 | DIS1 | 5258 |
| Complete: | 04/16/2018 03:42:01 | DIS1 | 5258 |
| Closed: | 04/16/2018 04:02:22 | DIS1 | 5258 |

# ICUnit: PrimeUnit:3315 Dispo:R
# Type:THFTR – Theft Report
# Agency:PPD Group:PD1
# District:6 Grid:647F
# Case #:PD180007962 ☐Detail

| 03:01:01 CREATE | Location:5200 FAIRMONT PKWY, PAS Type:THFTR Name:REAL,JESSICA RPaddr:EMPLOYEE Phone:832/830-4769 Group:PD1 Area:647F TypeDesc:Theft Report LocDesc:btwn PANSY ST and BELTWAY 8 HWY |
|---|---|

EXHIBIT 36

CONFIDENTIAL

| | Priority:4 Response:1PAT Agency:PPD Map:577G LocType:S |
|---|---|
| 03:03:01 ENTRY | Comment:1 DETAINED / 1 MALE STILL OUTSTANDING LS IN PARKING LOT HM 5"1' GRY/BLK STRIPE JACKET BLACK PANTS // UNKNW AMOUNT TAKEN / CURRENTLY IN LP OFFICE |
| 03:03:01 -PREMIS | Comment:PHS, FHS |
| 03:03:05 SELECT | |
| 03:03:12 HOLD | |
| 03:05:22 NOMORE | |
| 03:06:05 DISP | 3315 Emp#:6264 EmpNames:STUBBS,JW |
| 03:06:05 DISP | 3303 Emp#:5750 EmpNames:SALDIVAR,RR |
| 03:06:05 -PRIU | 3315 |
| 03:06:43 ENRTE | 3315 3303 |
| 03:09:23 BACKOS | 3326 Emp#:5225 EmpNames:POWELL,RD |
| 03:11:26 ONSCN | 3303 |
| 03:12:32 MISC | 3326 Plate:DMM4403 Comment:LOG |
| 03:12:39 ONSCN | 3315 |
| 03:12:55 LOGM | Message:991804160812002266 MessageType:Text Received:04/16/2018 03:12:43 Comment:LOGM |
| 03:24:22 CASE | 3315 Case#:PD180007962 |
| 03:33:31 *RFT | 3315 Name:NAJERA,JAKELINE DOB:19950320 Repeat:Yes |
| 03:35:45 TRANSP | 3315 Location:1201 DAVIS ST, PAS Mileage:0.0 Comment:870X 1 FEMALE |
| 03:38:18 CHGLOC | 3303 Location:4300 BELTWAY 8 HWY, PAS |
| 03:38:18 PLATE | 3303 Plate:HZX5200 |
| 03:38:33 LOGM | Message:991804160838002348 MessageType:Text Received:04/16/2018 03:38:24 Comment:LOGM |
| 03:38:48 CLEAR | 3303 |
| 03:42:01 CMPLT | 3315 Mileage:4.9 |
| 03:53:31 PRMPT | 3326 Comment:Preempted and dispatched to call #180416031 |
| 04:02:22 CLEAR | 3315 Dispo:R |
| 04:02:22 -CLEAR | |
| 04:02:22 CLOSE | |
| 10:46:06 XREF | Service:P CFS#:#180416033 Type:EVAD Agency:PPD |
| 10:46:06 XREF | Service:P CFS#:#180416035 Type:SUSP Agency:PPD |
| 10:46:19 -PREMIS | Comment:PHS, FHS |

# CONTACT INFO:

| Name | Phone | RPaddr | Contact? | Weapons? | Intox? | Permit# |
|---|---|---|---|---|---|---|
| REAL,JESSICA | 832/830-4769 | EMPLOYEE | | | | |

EXHIBIT 36

CONFIDENTIAL

**18-7962**    Supplement No
                **ORIG**

# Pasadena Police Department



**1114 JEFF GINN MEMORIAL DRIVE**

**PASADENA, TEXAS 77502**

Reported Date
**04/16/2018**
Rpt/Incident Typ
**THEFT**
Emp#
**STUBBS,JW**

Phone
**PHONE: (713)477-1221**
Fax
**FAX: (713)477-4976**

## Administrative Information

| Agency | Report No | Supplement No | Reported Date | Reported Time |
|---|---|---|---|---|
| **Pasadena Police Department** | **18-7962** | **ORIG** | **04/16/2018** | **03:03** |

| CAD Call No | Status |
|---|---|
| **180416029** | **REPORT - No follow-up Needed** |

| Rpt/Incident Typ |
|---|
| **Theft - ALL except Theft of Service** |

| Address | | City |
|---|---|---|
| **5200 FAIRMONT PKWY** | | **PASADENA** |

| ZIP Code | Grid | District | Beat | From Date | From Time | To Date | To Time |
|---|---|---|---|---|---|---|---|
| **77505** | **647F** | **E** | **06** | **04/16/2018** | **03:00** | **04/16/2018** | **03:30** |

| Emp# | Assignment | Entered By |
|---|---|---|
| **6264/STUBBS,JW** | **NIGHT SHIFT PATROL** | **6264** |

| Assignment | RMS Transfer | Prop Trans Stat | Approving Officer |
|---|---|---|---|
| **NIGHT SHIFT PATROL** | **Successful** | **Successful** | **0723** |

| Approval Date | Approval Time |
|---|---|
| **04/17/2018** | **09:06:05** |

| # Offenses | Offense | Description | Complaint Type | Cargo? |
|---|---|---|---|---|
| **1** | **PM8271** | **CLASS C THEFT** | | |

## Person Summary

| Invl | Invl No | Type | Name | MNI |
|---|---|---|---|---|
| **ARR** | **1** | **I** | **NAJERA,JAKELINE** | **208461** |

| Race | Sex | DOB |
|---|---|---|
| **W** | **F** | ▇▇▇▇▇▇ |

| Invl | Invl No | Type | Name | MNI |
|---|---|---|---|---|
| **SUS** | **1** | **I** | **UNKNOWN** | |

| Race | Sex | DOB |
|---|---|---|
| **W** | **M** | |

| Invl | Invl No | Type | Name | MNI |
|---|---|---|---|---|
| **VAB** | **1** | **B** | **WALMART** | **353449** |

| Race | Sex | DOB |
|---|---|---|
| | | |

| Invl | Invl No | Type | Name | MNI |
|---|---|---|---|---|
| **WIT** | **1** | **I** | **;JESSICA** | |

| Race | Sex | DOB |
|---|---|---|
| **W** | **F** | |

## Property Summary

| Involvement | Description |
|---|---|
| **RRS** | **Article: Other (none of the above) ZZZ    t-shirt** |
| **RRS** | **Article: Other (none of the above) ZZZ    t-shirt** |
| **RRS** | **Article: Other (none of the above) ZZZ    texans tee** |
| **RRS** | **Article: Other (none of the above) ZZZ    t-shirt** |
| **RRS** | **Article: Other (none of the above) ZZZ    t-shirt** |

## Summary Narrative

The suspect was arrested for shoplifting.

**EXHIBIT 36**

| Report Officer | Printed At | |
|---|---|---|
| **6264/STUBBS,JW** | Pasadena 05/23/2018 10:25 | Page 1 of 5 |

CONFIDENTIAL

**18-7962**

Supplement No
**ORIG**

# Pasadena Police Department

**ARRESTEE 1: NAJERA,JAKELINE**

| Involvement | Invl No | Type |
|---|---|---|
| **ARRESTEE** | **1** | **Individual** |

| Name | | | MNI | Race | Sex |
|---|---|---|---|---|---|
| **NAJERA,JAKELINE** | | | **208461** | **WHITE** | **FEMALE** |

| DOB | Age | Ethnicity | Juvenile? | Height | Weight | Hair Color | Eye Color | PRN |
|---|---|---|---|---|---|---|---|---|
| ▮ | **23** | **HISPANIC** | **No** | **5'00"** | **95#** | **BLACK** | **BROWN** | **921980** |

| Type | Address | | | | |
|---|---|---|---|---|---|
| **OTHER** | ▮ | | | | |
| City | State | | ZIP Code | Date | |
| **PASADENA** | **NEVIS AND ST. CHRISTOPHER 'KITTS"** | | **77503** | **05/21/2012** | |

| Type | Address | | | |
|---|---|---|---|---|
| **OTHER** | ▮ | | | |
| City | State | | Date | |
| **PASADENA** | **NEVIS AND ST. CHRISTOPHER 'KITTS"** | | **05/21/2012** | |

| Type | Address | | | |
|---|---|---|---|---|
| **OTHER** | ▮ | | | |
| City | State | ZIP Code | Date | |
| **PASADENA** | **TEXAS** | **77505** | **04/26/2013** | |

| Type | Address | | |
|---|---|---|---|
| **OTHER** | ▮ | | |
| City | State | Date | |
| **PASADENA** | **TEXAS** | **04/26/2013** | |

| Type | Address | | |
|---|---|---|---|
| **OTHER** | ▮ | | |
| City | State | ZIP Code | Date |
| **PASADENA** | **TEXAS** | **77503** | **04/27/2013** |

| Type | Address | | |
|---|---|---|---|
| **OTHER** | ▮ | | |
| City | State | ZIP Code | Date |
| **PASADENA** | **TEXAS** | **77503** | **05/08/2013** |

| Type | Address | | |
|---|---|---|---|
| **OTHER** | ▮ | | |
| City | State | ZIP Code | Date |
| **PASADENA** | **TEXAS** | **77502** | **05/29/2014** |

| Type | Address | | |
|---|---|---|---|
| **HOME** | ▮ | | |
| City | State | ZIP Code | Date |
| **HOUTON** | **TEXAS** | **77060** | **09/01/2016** |

| Type | Address | | |
|---|---|---|---|
| **HOME** | ▮ | | |
| City | State | ZIP Code | Date |
| **PASADENA** | **TEXAS** | **77503** | **12/02/2017** |

| Type | Address | | |
|---|---|---|---|
| **HOME** | ▮ | | |
| City | State | Date | |
| **PASADENA** | **TEXAS** | **12/02/2017** | |

| Type | Address | | |
|---|---|---|---|
| **HOME** | ▮ | | |
| City | State | ZIP Code | Date |
| **PASADENA** | **TEXAS** | **77506** | **04/16/2018** |

| Type | |
|---|---|
| **FBI NUMBER** | ▮ |
| **FBI NUMBER** | ▮ |
| **FBI NUMBER** | ▮ |

| Type | ID No |
|---|---|
| **FBI NUMBER** | **USC** |
| **FBI NUMBER** | **USC** |

| Type | | OLS |
|---|---|---|
| **OPERATOR DL or ID CARD** | ▮ | **TEXAS** |

| Type | |
|---|---|
| **SID NUMBER **NOT TX ID# CARD OR DL#**** | ▮ |
| **SID NUMBER **NOT TX ID# CARD OR DL#**** | ▮ |

EXHIBIT 36

| Report Officer | Printed At | |
|---|---|---|
| **6264/STUBBS,JW** | 05/09/2018 10:25 | Page 2 of 5 |

Pasadena 1200

CONFIDENTIAL

**18-7962**    Supplement No
ORIG

# Pasadena Police Department

| Type | | | | ID No | |
|---|---|---|---|---|---|
| SID NUMBER **NOT TX ID# CARD OR DL#** | | | | ███████ | |

| Type | | ID No | |
|---|---|---|---|
| SOCIAL SECURITY NUMBER | | ██████ | |

| Phone Type | Phone No | | Date | Phone Type | Phone No |
|---|---|---|---|---|---|
| HOME | ███████ | | 07/14/2009 | CELL | ███████ |

| Date | Phone Type | Phone No | | Date | Phone Type |
|---|---|---|---|---|---|
| 07/24/2009 | OTHER | ███████ | | 08/26/2011 | CELL |

| Phone No | | Date | Phone Type | Phone No | | Date |
|---|---|---|---|---|---|---|
| ███████ | | 05/21/2012 | CELL | ███████ | | 05/08/2013 |

| Phone Type | Phone No | | Date | Phone Type | Phone No |
|---|---|---|---|---|---|
| CELL | ███████ | | 05/29/2014 | CELL | ███████ |

| Date | Phone Type | Phone No | | Date | Phone Type |
|---|---|---|---|---|---|
| 12/02/2017 | HOME | ███████ | | 12/02/2017 | CELL |

| Phone No | | Date |
|---|---|---|
| ███████ | | 04/16/2018 |

| Alias Name | | | | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| NAJERA,JAKELINE | | | | WHITE | FEMALE | ████ |

| Alias Name | | | | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| NAKERA,JACQUELINE | | | | WHITE | FEMALE | ████ |

| Mark Type | | | | Mark Code | |
|---|---|---|---|---|---|
| BACK | | - TATTOO | | TATTOO | |
| **Description** | | | | | |
| WINGS, "NATALIE" | | | | | |
| Mark Type | | | | Mark Code | |
| ARM, LEFT, NONSPECIFIC | | - TATTOO | | TATTOO | |
| **Description** | | | | | |
| "DAVID" | | | | | |
| Mark Type | | | | Mark Code | |
| WRIST, LEFT | | - TATTOO | | TATTOO | |
| **Description** | | | | | |
| "ISABEL" | | | | | |
| Mark Type | | | | Mark Code | |
| NECK | | - TATTOO | | TATTOO | |
| **Description** | | | | | |
| "EDUARDO" | | | | | |
| Mark Type | | | | Mark Code | |
| WRIST, RIGHT | | - TATTOO | | TATTOO | |
| **Description** | | | | | |
| "ANTONIO" | | | | | |

| Involvement | Arrest Type | | Arrest Date | Arrest Time | Booking No | Book Date |
|---|---|---|---|---|---|---|
| ARRESTED | ARRESTED (ONVIEW OR PC) | | 04/16/2018 | 03:30:00 | 18-5201 | 04/16/2018 |

| Book Time | Status | Dispo | | |
|---|---|---|---|---|
| 03:51:00 | BOOKED | MISDEMEANOR | | |

| Arrest Location | | City |
|---|---|---|
| 5200 FAIRMONT PKWY | | PASADENA |

| Place of Birth | City of Birth |
|---|---|
| TEXAS | GALVESTON |

| Charge | | MIS/FEL | Charge Literal |
|---|---|---|---|
| PM8271 | | MC | CLASS C THEFT |

## SUSPECT 1: UNKNOWN

| Involvement | Invl No | Type | Name |
|---|---|---|---|
| SUSPECT | 1 | Individual | UNKNOWN |

| Race | Sex | PRN |
|---|---|---|
| WHITE | MALE | 921981 |

## VICTIM (BUSINESS) 1: WALMART

| Involvement | Invl No | Type |
|---|---|---|
| VICTIM (BUSINESS) | 1 | Business |

| Name | | MNI | PRN |
|---|---|---|---|
| WALMART | | 353449 | 921982 |

| Type | Address | | | |
|---|---|---|---|---|
| WORK/BUSINESS | 5200 FAIRMONT PKWY | | | |

| City | State | ZIP Code | Date |
|---|---|---|---|
| PASADENA | TEXAS | 77505 | 04/16/2018 |

| Phone Type | Phone No | | Date |
|---|---|---|---|
| BUSINESS | (281)998-1077 | | 04/16/2018 |

**EXHIBIT 36**

| Report Officer | Printed At | |
|---|---|---|
| 6264/STUBBS,JW | 05/23/2018 10:25 | Page 3 of 9 |

CONFIDENTIAL

**18-7962**        Supplement No
                   **ORIG**

# Pasadena Police Department

## WITNESS 1: ;JESSICA

| Involvement | Invl No | Type | Name |
|---|---|---|---|
| **WITNESS** | **1** | **Individual** | **;JESSICA** |

| Race | Sex | PRN |
|---|---|---|
| **WHITE** | **FEMALE** | **921983** |

| Type | Address |
|---|---|
| **WORK/BUSINESS** | **5200 FAIRMONT PKWY** |

| City | State | ZIP Code | Date |
|---|---|---|---|
| **PASADENA** | **TEXAS** | **77505** | **04/16/2018** |

| Phone Type | Phone No | Date |
|---|---|---|
| **BUSINESS** | **(281)998-1077** | **04/16/2018** |

## Property

| Prop # | Involvement | | Invl Date | In Custody? | Security | Value |
|---|---|---|---|---|---|---|
| **1** | **RECOVERED AND RELEASED AT SCENE** | | **04/16/2018** | **No** | **No** | **$24.96** |

| # Pieces | Description | | | | | Typ |
|---|---|---|---|---|---|---|
| **1** | **t-shirt** | | | | | **A** |

| Cat | Article | Rcv Date |
|---|---|---|
| **Other (none of the above)** | **Unlisted Miscellaneous Item** | **04/16/2018** |

| Recv Value | Entered Date | Entered Time | RMS Transfer | Control | |
|---|---|---|---|---|---|
| **$24.96** | **04/16/2018** | **04:10** | **Successful** | **0723** | **0417180907** |

| Prop # | Involvement | | Invl Date | In Custody? | Security | Value |
|---|---|---|---|---|---|---|
| **2** | **RECOVERED AND RELEASED AT SCENE** | | **04/16/2018** | **No** | **No** | **$9.00** |

| # Pieces | Description | | | | | Typ |
|---|---|---|---|---|---|---|
| **1** | **t-shirt** | | | | | **A** |

| Cat | Article | Rcv Date |
|---|---|---|
| **Other (none of the above)** | **Unlisted Miscellaneous Item** | **04/16/2018** |

| Recv Value | Entered Date | Entered Time | RMS Transfer | Control | |
|---|---|---|---|---|---|
| **$9.00** | **04/16/2018** | **11:27** | **Successful** | **0723** | **0417180907** |

| Prop # | Involvement | | Invl Date | In Custody? | Security | Value |
|---|---|---|---|---|---|---|
| **3** | **RECOVERED AND RELEASED AT SCENE** | | **04/16/2018** | **No** | **No** | **$15.00** |

| # Pieces | Description | | | | | Typ |
|---|---|---|---|---|---|---|
| **1** | **texans tee** | | | | | **A** |

| Cat | Article | Rcv Date |
|---|---|---|
| **Other (none of the above)** | **Unlisted Miscellaneous Item** | **04/16/2018** |

| Recv Value | Entered Date | Entered Time | RMS Transfer | Control | |
|---|---|---|---|---|---|
| **$15.00** | **04/16/2018** | **11:27** | **Successful** | **0723** | **0417180907** |

| Prop # | Involvement | | Invl Date | In Custody? | Security | Value |
|---|---|---|---|---|---|---|
| **4** | **RECOVERED AND RELEASED AT SCENE** | | **04/16/2018** | **No** | **No** | **$16.47** |

| # Pieces | Description | | | | | Typ |
|---|---|---|---|---|---|---|
| **4** | **t-shirt** | | | | | **A** |

| Cat | Article | Rcv Date |
|---|---|---|
| **Other (none of the above)** | **Unlisted Miscellaneous Item** | **04/16/2018** |

| Recv Value | Entered Date | Entered Time | RMS Transfer | Control | |
|---|---|---|---|---|---|
| **$16.47** | **04/16/2018** | **11:27** | **Successful** | **0723** | **0417180907** |

| Prop # | Involvement | | Invl Date | In Custody? | Security | Value |
|---|---|---|---|---|---|---|
| **5** | **RECOVERED AND RELEASED AT SCENE** | | **04/16/2018** | **No** | **No** | **$19.96** |

| # Pieces | Description | | | | | Typ |
|---|---|---|---|---|---|---|
| **5** | **t-shirt** | | | | | **A** |

| Cat | Article | Rcv Date |
|---|---|---|
| **Other (none of the above)** | **Unlisted Miscellaneous Item** | **04/16/2018** |

| Recv Value | Entered Date | Entered Time | RMS Transfer | Control | |
|---|---|---|---|---|---|
| **$19.96** | **04/16/2018** | **11:28** | **Successful** | **0723** | **0417180907** |

## Modus Operandi

| Premise Type | Theft Type | Crime Code(s) |
|---|---|---|
| **DEPARTMENT STORE** | **SHOPLIFTING** | **THEFT** |

## Narrative

Scene Summary: 5200 Fairmont is the location of a business known as Wal-Mart. The building is located on the south side of the roadway and faces north. The entry/exit points of the building are also located on the north wall. Inside the building near the entry/exit points are several points of sale, of which a few were staffed and open for transactions. To the south of the points of sale are multiple departments for clothing, housewares, electronics and grocery.

Details: I was dispatched to the above location in reference to a theft. Upon arrival I contacted the witness, Jessica, who is employed at the business. Jessica stated that she and other employees observed the suspect,

EXHIBIT 36

| Report Officer | Printed At | |
|---|---|---|
| **6264/STUBBS,JW** | **05/03/2018 10:25** | |

CONFIDENTIAL

**18-7962**    Supplement No
ORIG

# Pasadena Police Department

## Narrative

Jakelin Najera, and an unknown male suspect acting strange then select clothing items from the Men's clothing department and conceal them inside of their own clothing. Jessica continued, stating that she observed both of the suspects walk past all points of sale and exit the building without attempting to purchase the items.

Jessica contacted the suspects outside of the store and requested both suspects come back inside the store and wait for police to arrive. The unknown male suspect continued walking away being uncooperative, however the female suspect, Jakelin Najera, returned inside the store and revealed that she had five T-shirts concealed inside of her jacket.

Najera was then escorted to the loss prevention office where she was issued a criminal trespass warning for Wal-Mart and all of it's properties. The total of the five shirts shoplifted by Najera came out to be $85.39 USD. I then asked Najera where the male suspect, who she stated was her cousin, had gone to. Najera stated that he "just went walking" and that she did not know where he was heading. I then placed Najera in the back seat of my patrol vehicle and transported her to the Pasadena City Jail where she was booked and confined for Class C Theft.

It was later found by Det. Buckert that Najera had a prior theft conviction and he contacted the Harris County District Attorney's Office in efforts to obtain a Class B theft charge against Najera.

It is unknown what, if any items were shoplifted by the unknown male suspect. There is video footage of this incident however at the time of this investigation the video footage was unable to be accessed/copied by employees including the manager.

No further action.

Stubbs, J. #6264

EXHIBIT 36

CONFIDENTIAL

**18-7962**     Supplement No **0001**

# Pasadena Police Department



**1114 JEFF GINN MEMORIAL DRIVE**

**PASADENA, TEXAS 77502**

Reported Date
**04/16/2018**
Rpt/Incident Typ
**THEFT**
Emp#
**MACGREGOR,CA**

Phone
**PHONE: (713)477-1221**
Fax
**FAX: (713)477-4976**

## Administrative Information

| Agency | Report No | | Supplement No | Reported Date | | Reported Time | |
|---|---|---|---|---|---|---|---|
| **Pasadena Police Department** | **18-7962** | | **0001** | **04/16/2018** | | **08:43** | |
| CAD Call No **180416029** | Status **REPORT - No follow-up Needed** | | | | | | |
| Rpt/Incident Typ **Theft - ALL except Theft of Service** | | | | | | | |
| Address **5200 FAIRMONT PKWY** | | | | | | City **PASADENA** | |
| ZIP Code **77505** | Grid **647F** | District **E** | Beat **06** | From Date **04/16/2018** | From Time **03:00** | To Date **04/16/2018** | To Time **03:30** |
| Emp# **4150/MACGREGOR,CA** | | | | Assignment **PERSON CRIMES (DETECTIVES)** | | | Entered By **4150** |
| Assignment **PERSON CRIMES (DETECTIVES)** | | | RMS Transfer **Supplement Transfer Complete** | | | Prop Trans Stat **Successful** | |
| Approving Officer **5535** | | Approval Date **04/25/2018** | | Approval Time **09:36:07** | | | |

## Summary Narrative

Detective supplement to the original.

## Property

| Prop # | Involvement | Invl Date | In Custody? | Security | Property Tag | Item No | |
|---|---|---|---|---|---|---|---|
| 1 | **EVIDENCE** | **04/16/2018** | **Yes** | **No** | **180007962** | **1** | |
| Description **video recorded statement of Jakeline Najera** | | | | | | Typ **A** | |
| Cat **Radio, TV, and sound entertainment devices** | | | | | | | |
| Article **Audio/Laser Compact Disc (CD)/DVD** | | | Entered Date **04/16/2018** | Entered Time **09:43** | RMS Transfer **Successful** | | |
| Control **5535** | **0425180936** | | | | | | |

## Narrative

On April 16, 2018 at approximately 6:44 A.M.; I received a cell phone call from Det. M. Cooper of the Person Crimes Division advising me that he was currently on scene investigating an Officer Involved Shooting and requested my assistance with interviewing a female subject who was currently in our jail. Det. Cooper explained that the female in question was with the suspect prior to the shooting incident and wanted me to ascertain the identity of the suspect as the suspect was still being sought after.

I then walked down to the Pasadena City Jail where I met and escorted subject Jakeline Najera to the Criminal Investigations Division where she was placed in an interview room for statement purposes. The following is a summary of Jakeline Najera's video recorded statement. Prior to interviewing Jakeline, I read to Jakeline her statutory warning to which she acknowledged and agreed to speak with me without counsel present:

*Jakeline stated that her full name was Jakeline Najera and that her date of birth was ▮▮▮▮▮▮▮. Jakeline stated that her Social Security # was ▮▮▮▮▮▮▮ and that she currently resided with her mother at ▮▮▮▮▮▮▮? in the city limits of Pasadena. Jakeline admitted that she was currently on probation for a previous DWI arrest and was wearing an ankle monitor.*

*In reference to the events leading up to her arrest for shoplifting at the Walmart Super Center (5200 Fairmont), Jakeline explained that she and cousin, Angel Ramirez unk DOB, were driven to the Walmart by Jakeline's mother in order for Angel to purchase unknown items from the Walmart. Jakeline advised that she waited in her mother's vehicle while Angel went into the store, however, after waiting an extended period of time, Jakeline also went into the Walmart and Jakeline's mother left from the location. Jakeline stated that after entering the store, Jakeline*

CONFIDENTIAL

**18-7962**                    Supplement No
                               **0001**

# Pasadena Police Department

## Narrative

*couldn't initially locate Angel, therefore, Jakeline selected "three to four Astros t-shirts" and called Angel on his cell phone to ascertain his location. Jakeline advised that she and Angel met up near the exit of the store at which time Jakeline concealed the selected t-shirts in her sweater and exited the store with Angel. Jakeline stated that the security alarm then sounded as she exited the store resulting in a loss prevention officer stopping her and Angel outside the store. Jakeline explained that as she was being detained, Angel removed a small box from somewhere on his person and handed it to the loss prevention agent stating, "here is your stuff". Angel then continued walking away from the store despite repeated requests from the loss prevention agent to stop.*

*I inquired from Jakeline as to she and Angel's intent in going to the Walmart. Jakeline stated that she assumed her cousin was going to shoplift but didn't know for sure has their grandmother would provide Angel with money periodically. Jakeline denied that her original intent was to shoplift from the Walmart and that her selecting of the merchandise that she eventually attempted to shoplift was an impulse decision.*

*I inquired from Jakeline as to how she and Angel were going to get back to her mother's apartment from Fairmont since the distance between the two points was a significant distance. Jakeline stated that it was a short walk from her mother's apartment to the Walmart since it was down the street. I asked Jakeline as to how she considered the distance a short walk to which Jakeline stated that they had been dropped off at the Walmart on Southmore.*

***It should be noted that Jakeline appeared to be under the influence of unknown substances based on her lack of recall and rhetoric during my questioning of her, however, Jakeline denied being under the influence of any substances.***

***It should be further noted that initially when questioned as to how she and Angel arrived to the Walmart, Jakeline stated that a neighbor of her mother's had dropped she and Angel off at the Walmart and that she and Angel both went into the Walmart together and went their separate ways while in the store to later return at the exit with shoplifted items. Further questioning resulted in Jakeline changing her story to that of being driven to said location by her mother and Jakeline remaining in the vehicle prior to entering the store.***

*During the interview, I displayed to Jakeline a video surveillacne snap shot of a subject that had been obtained from a residence that Angel had run to after the shopligting. The snap shot was sent to my cell phone by Det. Cooper prior to my interview with Jakeline. In dispalying the photo to Jakeline, Jakeline identified the subject depicted in the photo as her cousin Angel.*

***It should be noted that Det. Cooper was investigating an officer involved shooting involving Angel while I was conducting my interview with Jakeline (PPD case #2018-7963).***

*I questioned Jakeline as to what time she and Angel had been driven to the Walmart by her mother. Jakeline stated that it was sometime after midnight. I questioned Jakeline as to why her mother would take she and her cousin to the Walmart at such a late time to only drop them off. Jakeline stated that she didn't know why since her mother had to be at work at 10:00 A.M., however, Jakeline stated that her mother would be up later on her cell phone looking at social media.*

*I inquired from Jakeline as to where Angel lived. Jakeline stated that her cousin Angel lived on the north side of Houston in the Greenspoint area and that Angel would come to visit periodically. I questioned Jakeline if Angel had a vehicle and if not, how did he arrive to her mother's apartment. Jakeline explained that Angel did not have a car and had been dropped off at the apartment sometime on Sunday by either Angel's father or brother. Jakeline admitted that she did not see who dropped Angel off at the apartment and only assumed that it was Angel's father or brother.*

*I inquired from Jakeline if she knew if Angel had in his possession any firearms, either fake or real, prior to going to the Walmart of if Angel had shoplifted any such items. Jakeline advised that she wasn't aware if Angel possessed any firearms and was not aware that he had shoplifted any such items. Jakeline advised that it was her assumption that Angel had shoplifted electronic type merchandise based on the size of the box that he returned to the loss prevention officer but was not sure.*

*In reference to any recent drug use by Jakeline, I questioned Jakeline further based on her lack of recall as to which Walmart she had been dropped off at as well as her inconsistencies in her recollection of the events being*

| Report Officer | Printed At | |
|---|---|---|
| **4150/MACGREGOR,CA** | 05/03/2018  10:25 | |

Pasadena #263

**EXHIBIT 36**

**CONFIDENTIAL**

18-7962

Supplement No
0001

# Pasadena Police Department

**Narrative**

*investigated. Jakeline reiterated that she had not taken any medication in several months despite suffering from a multitude of mental ailments.*

This concludes the summary of Jakeline Najera's video recorded statement. The statement would transferred to DVD, the original later logged into the property room as evidence by this detective, and two copies provided to Det. Guerra for case purposes as Det. Guerra would be lead investigator for this case.

Jakeline was then escorted back to the city jail where she was released to jail personnel.

Upon returning to the Criminal Investigations Division, I spoke with Det. Guerra and requested his assistance in speaking with Jakeline's mother as I was informed by jail personnel that Jakeline's mother, Maria Isabella Najera, spoke only Spanish. I explained to Det. Guerra that I wanted to verify if Isabella had in fact dropped Jakeline and Agnel off at the Walmart.

Det. Guerra then spoke with Isabella via telephone and inquired as to her taking Jakeline and Angel to a Walmart and in doing such, Isabella informed Det. Guerra that she did not take either subject to a Walmart and did not know anything about the incident until observing the incident on the news.

No further action taken by this detective.

C.A. MacGregor #4150

EXHIBIT 36

| Report Officer | Printed At | |
|---|---|---|
| 4150/MACGREGOR,CA | Pasadena 05/06/2018 10:25 | Page 3 of 3 |

CONFIDENTIAL

# Pasadena Police Department

**18-7962**
**DRAFT**

Supplement No
**0002**

1114 JEFF GINN MEMORIAL DRIVE

PASADENA, TEXAS 77502

Reported Date
**04/18/2018**
Rpt/Incident Typ
**THEFT**
Emp#
**BUCKERT,D**

Phone
**PHONE: (713)477-1221**
Fax
**FAX: (713)477-4976**

## Administrative Information

| Agency | | Report No | | Supplement No | Reported Date | | Reported Time |
|---|---|---|---|---|---|---|---|
| **Pasadena Police Department** | | **18-7962** | | **0002** | **04/18/2018** | | **09:59** |

| CAD Call No | Status | | | | | | |
|---|---|---|---|---|---|---|---|
| **180416029** | **REPORT - No follow-up Needed** | | | | | | |

Rpt/Incident Typ
**Theft - ALL except Theft of Service**

| Address | | | | | | City |
|---|---|---|---|---|---|---|
| **5200 FAIRMONT PKWY** | | | | | | **PASADENA** |

| ZIP Code | Grid | District | Beat | From Date | From Time | To Date | To Time |
|---|---|---|---|---|---|---|---|
| **77505** | **647F** | **E** | **06** | **04/16/2018** | **03:00** | **04/16/2018** | **03:30** |

| Emp# | | Assignment | |
|---|---|---|---|
| **0745/BUCKERT,D** | | **PROPERTY CRIMES (DETECTIVES)** | |

| Entered By | Assignment | Prop Trans Stat | Approving Officer |
|---|---|---|---|
| **0745** | **PROPERTY CRIMES (DETECTIVES)** | **Pending** | |

| Approval Date | Approval Time | |
|---|---|---|
| | | |

## Summary Narrative

Detective Supplement

### SUSPECT 1: NAJERA,JAKELINE

| Involvement | Invl No | Type | Name |
|---|---|---|---|
| **SUSPECT** | **1** | **Individual** | **NAJERA,JAKELINE** |

| MNI | Race | Sex | DOB | Age | Juvenile? | Height | Weight | Hair Color | Eye Color |
|---|---|---|---|---|---|---|---|---|---|
| **208461** | **WHITE** | **FEMALE** | ▮ | **23** | **No** | **5'00"** | **95#** | **BLACK** | **BROWN** |

| Type | ID No |
|---|---|
| **FBI NUMBER** | ▮ |
| **FBI NUMBER** | ▮ |
| **FBI NUMBER** | **USC** |

| Type | ID No | OLS |
|---|---|---|
| **OPERATOR DL or ID CARD** | ▮ | **TEXAS** |

| Type | ID No |
|---|---|
| **SID NUMBER **NOT TX ID# CARD OR DL#**** | ▮ |
| **SID NUMBER **NOT TX ID# CARD OR DL#**** | ▮ |
| **SOCIAL SECURITY NUMBER** | ▮ |

### SUSPECT 2: RAMIREZ,ANGEL

| Involvement | Invl No | Type | Name |
|---|---|---|---|
| **SUSPECT** | **2** | **Individual** | **RAMIREZ,ANGEL** |

| MNI | Race | Sex | DOB | Age | Juvenile? | Height | Weight | Hair Color | Eye Color |
|---|---|---|---|---|---|---|---|---|---|
| **234592** | **WHITE** | **MALE** | ▮ | **18** | **No** | **5'05"** | **120#** | **BROWN** | **BROWN** |

| Type | ID No |
|---|---|
| **FBI NUMBER** | **J2MFCDD5K** |
| **SID NUMBER **NOT TX ID# CARD OR DL#**** | ▮ |

**EXHIBIT 36**

CONFIDENTIAL

# Pasadena Police Department

**18-7962**
**DRAFT**

Supplement No
0002

## Property

| Prop # | Involvement | Invl Date | In Custody? | Security | Property Tag | Item No |
|---|---|---|---|---|---|---|
| 1 | EVIDENCE | 04/18/2018 | Yes | No | 180007962 | 2 |

| Description | | Typ |
|---|---|---|
| cd w/ walmart photos | | A |

| Cat |
|---|
| Radio, TV, and sound entertainment devices |

| Article | Entered Date | Entered Time | Control | |
|---|---|---|---|---|
| Audio/Laser Compact Disc (CD)/DVD | 04/18/2018 | 10:18 | 0745 | 0418181019 |

| Prop # | Involvement | Invl Date | In Custody? | Security | Property Tag | Item No |
|---|---|---|---|---|---|---|
| 2 | EVIDENCE | 04/18/2018 | Yes | No | 180007962 | 3 |

| Description | | Typ |
|---|---|---|
| dvd w/ walmart video | | A |

| Cat |
|---|
| Radio, TV, and sound entertainment devices |

| Article | Entered Date | Entered Time | Control | |
|---|---|---|---|---|
| Audio/Laser Compact Disc (CD)/DVD | 04/18/2018 | 10:19 | 0745 | 0418181019 |

| Prop # | Involvement | Invl Date | In Custody? | Security | Property Tag | Item No |
|---|---|---|---|---|---|---|
| 3 | EVIDENCE | 04/18/2018 | Yes | No | 180007962 | 4 |

| Description | | Typ |
|---|---|---|
| crossman pellet gun box | | A |

| Cat | Article | Entered Date | Entered Time |
|---|---|---|---|
| Other (none of the above) | Unlisted Miscellaneous Item | 04/18/2018 | 10:19 |

| Control | |
|---|---|
| 0745 | 0418181020 |

## Narrative

**Details:**

On April 16th, 2018 I was contacted by Sgt. Norman who requested my assistance with this theft investigation. I was informed that the female arrested in this case, Jakeline Najera was accompanied at the Walmart by a male suspect that had fled the scene when confronted by Wal-Mart employees. A short time later a male matching the suspect's description was located by Officer Saldivar, just south of the Wal-Mart in the 4500 block of Pansy. Upon locating the suspect, an officer involved shooting occurred and the suspect fled the area. The suspect was later located and identified as Angel Ramirez (w/m ████). At the scene of the shooting three pellet guns were recovered after being dropped by Ramirez. See PPD case #2018-7963 for additional details.

Detective Macgregor conducted a custodial interview of Jakeline Najera who admitted to stealing several t-shirts from Wal-Mart. Jakeline identified the male that was with her at Wal-Mart as Angel Ramirez who is her cousin. See Detective Macgregor's supplement for further details.

I then contacted Wal-Mart Loss Prevention manager Alan Shann who provided me with video surveillance footage of Angel Ramirez and Jakeline Najera inside the Wal-Mart. The video shows Ramirez walk to the hunting section of the store and selecting a pellet gun. Ramirez walks to the tool isle where he attempts to remove the security device from the pellet gun. Ramirez conceals the pellet gun inside of his black and white striped jacket and makes several additional trips to the hunting section of the store. It is possible that Ramirez took more than one pellet gun as he is seen walking out of camera view several times with multiple items in his hands.

The video then shows Ramirez and Najera exiting the store without payment for the items concealed on their person and setting off the security sensors. Wal-Mart employees confront the two outside of the grocery entrance and Ramirez can be seen walking off southbound on the east side of the store, towards Keith and Pansy Streets.

After reviewing the video footage, I responded to the Wal-Mart and contacted customer service employee Jessica Leal (w/f ████) who had confronted Ramirez and Najera earlier that morning. Leal advised she had observed Ramirez and Najera acting suspiciously while walking around the store. Leal watched as Ramirez and Najera exited the store without purchasing anything and set off the security sensors at the grocery side exit door. Leal along with additional employees confronted Ramirez and Najera outside of the store at which time Najera produced five sports team shirts valued at $85.39 that were concealed on her person. According to Leal Ramirez produced a car charger from his pocket, but refused to come back into the store and walked off as she called Police. Leal stated it appeared Ramirez still had several items underneath his jacket as he fled. EXHIBIT 36

While at the Wal-Mart I surveyed the pellet guns section and found an opened Crossman "P10" pellet gun box. The box was torn on one corner with the pellet gun missing and the security sensor still wrapped around the box. I

CONFIDENTIAL

**Pasadena Police Department**

**18-7962**
**DRAFT**

Supplement No
0002

also photographed additional revolver style pellet guns on the shelves that matched the description of those recovered at the scene of the shooting.

The opened pellet gun box and photographs were later logged as evidence in this case.

A receipt was also obtained from Wal-Mart showing detailed pricing for the five shirts stolen by Jakeline Najera. The pricing on the stolen shirts is as follows:
Team shirt $24.96
Team shirt $9.00
Texans shirt $15.00
Team shirt $16.47
Team shirt $19.96

Jakeline Najera's theft total was determined to be $85.39. A review of Officer Stubbs original offense report found Jakeline was currently booked into the Pasadena City Jail for Class C Theft.

An inquiry of Jakeline's criminal history showed she had a previous theft conviction out of Harris County. Jakeline's prior conviction was for Theft $50-$500, in Harris County Court #14, cause #1829188, with a conviction date of 4-29-13.

**Presentation to DA**
Due to Jakeline's previous conviction for theft, A.D.A. Petroff was contacted and advised of the facts and findings of this investigation. A.D.A. Petroff accepted a charge of Class B Theft on Jakeline Najera due to her previous theft conviction.

**Charging of Suspect**
Prior to filing the charge on Jakeline, I was contacted by PPD jail staff and informed that Jakeline had fallen off her bunk in the jail and sustained a cut that required medical attention. It was determined that Jakeline would be transported to Bayshore Hospital for treatment at which time she was released from police custody with the intention to file a to-be warrant for her arrest at a later date.

On 4-18-17, charges on Jakeline Najera were filed through DIMs Transaction #2436670 and a to-be warrant completed for her arrest.

It should be noted that no theft charges were sought on Angel Ramirez due to him being charged by Detective Guerra with Aggravated Assault under PPD Case #18-7963

**Charge Information**
Suspect:  Najera, Jakeline
Charge:   Theft $100-$750
Cause #:
Court:    Harris County Criminal Court #
Bond:     $

**Case Status**
This case is cleared by arrest.

**D. Buckert #0745**
**Property Crimes Division**

EXHIBIT 36

CONFIDENTIAL

**Detailed History for Police CFS# #180416033 As of 4/26/2018 09:47:37**

# Output for: 1122

# Priority:2 Type:EVAD - Evading Arrest
# Location:5230 KEITH, PAS btwn MIZE RD and END
# Map:577G

| | | | |
|---|---|---|---|
| Created: | 04/16/2018 04:02:51 | CAL2 | 4046 |
| Entered: | 04/16/2018 04:04:28 | CAL2 | 4046 |
| Dispatch: | 04/16/2018 04:06:17 | DIS1 | 5258 |
| Enroute: | 04/16/2018 04:06:47 | DIS1 | 5258 |
| Onscene: | 04/16/2018 04:07:48 | DIS1 | 5258 |
| Transprt: | 04/16/2018 07:40:10 | DIS1 | 0335 |
| Complete: | 04/16/2018 07:53:47 | DIS2 | 6881 |
| Closed: | 04/16/2018 09:44:28 | DIS2 | 6881 |

# ICUnit: PrimeUnit:3326 Dispo:R
# Type:EVAD - Evading Arrest
# Agency:PPD Group:PD1
# District:6 Grid:651F
# Case #:PD180007963  □Detail

| | | |
|---|---|---|
| 04:02:51 | CREATE | Location:5230 KEITH, PAS Type:SUSP Name:POTTS,EDDIE Phone:713/417-1248 Group:PD1 Area:651F TypeDesc:SusPerson LocDesc:btwn MIZE RD and END Priority:4 Response:2PAT Agency:PPD Map:577G LocType:S |
| 04:04:28 | ENTRY | Comment:UNKNW MALE RINGING RPTES DOOR BELL / MALE STATED "OPEN THE DOOR", RPTE ASKED WHO IT WAS AND HE STATED "ITS A STRANGER, |

EXHIBIT 36

CONFIDENTIAL

| | OPEN UP" |
|---|---|
| 04:04:28 -NPREMS | Comment:(none) |
| 04:04:59 INFO | Comment:UNKNWN IF MALE IS STILL OUTSIDE, RPTE AFRAID TO LOOK |
| 04:05:36 INFO | Comment:RPTE IS CURRENTLY IN HER BEDROOM / WILL STAY ON THE PHONE WITH RPTE UNTIL OFC ARRIVES |
| 04:05:53 SELECT | |
| 04:06:17 DISP | 3303 Emp#:5750 EmpNames:SALDIVAR,RR |
| 04:06:17 DISP | 3326 Emp#:5225 EmpNames:POWELL,RD |
| 04:06:17 -PRIU | 3303 |
| 04:06:47 BACKER | 334 UnitID:3303 Location:5230 KEITH, PAS Emp#:3270 EmpNames:HIBBS,JM |
| 04:06:50 ENRTE | 3303 3326 |
| 04:07:48 ONSCN | 3326 |
| 04:07:49 ONSCN | 334 |
| 04:08:30 ONSCN | 3303 |
| 04:10:21 NOMORE | |
| 04:18:59 MISC | Comment:HOLDING TRAFFIC ON CH ONE |
| 04:19:10 CLOS | 3303 334 3326 Location:4600 PANSY ST, PAS |
| 04:19:13 CLOS | 3303 Location:4600 PANSY ST, PAS |
| 04:19:22 CLOS | 3303 Location:4600 PANSY ST, PAS Comment:SHOTS FIRED |
| 04:19:27 BACKER | 3340 UnitID:3326 Location:4600 PANSY ST, PAS Emp#:4044 EmpNames:LOGAN,RJ |
| 04:19:58 MISC | Comment:2 GUNS IN THE PARKIN GLOT |
| 04:19:59 MISC | 3326 Comment:2 GUNS IN THE PARKING LOT |
| 04:20:05 MISC | Comment:3303 NOT HIT |
| 04:20:15 MISC | Comment:MALE RAN WB THEN NORTH TOWARDS 5045 CRENSHAW |
| 04:20:19 MISC | 3303 Comment:RAN WB // GOING NORTH TOWARDS THE COMPLEX |
| 04:20:50 BACKOS | 3346 UnitID:3326 Location:4600 PANSY ST, PAS Emp#:4170 EmpNames:MAC,YUCHEN |
| 04:20:50 BACKOS | 3339 UnitID:3326 Location:4600 PANSY ST, PAS Emp#:2800 EmpNames:GONZALEZ,VJ |
| 04:20:50 BACKOS | 3341 UnitID:3326 Location:4600 PANSY ST, PAS Emp#:3422 EmpNames:HOWARD,LW |
| 04:20:50 BACKOS | 3317 UnitID:3326 Location:4600 PANSY ST, PAS Emp#:0020 EmpNames:AARON,DJ |
| 04:20:50 BACKOS | 425 UnitID:3326 Location:4600 PANSY ST, PAS Emp#:0460 EmpNames:BENGE,SB |
| 04:21:16 MISC | 3303 Comment:HM BLK/WHT PANTS BLK PANTS |
| 04:21:17 MISC | Comment:HM BLK PANTS BLK/WHO JACKET CURLY HAIR MEDIUM FRAME |
| 04:21:24 MISC | Comment:POSSIBLY LAID OUT IN THE COMPLEX |
| 04:21:31 CLOS | 425 3317 Location:CRENSHAW |
| 04:21:40 BACKER | 424 UnitID:3340 Location:4600 PANSY ST, PAS Emp#:3475 EmpNames:HURST,NJ |
| 04:21:48 ONSCN | 3340 |
| 04:22:34 BACKOS | 3413 UnitID:3346 Location:4600 PANSY ST, PAS Emp#:5795 0673 EmpNames:SANCHEZ,A; BRINKER,ME |
| 04:22:39 CLOS | 3413 Location:PANSY ST/KEITH AVE, PAS |
| 04:23:11 CLOS | 3340 Location:WEST FENCELINE OF COMPLEX |

EXHIBIT 36

CONFIDENTIAL

| Time | Type | Detail |
|---|---|---|
| 04:23:12 | MISC | 3340 Comment:ALONG WEST FENCE LINE OT COMPLEX |
| 04:24:55 | BACKOS | 3407 Location:5045 CRENSHAW RD, PAS Emp#:5967 0400 4140 EmpNames:SHUMAN,BT; BAUM, J; LUDEKE,MV II |
| 04:24:55 | BACKOS | 3337 UnitID:3339 Location:4600 PANSY ST, PAS Emp#:2595 EmpNames:GARRETT,JK |
| 04:25:51 | MISC | Comment:POSSIBLY DUCKED DOWN ON EAST SIDE OF THE COMPLEX BETWEEN CARS |
| 04:26:10 | CLOS | 425 Location:EASTSIDE OF COMPLEX |
| 04:26:20 | BACKOS | 420 Emp#:5427 EmpNames:RIDINGS,JL |
| 04:26:24 | CLOS | 425 Location:EASTSIDE OF COMPLEX/PANSY |
| 04:26:27 | CLOS | 420 Location:5045 CRENSHAW RD, PAS |
| 04:27:12 | MISC | 424 Comment:AT THE 6 BUILDING |
| 04:27:17 | ONSCN | 424 |
| 04:27:24 | CLOS | 424 Location:#6 BLDG |
| 04:29:45 | MISC | 424 Comment:WHITE TRUCK LEAVING COMPLEX |
| 04:30:11 | BACKOS | 303 Emp#:6780 EmpNames:WARNKE,TM |
| 04:31:26 | LOGM | Message:991804160931002507 MessageType:Text Received:04/16/2018 04:31:06 Comment:INSURANCE CONFIRMED |
| 04:32:45 | LOGM | 3340 Message:991804160932002510 MessageType:Text Received:04/16/2018 04:31:42 Comment:LOGM |
| 04:34:31 | CLOS | 3341 3346 3413 Location:NE SIDE OF FENCELINE |
| 04:34:43 | CLOS | 3339 3340 Location:MAIN ENTRY OF COMPLEX |
| 04:35:45 | CASE | 3303 Case#:PD180007963 |
| 04:41:19 | CLOS | 424 Location:NE CORNER INSIDE COMPLEX NEAR BLDG#6 |
| 04:42:50 | MISC | 3340 Plate:HMW4681 Comment:LOG |
| 04:43:04 | LOGM | Message:991804160943002523 MessageType:Text Received:04/16/2018 04:42:55 Comment:LOGM |
| 04:44:55 | MISC | 424 Comment:SUSPECT EITHER WENT NORTH OR WEST OF LOCATION / |
| 04:46:28 | BACKOS | 332 UnitID:303 Location:5230 KEITH, PAS Emp#:0628 EmpNames:BOWMAN,KM |
| 04:50:26 | MISC | Comment:MOVING UNITS TO TAC 5 |
| 04:53:12 | BACKOS | 3328 UnitID:3317 Location:CRENSHAW Emp#:0410 EmpNames:BEAROR,DA |
| 04:53:18 | *RI | 3346 |
| 04:54:50 | BACKOS | 323 UnitID:3317 Location:CRENSHAW Emp#:5090 EmpNames:PEEPLES,JM |
| 04:55:55 | MISC | 425 Comment:K9 ON THE GROUND |
| 05:02:26 | MISC | Comment:K9 TRACKING SB INSIDE COMPLEX ALONG THE WEST FENCELINE |
| 05:09:12 | MISC | Comment:K9 TURNED BACK AROUND HEADING NORTH |
| 05:11:12 | BACKER | 105 Emp#:2906 EmpNames:GUERRA,R |
| 05:11:12 | BACKER | 219 Emp#:5306 EmpNames:RANDLES,WF |
| 05:12:36 | MISC | Comment:212 NOTIFIED AS ID BACK UP |
| 05:21:04 | CHGLOC | 105 Location:5045 CRENSHAW RD, PAS |
| 05:22:30 | BACKER | 108 UnitID:3407 Location:5045 CRENSHAW RD, PAS Emp#:1253 EmpNames:COOPER,MD |
| 05:22:40 | MISC | Comment:K9 DONE TRACKING // RELEASING PERIMETER |
| 05:25:38 | *RFT | 3346 Plate:43V3100 |
| 05:25:39 | *CLEAR | 3407 |
| 05:26:38 | *CLEAR | 3339 |
| 05:26:49 | CLEAR | 3346 |

EXHIBIT 36

CONFIDENTIAL

| | | |
|---|---|---|
| 05:28:35 | *CLEAR | 3317 |
| 05:29:42 | *RFT | 3340 Plate:FKX9686 |
| 05:32:45 | ONSCN | 108 |
| 05:33:03 | *CLEAR | 3413 |
| 05:36:30 | *CLEAR | 425 |
| 05:37:21 | ONSCN | 105 |
| 05:44:27 | *CLEAR | 3340 |
| 05:50:29 | PRMPT | 420 Comment:Preempted and dispatched to call #180416035 |
| 05:54:23 | PRMPT | 3326 Comment:Preempted and dispatched to call #180416035 |
| 05:54:38 | PRMPT | 424 Comment:Preempted and dispatched to call #180416035 |
| 05:57:47 | XREF | Service:P CFS#:#180416035 Type:SUSP Agency:PPD |
| 05:58:14 | ONSCN | 219 |
| 06:03:23 | *CLEAR | 3341 |
| 06:05:23 | BACKER | 3418 Emp#:3325 EmpNames:HINOJOSA,JM |
| 06:05:29 | BACKER | 3113 Emp#:0155 EmpNames:ANDERSON,RJ |
| 06:08:25 | MISC | Comment:JACKET THAT WAS LOCATED ..IS NOT THE JACKET FROM SUSPECT |
| 06:09:55 | BACKER | 126 UnitID:3303 Location:J C PENNEY Emp#:1740 EmpNames:DOLLAGARAY,ER |
| 06:10:09 | CHGLOC | 3418 Location:WALMART AREA |
| 06:10:57 | CLOS | 126 Location:5120 FAIRMONT PKWY, PAS Comment:JC PENNEY PARKING LOT |
| 06:12:29 | BACKER | 3115 UnitID:105 Location:NB SIDE Emp#:6500 EmpNames:TURPIN,MS |
| 06:12:50 | CHGLOC | 3113 Location:SB SIDE PANSY |
| 06:12:56 | CHGLOC | 3115 Location:NB SIDE PANSY |
| 06:15:46 | *ONSCN | 3115 |
| 06:16:15 | MISC | 334 Comment:LOCATED A "3RD" HANDGUN @ 5102 KEITH |
| 06:16:20 | CLOS | 334 Location:5102 KEITH AVE, PAS |
| 06:16:31 | CLOS | 3328 Location:5102 KEITH AVE, PAS |
| 06:17:09 | CLOS | 3113 Location:PANSY ST/KEITH AVE, PAS |
| 06:28:55 | BACKOS | 313 UnitID:3113 Location:PANSY Emp#:6015 EmpNames:SKRIPKA,SS |
| 06:29:08 | MISC | Comment:BONDY AND TURNER SCHOOLS CLOSED FOR NOW / NOT LETTING KIDS IN |
| 06:29:55 | BACKER | 3127 UnitID:3113 Location:PANSY ST/KEITH AVE, PAS Emp#:5057 EmpNames:PAGE,EJ |
| 06:32:01 | BACKER | 3141 UnitID:3115 Location:NB CRENSHAW/PANSY AT LIGHT Emp#:1025 EmpNames:CASTRO,RA |
| 06:34:38 | ONSCN | 3127 |
| 06:36:24 | MISC | Comment:DA OFFICE NOT RESPONDING |
| 06:49:14 | CLEAR | 303 |
| 06:50:42 | *ONSCN | 3141 |
| 06:51:54 | CLOS | 313 Location:5100 KEITH AVE, PAS |
| 06:54:38 | CLOS | 3337 Location:5100 KEITH AVE, PAS |
| 06:56:03 | ONSCN | 3418 |
| 06:56:29 | CLOS | 3418 Location:5200 FAIRMONT SE CORNER |
| 06:56:51 | CLOS | 3418 Location:5200 FAIRMONT / SW CORNER |
| 07:03:24 | PRMPT | 3337 Comment:Preempted and dispatched to call #180416035 |
| 07:03:26 | BACKOS | 431 Location:PRESTON AVE/CRENSHAW RD, PAS Emp#:3464 EmpNames:HUMPHREY,FA Comment:CHURCH PARKING LOT |
| 07:03:46 | *CLEAR | 3328 |

EXHIBIT 36

CONFIDENTIAL

| 07:04:12 | BACKER | 434 Location:YELLOWSTONE DR/FAIRWOOD ST, PAS Emp#:5885 EmpNames:SCHROCK,SL Comment:SOUTHWEST ENTRANCE/ TURN TO TURNER ELEM. |
| 07:11:07 | BACKOS | 606 UnitID:3141 Location:NB CRENSHAW/PANSY AT LIGHT Emp#:1122 EmpNames:HAMILTON,CA |
| 07:20:45 | XREF | Service:P CFS#:#180416035 Type:SUSP Agency:PPD |
| 07:21:12 | BACKOS | 3337 UnitID:431 Location:5042 SIENNA HEIGHTS LN, PAS Emp#:2595 EmpNames:GARRETT,JK |
| 07:21:25 | BACKOS | 3326 UnitID:332 Location:FAIRDALE ST/LILY ST, PAS Emp#:5225 EmpNames:POWELL,RD |
| 07:21:43 | BACKOS | 424 UnitID:606 Location:5100 KEITH AVE, PAS Emp#:3475 EmpNames:HURST,NJ |
| 07:22:01 | BACKOS | 420 UnitID:434 Location:5042 SIENNA HEIGHTS LN, PAS Emp#:5427 EmpNames:RIDINGS,JL |
| 07:22:54 | BACKOS | 3340 UnitID:606 Location:PRESTON AVE/BELTWAY 8 HWY, PAS Emp#:4044 EmpNames:LOGAN,RJ Comment:@ CHEVRON |
| 07:23:18 | BACKER | 3108 Location:PRESTON AVE/BELTWAY 8 HWY, PAS Emp#:1901 EmpNames:EILERS,JA Comment:CHEVRON |
| 07:23:19 | MISC | 3340 Comment:BLK CAMO HOODIE // SUSBJ MATCHES |
| 07:24:06 | CLOS | 334 Location:BELTWAY 8 HWY/PRESTON AVE, PAS |
| 07:24:11 | ONSCN | 3340 |
| 07:24:32 | BACKER | 423 UnitID:434 Location:YELLOWSTONE DR/FAIRWOOD ST, PAS Emp#:5160 EmpNames:PHELAN,CD |
| 07:25:54 | MISC | Comment:CALLER ANDRIANNA PALACIOS 832-891-2602 SUSPECT AT CHEVRON STATION PRESTON BELTWAY 8- BLACK CAMO JACKET COVERED IN GRASS AND STICKERS BURRS |
| 07:27:57 | MISC | Comment:FOX IN AREA BW8/PRESTON |
| 07:28:13 | MISC | Comment:IN FRONT OF KELSY SEYBOLD |
| 07:28:25 | MISC | 334 Comment:IN FRONT OF KELSEY SEBOLD OFF BELTWAY |
| 07:28:47 | MISC | Comment:ONE IN CUSTODY |
| 07:28:56 | CLOS | 3108 Location:5001 BELTWAY 8 HWY, PAS |
| 07:32:47 | BACKOS | 411 Location:4900 BELTWAY 8 HWY, PAS Emp#:6915 EmpNames:WILLIAMS,CD Comment:WHERE SUBJECT WAS IN CUSTODY |
| 07:34:08 | PRMPT | 3418 Comment:Preempted and dispatched to call #180416044 |
| 07:34:30 | PRMPT | 3108 Comment:Preempted and dispatched to call #180416044 |
| 07:34:58 | MISC | Comment:HPD FOX NTFD // SUBJ IN CUSTODY |
| 07:35:35 | PRMPT | 3127 Comment:Preempted and dispatched to call type: ADM |
| 07:38:01 | MISC | 3115 Comment:RUNNING CRIME LOG |
| 07:38:01 | MISC | 3115 Comment:RUNNING CRIME LOG |
| 07:40:10 | TRANSP | 3340 Location:1201 DAVIS ST, PAS Comment:X1 MALE TO 870 |
| 07:40:17 | *CLEAR | 423 |
| 07:41:28 | PRMPT | 108 Comment:Preempted and dispatched to call #180416047 |
| 07:41:33 | XREF | Service:P CFS#:#180416047 Type:INFO Agency:PPD |
| 07:41:46 | RFT | 3340 Name:RAMIREZ,ANGEL DOB:20000109 Repeat:Yes |
| 07:41:47 | RFT | 3340 Name:RAMIREZ,ANGEL DOB:20000109 Repeat:Yes |
| 07:42:21 | *CLEAR | 424 |
| 07:42:48 | MISC | Comment:STREET & BRIDGE NTFD FOR FOUR (4) BARRICADES |
| 07:43:23 | CLEAR | 411 |
| 07:44:52 | CLEAR | 332 |

EXHIBIT 36

CONFIDENTIAL

| Time | Code | Detail |
|---|---|---|
| 07:44:54 | CLEAR | 3337 |
| 07:45:25 | CLEAR | 431 |
| 07:50:32 | BACKOS | 2 Location:PANSY ST/KEITH AVE, PAS Emp#:0725 EmpNames:BRUEGGER,JA |
| 07:53:47 | CMPLT | 3340 |
| 07:57:12 | PRIU | 105 |
| 07:58:13 | CLEAR | 420 |
| 08:11:11 | BACKOS | 108 UnitID:105 Location:5045 CRENSHAW RD, PAS Emp#:1253 EmpNames:COOPER,MD |
| 08:11:11 | BACKOS | 103 UnitID:105 Location:5045 CRENSHAW RD, PAS Emp#:4942 EmpNames:NORMAN,MP |
| 08:12:21 | CLEAR | 434 |
| 08:14:21 | PRIU | 3326 |
| 08:14:47 | CHGLOC | 3326 Location:STATION Comment:PRIMARY |
| 08:20:01 | MISC | 313 Comment:MEDIA STAGING ON PANSY JUST NORTH OF CRENSHAW AT FIRST TURN AROUND |
| 08:23:48 | *ONSCN | 3326 |
| 08:31:16 | CLEAR | 3340 Dispo:SUP Comment:OUT LOGGING EVIDENCE |
| 08:41:49 | *CLEAR | 334 |
| 09:00:04 | CLEAR | 2 |
| 09:01:21 | CHANGE | Type:SUSP-->EVAD Response:2PAT-->1PAT Priority:4-->2 TypeDesc:SusPerson-->Evading Arrest |
| 09:15:42 | CHGLOC | 3303 Location:1201 DAVIS ST, PAS |
| 09:21:04 | CLEAR | 103 |
| 09:25:58 | CHGLOC | 105 Location:1201 DAVIS ST, PAS |
| 09:26:53 | BACKOS | 605 Emp#:5825 EmpNames:SANDERS,AC |
| 09:27:05 | CHGLOC | 605 Location:1201 DAVIS ST, PAS |
| 09:27:25 | CLEAR | 3115 Dispo:SUP |
| 09:28:51 | CHGLOC | 108 Location:1201 DAVIS ST, PAS |
| 09:30:36 | CLEAR | 126 |
| 09:32:26 | CLEAR | 3113 3141 |
| 09:34:11 | CLEAR | 323 |
| 09:34:23 | CLEAR | 313 |
| 09:34:57 | CLEAR | 606 |
| 09:43:59 | CLEAR | 3326 Dispo:R Comment:WRITING THE SLIP |
| 09:44:25 | PRMPT | 108 105 605 3303 Comment:Preempted and dispatched to call #180416084 |
| 09:44:28 | CLEAR | 219 |
| 09:44:28 | -CLEAR | |
| 09:44:28 | CLOSE | |
| 10:46:06 | XREF | Service:P CFS#:#180416035 Type:SUSP Agency:PPD |
| 10:46:06 | XREF | Service:P CFS#:#180416029 Type:THFTR Agency:PPD |
| 10:46:19 | -NPREMS | Comment:(none) |

# CONTACT INFO:

| Name | Phone | RPaddr | Contact? | Weapons? | Intox? | Permit# |
|---|---|---|---|---|---|---|
| POTTS,EDDIE | ███████ | | | | | |

EXHIBIT 36

CONFIDENTIAL

**18-7963**          Supplement No
                    **ORIG**

# Pasadena Police Department



1114 JEFF GINN MEMORIAL DRIVE          Reported Date
                                      **04/16/2018**
PASADENA, TEXAS 77502                 Rpt/Incident Typ
                                      **SHOOTING**
                                      Emp#
                                      **POWELL,RD**

Phone
**PHONE: (713)477-1221**
Fax
**FAX: (713)477-4976**

## Administrative Information

| Agency | Report No | Supplement No | Reported Date | Reported Time |
|---|---|---|---|---|
| **Pasadena Police Department** | **18-7963** | **ORIG** | **04/16/2018** | **04:04** |

| CAD Call No | Status | | Rpt/Incident Typ | |
|---|---|---|---|---|
| **180416033** | **REFER FOR FOLLOW-UP INVESTIGATION** | | **Shooting** | |

| Address | | | | | City |
|---|---|---|---|---|---|
| **5230 KEITH AVE** | | | | | **PASADENA** |

| ZIP Code | Grid | District | Beat | From Date | From Time |
|---|---|---|---|---|---|
| **77505** | **651F** | **E** | **06** | **04/16/2018** | **04:04** |

| Emp# | | Assignment | Entered By |
|---|---|---|---|
| **5225/POWELL,RD** | | **NIGHT SHIFT PATROL** | **5225** |

| Assignment | RMS Transfer | Prop Trans Stat | Approving Officer |
|---|---|---|---|
| **NIGHT SHIFT PATROL** | **Successful** | **Successful** | **3270** |

| Approval Date | Approval Time |
|---|---|
| **04/19/2018** | **05:53:23** |

## Person Summary

| Invl | Invl No | Type | Name | MNI |
|---|---|---|---|---|
| **REP** | **1** | **I** | **POTTS,EDIE** | **35504** |

| Race | Sex | DOB |
|---|---|---|
| **W** | **F** | ▮▮▮▮▮▮▮ |

## Summary Narrative

Officer R. Saldivar was involved in a shooting in the area of 4600 Pansy St following a call of a suspicious person at 5230 Keith Ave.  Refer to supplement reports completed by Officers R. Saldivar, Conner, and Logan.

EXHIBIT 36

CONFIDENTIAL

**18-7963**

Supplement No
**ORIG**

# Pasadena Police Department

| REPORTEE 1: POTTS,EDIE | | | | | | |
|---|---|---|---|---|---|---|
| Involvement **REPORTEE** | Invl No **1** | Type **Individual** | | | | |
| Name **POTTS,EDIE** | | | | MNI **35504** | Race **WHITE** | Sex **FEMALE** |
| DOB ▓▓▓▓ | Age **76** | Juvenile? **No** | Hair Color **RED/AUBURN** | PRN **922312** | | |
| Type **HOME** | Address ▓▓▓▓▓▓ | | | | | |
| City **PASADENA** | | State **TEXAS** | ZIP Code **77505** | Date **04/16/2018** | | |
| Type **SID NUMBER **NOT TX ID# CARD OR DL#**** | | | | ID No **04960513** | | |
| Phone Type **CELL** | Phone No ▓▓▓▓ | | Date **04/16/2018** | | | |

| Modus Operandi | | | | |
|---|---|---|---|---|
| Gang Act? **No** | Premise Type **STREET, HIGHWAY, ALLEY** | | Arson Inhabited? **No** | Crime Code(s) **ASSAULTS** |

## Narrative

Scene Summary:

5230 Keith Ave is the address of a one story single family dwelling that is located on the south side of the roadway with the front door located on the north side of the residence facing north. The residence is centrally located between Beltway 8 Hwy southbound frontage and Pansy St.

The 4600 block of Pansy St is a portion of a public roadway that runs north and south through the city limits of Pasadena, Texas in Harris County. 5045 Crenshaw Rd (Broadwater) is a nearby multi-story, multi-building apartment complex which borders the 4600 block of Pansy on the east side of the complex. The complex has a metal fence surrounding the border and there are multiple parking lots throughout the complex.

I observed two handguns laying in the parking lot of 5045 Crenshaw Rd in close proximity to the east fence line of 4600 Pansy St on the northeast side of the complex.

The weather was cool and the lighting dark due to nighttime hours. The area was illuminated by artificial lighting.

Details:

I arrived in the area of 5200 Fairmont (3:09:23 am) to search the area for a theft suspect who had fled the Wal-Mart on foot. The outstanding suspect was described as a Hispanic male wearing a gray hoodie with black stripes and black pants. After the call cleared (4:02:22 am) I remained in the area in an attempt to locate the suspect. (Refer to Case 2018-7962)

A short time later (4:02:51 am) a reportee from 5230 Keith Ave, Edie Potts (W/F ▓▓▓▓) contacted police and stated that a male suspect with a similar description was knocking on her front door asking for money. Officer Saldivar, Sgt. Hibbs, and I arrived in the area and began to search for the suspect but he was gone on arrival. Sgt. Hibbs searched east of Pansy on Keith, I searched west of Pansy on Keith, and Officer Saldivar searched south on Pansy. Officer Saldivar then stated on the radio that he located a subject. As I began to drive towards Officer Saldivar's location, I heard approximately 4 gunshots coming from Officer Saldivar's location. Officer Saldivar then stated "shots fired" on the radio (04:19:22 am). I located Officer Saldivar in the 4600 block of Pansy St. His unit was parked facing south with his emergency lights activated. Officer Saldivar was outside of his unit standing along the east fence line of 5045 Crenshaw Rd.

When I made it to Officer Saldivar he advised he was unharmed and secure. Officer Saldivar stated he believed the suspect was down between some vehicles in the parking lot of 5045 Crenshaw Rd. I attempted to locate the suspect from the east side of the fence but could not see him.

Other Police units began arriving and setting up a perimeter along Pansy St, Keith Ave, and Crenshaw Rd.

Dispatch later received a call from 4502 Sienna Heights (05:48:06 am) about a suspect with a similar description who was at the reportee's front door. As Officers moved to Sienna Heights, I proceeded to Lily and Fairdale to

EXHIBIT 36

| Report Officer **5225/POWELL,RD** | | Printed At ▓▓▓▓ | |
|---|---|---|---|

Pasadena 04/23/2018 09:06   **CONFIDENTIAL**

**18-7963**

Supplement No
ORIG

# Pasadena Police Department

### Narrative

assist as a perimeter unit. Once the suspect was apprehended I proceeded back to the original scene at 4600 Pansy.

For details on the Sienna Heights call and the apprehension of the suspect see supplements from Sgt. Hibbs and Officer Logan.

Detectives and the crime scene unit had been contacted and arrived on scene, see their supplements for details on their actions and further details on the investigation.

See the additional supplements to this report for further details on the case.

No further action by this officer.
Officer R. Powell #5225

EXHIBIT 36

CONFIDENTIAL

**18-7963**                    Supplement No
                               0001

# Pasadena Police Department



1114 JEFF GINN MEMORIAL DRIVE

PASADENA, TEXAS 77502

Reported Date
**04/16/2018**
Rpt/Incident Typ
**SHOOTING**
Emp#
**SALDIVAR,R**

Phone
**PHONE: (713)477-1221**
Fax
**FAX: (713)477-4976**

## Administrative Information

| Agency | | Report No | Supplement No | Reported Date | Reported Time |
|---|---|---|---|---|---|
| **Pasadena Police Department** | | **18-7963** | **0001** | **04/16/2018** | **12:23** |
| CAD Call No | Status | | | Rpt/Incident Typ | |
| **180416033** | **REFER FOR FOLLOW-UP INVESTIGATION** | | | **Shooting** | |
| Address | | | | | City |
| **5230 KEITH AVE** | | | | | **PASADENA** |
| ZIP Code | Grid | District | Beat | From Date | From Time |
| **77505** | **651F** | **E** | **06** | **04/16/2018** | **04:04** |
| Emp# | | | Assignment | | Entered By |
| **5750/SALDIVAR,R** | | | **NIGHT SHIFT PATROL** | | **5750** |
| Assignment | RMS Transfer | Prop Trans Stat | Approving Officer | | |
| **NIGHT SHIFT PATROL** | **Successful** | **Successful** | **3898** | | |
| Approval Date | Approval Time | | | | |
| **04/17/2018** | **00:31:32** | | | | |

## Summary Narrative

Supplemental Report

## Property

| Prop # | Involvement | Invl Date | In Custody? | Security | Property Tag | Item No | # Pieces |
|---|---|---|---|---|---|---|---|
| 1 | EVIDENCE | 04/16/2018 | Yes | No | 180007963 | 8 | 2 |
| Description | | | | | | Typ | |
| video from mvr unit #1631 | | | | | | A | |
| Cat | | Article | Entered Date | Entered Time | Control | | |
| Other (none of the above) | | DVD | 04/16/2018 | 12:56 | 5750 | 0416181424 | |
| 2 | EVIDENCE | 04/16/2018 | Yes | No | 180007963 | 9 | 2 |
| Description | | | | | | Typ | |
| video from body cam assigned to unit #1631 | | | | | | A | |
| Cat | | Article | Entered Date | Entered Time | Control | | |
| Other (none of the above) | | DVD | 04/16/2018 | 12:58 | 5750 | 0416181424 | |

## Modus Operandi

Crime Code(s)
**ASSAULTS**

## Narrative

**Details**

On April 16, 2018, at approximately 4:06 a.m., while working night shift patrol, I was dispatched to a suspicious person call at 5230 Keith. I was operating a marked police patrol unit #1631 and wearing my regular police patrol uniform. Further details provided by dispatch indicated the reportee stated an unknown male was ringing her doorbell and requested she open the door. The reportee being frightened by the unknown male contacted the police.

I arrived on scene at 4:08 a.m. along with Sgt. Hibbs and Officer Powell. I contacted the reportee who was identified as Edie Potts (w/f                ). Mrs. Potts stated around 4:02 a.m., an unknown male began ringing her doorbell. Mrs. Potts said when she asked who it was the male stated, "it's a stranger open up!" Mrs. Potts then advised the male demanded money at which time she became frightened and called the police. Mrs. Potts was unable to provide me with a description of the suspect because she was afraid to look out the window.

Sgt. Hibbs, Officer Powell and I then checked Mrs. Potts backyard and the surrounding residences to locate the suspect. We then began searching the surrounding area outside of Mrs. Potts neighborhood. As I drove southbound on the 4500 block of Pansy, I observed a Hispanic male wearing a black and white hooded jacket, blue jeans and white tennis shoes. This description matched that of a theft suspect who stole property

| Report Officer | Printed At | |
|---|---|---|
| **5750/SALDIVAR,R** | | |

EXHIBIT 36

CONFIDENTIAL

18-7963                                    Supplement No
                                            0001

# Pasadena Police Department

**Narrative**

from Walmart (5200 Fairmont) one hour earlier.  (Refer to case number 18-7962) The male was observed running westbound from the northwest corner of Patients Hospital crossing over Pansy.  The male looked in my direction as he crossed Pansy and then jumped over a seven foot square tubed wrought iron fence leading into the Broadwater Apartments (5045 Crenshaw Rd.).  I stopped my patrol unit and activated my emergency lights and used my spot light to try and lighten the dark area.  As I exited my patrol vehicle, I called out to the male and asked him to come talk to me as I walked towards the fence.  The male continued to slowly walk away but then turned around and began walking towards me.  As the male neared the fence I used my flashlight to see his hands at which time I observed the male pull a semi-automatic handgun from behind his back with his right hand and began raising it in my direction.  I immediately drew my service weapon (Glock 22 semi-automatic .40 caliber pistol) and fired several rounds towards the suspect who appeared to fall backwards.  The male then ran northbound between several parked vehicles at which time I lost sight of the suspect due to large green subtrees along the fence line.  I notified dispatch that shots had been fired and provided my location.  I then informed Sgt. Hibbs and Officer Powell, who arrived to my location as the shooting was occurring, to the last known location of the suspect.

A description of the suspect was then broadcasted for additional responding units to the area.  Several hours later the suspect was located and arrested by Pasadena Police Officers at Beltway 8 and Preston.  The suspect was then transported back to 4500 Pansy where I positively identified the suspect.

I surrendered my duty weapon and magazine in the weapon to ID Division Officer R. Hunt as requested by Detective R. Guerra.

I later reviewed my Mobile Video Recorder (MVR) and Body Camera assigned to unit 1631 which showed the male place what appears to be a bag through the wrought iron fence prior to jumping the fence and him pick up the bag on the opposite side of the fence.  The video also showed the male to have nothing in his hands as he jumped over the fence into the Broadwater Apartments.  Both the MVR and Body Cam video also recorded four shots being fired from my service weapon at the suspect.  A CD copy of the video from the MVR to unit# 1631 was made and later tagged as **Exhibit #8** and logged into the police evidence room.  A CD copy of the body cam video was also tagged as **Exhibit #9** and logged into the police evidence room.

**End of Report**
*R.Saldivar 5750*

EXHIBIT 36

| Report Officer | Printed At | |
|---|---|---|
| 5750/SALDIVAR,R | Pasadena 04/30/2018 09:07 | CONFIDENTIAL  Page 2 of 2 |

**18-7963**

Supplement No
**0002**

# Pasadena Police Department



1114 JEFF GINN MEMORIAL DRIVE

PASADENA, TEXAS 77502

Phone
**PHONE: (713)477-1221**
Fax
**FAX: (713)477-4976**

Reported Date
**04/16/2018**
Rpt/Incident Typ
**SHOOTING**
Emp#
**LOGAN,RJ**

## Administrative Information

| Agency | Report No | Supplement No | Reported Date | Reported Time |
|---|---|---|---|---|
| Pasadena Police Department | 18-7963 | 0002 | 04/16/2018 | 23:05 |

| CAD Call No | Status | | Rpt/Incident Typ | |
|---|---|---|---|---|
| 180416033 | REFER FOR FOLLOW-UP INVESTIGATION | | Shooting | |

| Address | | | | | | City |
|---|---|---|---|---|---|---|
| 5230 KEITH AVE | | | | | | PASADENA |

| ZIP Code | Grid | District | Beat | From Date | From Time |
|---|---|---|---|---|---|
| 77505 | 651F | E | 06 | 04/16/2018 | 04:04 |

| Emp# | Assignment | Entered By |
|---|---|---|
| 4044/LOGAN,RJ | NIGHT SHIFT PATROL | 4044 |

| Assignment | RMS Transfer | Prop Trans Stat | Approving Officer |
|---|---|---|---|
| NIGHT SHIFT PATROL | Successful | Successful | 4543 |

| Approval Date | Approval Time |
|---|---|
| 04/17/2018 | 00:26:01 |

## Summary Narrative

Supplement Report.

## SUSPECT 1: RAMIREZ,ANGEL

| Involvement | Invl No | Type | Name |
|---|---|---|---|
| SUSPECT | 1 | Individual | RAMIREZ,ANGEL |

| MNI | Race | Sex | | Age | Ethnicity | Juvenile? | Height | Weight | Hair Color | Eye Color |
|---|---|---|---|---|---|---|---|---|---|---|
| 234592 | WHITE | MALE | ▮▮▮ | 18 | HISPANIC | No | 5'05" | 120# | BROWN | BROWN |

| Skin | Gen Appearance | Build |
|---|---|---|
| LIGHT BROWN | CASUAL | THIN |

| Type | Address |
|---|---|
| HOME | ▮▮▮ |

| City | State | ZIP Code | Date |
|---|---|---|---|
| HOUSTON | TEXAS | 77067 | 04/16/2018 |

| Phone Type | Phone No | Date |
|---|---|---|
| OTHER | ▮▮▮ | 04/16/2018 |

## Property

| Prop # | Involvement | Invl Date | In Custody? | Security | Property Tag | Item No | Value | | # Pieces |
|---|---|---|---|---|---|---|---|---|---|
| 1 | EVIDENCE | 04/16/2018 | Yes | No | 180007963 | 1 | $30.00 | | 3 |

| Description | | Typ |
|---|---|---|
| (3) - Crosman (2) pack bb gun clips | | A |

| Cat | Article | Entered Date |
|---|---|---|
| Other (none of the above) | Gun Accessories / Magazines / etc. | 04/16/2018 |

| Entered Time | Control |
|---|---|
| 23:08 | 4044    0416182328 |

| Prop # | Involvement | Invl Date | In Custody? | Security | Property Tag | Item No | Value | | # Pieces |
|---|---|---|---|---|---|---|---|---|---|
| 2 | EVIDENCE | 04/16/2018 | Yes | No | 180007963 | 2 | $4.00 | | 1 |

| Description | | Typ |
|---|---|---|
| (1) - Crosman (5) pack bb gun co2 cartridges | | A |

| Cat | Article | Entered Date |
|---|---|---|
| Other (none of the above) | Gun Accessories / Magazines / etc. | 04/16/2018 |

| Entered Time | Control |
|---|---|
| 23:19 | 4044    0416182319 |

| Prop # | Involvement | Invl Date | In Custody? | Security | Property Tag | Item No | Value | | # Pieces |
|---|---|---|---|---|---|---|---|---|---|
| 3 | EVIDENCE | 04/16/2018 | Yes | No | 180007963 | 3 | $4.00 | | 5 |

| Description | | Typ |
|---|---|---|
| (5) - Crosmam bb gun co2 cartridges unpackaged | | A |

| Cat | Article | Entered Date |
|---|---|---|
| Other (none of the above) | Gun Accessories / Magazines / etc. | 04/16/2018 |

| Entered Time | Control |
|---|---|
| 23:19 | 4044    0416182320 |

**EXHIBIT 36**

| Report Officer | Printed At | |
|---|---|---|
| 4044/LOGAN,RJ | Pasadena 04/23/2018 09:07 | Page 1 of 4 |

CONFIDENTIAL

**18-7963**    Supplement No **0002**

# Pasadena Police Department

| Prop # | Involvement | Invi Date | In Custody? | Security | Property Tag | Item No | Value | # Pieces |
|---|---|---|---|---|---|---|---|---|
| 4 | EVIDENCE | 04/16/2018 | Yes | No | 180007963 | 4 | $0.00 | 6 |

| Description | | | | | | | Typ | |
|---|---|---|---|---|---|---|---|---|
| (6) - Brass casings for bb/pellet gun | | | | | | | A | |

| Cat | Article | Entered Date |
|---|---|---|
| Other (none of the above) | Gun Accessories / Magazines / etc. | 04/16/2018 |

| Entered Time | Control |
|---|---|
| 23:20 | 4044    0416182321 |

| Prop # | Involvement | Invi Date | In Custody? | Security | Property Tag | Item No | # Pieces |
|---|---|---|---|---|---|---|---|
| 5 | EVIDENCE | 04/16/2018 | Yes | No | 180007963 | 5 | 1 |

| Description | Typ |
|---|---|
| Can of pepper spray | A |

| Cat | Article | Entered Date | Entered Time |
|---|---|---|---|
| Other (none of the above) | Unlisted Miscellaneous Item | 04/16/2018 | 23:21 |

| Control |
|---|
| 4044    0416182322 |

| Prop # | Involvement | Invi Date | In Custody? | Security | Property Tag | Item No | Value | # Pieces |
|---|---|---|---|---|---|---|---|---|
| 6 | EVIDENCE | 04/16/2018 | Yes | No | 180007963 | 6 | $5.00 | 1 |

| Description | Typ | Cat |
|---|---|---|
| Folding multi-tool | A | Equipment/tools |

| Article | Entered Date | Entered Time | Control |
|---|---|---|---|
| Tool | 04/16/2018 | 23:22 | 4044    0416182327 |

| Prop # | Involvement | Invi Date | In Custody? | Security | Property Tag | Item No | Value | # Pieces |
|---|---|---|---|---|---|---|---|---|
| 7 | EVIDENCE | 04/16/2018 | Yes | No | 180007963 | 7 | $10.00 | 2 |

| Description | Typ |
|---|---|
| (2) pair of headphones | A |

| Cat | Article | Entered Date |
|---|---|---|
| Radio, TV, and sound entertainment devices | Earphone/Headset | 04/16/2018 |

| Entered Time | Control |
|---|---|
| 23:27 | 4044    0416182328 |

## Modus Operandi

| Premise Type | Solvability Factor | Crime Code(s) |
|---|---|---|
| STREET, HIGHWAY, ALLEY | SUSPECT ARRESTED | ASSAULTS |

## Narrative

**Scene Summary:**

5000 Beltway 8 is a city street running north in Pasadena, Harris County, Texas. The roadway is comprised of three northbound lanes with a sidewalk on the east side running parallel to the roadway. It was daytime and the weather was cool and dry.

**Details:**

On 4-16-2018 I was manning the perimeter of a search area where officers were looking for a subject who fled from officers earlier in the night. For details see original and other supplement reports.

Dispatch advised that a subject matching the description of the male (Hispanic male, curly hair, wearing a black and white jacket) was spotted at a nearby gas station. Upon arrival at the gas station located at Preston Rd and Beltway 8 I was advised that the subject left on foot crossing under the overpass and walking northbound on the frontage rd. Officers checked the area and the subject was located in the 5000 block of Beltway 8. The subject was identified as the male who fled by a photograph which had been taken of the subject by a witness and circulated to officers during the search for the subject.

Officers contacted the male who was taken into custody without incident and identified as Angel Ramirez. Upon a search incident to his arrest officers located several items which Angel stated were stolen earlier in the night from 5200 Fairmont Pkwy (Walmart).

The items are as follows:

EXHIBIT 36

(3) packs of Crosman bb gun clips (Stolen from Walmart) - $10.00 ea
(1) pack of Crosman CO2 bb gun cartridges (Stolen from Walmart) - $4.00
(5) unpackaged Crosman CO2 cartridges - $4.00

| Report Officer | Printed At | |
|---|---|---|
| 4044/LOGAN,RJ | 04/22/2018 09:07 | CONFIDENTIAL |

**18-7963**   Supplement No 0002

# Pasadena Police Department

**Narrative**

Plastic bag with (6) brass casing bb gun cartridges
Can of Mace pepper spray
Small multi tool (stolen from Walmart) -$5.00
(2) pairs of headphones (one pink / one black; stolen from Walmart) - $5.00 ea

I transported Angel back to the scene at which time he was identified by Ofc. R. Saldivar as the suspect who ran from him.  I then spoke with Det. R. Guerra who advised to book Angel into the jail and place a hold on him.

Angel was transported to the Pasadena jail where he was booked and confined with a hold for Det. Guerra.

The above listed items were later logged into the property room as evidence.

No further action by this officer.

**End Report.**

**R. Logan 4044**

EXHIBIT 36

**18-7963**    Supplement No
0003

# Pasadena Police Department



1114 JEFF GINN MEMORIAL DRIVE

PASADENA, TEXAS 77502

Reported Date
04/16/2018
Rpt/Incident Typ
SHOOTING
Emp#
CONNER,KM

Phone
PHONE: (713)477-1221
Fax
FAX: (713)477-4976

## Administrative Information

| Agency | Report No | | Supplement No | Reported Date | Reported Time |
|---|---|---|---|---|---|
| Pasadena Police Department | 18-7963 | | 0003 | 04/16/2018 | 23:50 |

| CAD Call No | Status | Rpt/Incident Typ | |
|---|---|---|---|
| 180416033 | REFER FOR FOLLOW-UP INVESTIGATION | Shooting | |

| Address | | | | | | City |
|---|---|---|---|---|---|---|
| 5230 KEITH AVE | | | | | | PASADENA |

| ZIP Code | Grid | District | Beat | From Date | From Time | |
|---|---|---|---|---|---|---|
| 77505 | 651F | E | 06 | 04/16/2018 | 04:04 | |

| Emp# | Assignment | | Entered By |
|---|---|---|---|
| 1270/CONNER,KM | NIGHT SHIFT PATROL | | 1270 |

| Assignment | RMS Transfer | Prop Trans Stat | Approving Officer |
|---|---|---|---|
| NIGHT SHIFT PATROL | Successful | Successful | 4543 |

| Approval Date | Approval Time |
|---|---|
| 04/17/2018 | 03:25:30 |

## Summary Narrative

SUPPLEMENT

## Property

| Prop # | Involvement | Invl Date | In Custody? | Security | Property Tag | Item No | # Pieces |
|---|---|---|---|---|---|---|---|
| 1 | EVIDENCE | 04/16/2018 | Yes | No | 180007963 | 10 | 1 |

| Description | Typ |
|---|---|
| CD CONTAINING PHOTOGRAPHS FROM SCENE. | A |

| Cat | Article | Entered Date | Entered Time |
|---|---|---|---|
| Data processing equipment | CD-ROM Drive | 04/17/2018 | 01:30 |

| Control | |
|---|---|
| 1270    0417180131 | |

## Modus Operandi

| Crime Code(s) |
|---|
| ASSAULTS |

## Narrative

Officer Drey and I responded to 5230 Keith Ave and using my department issued, digital camera I took photographs of the scene.

I transferred the photographs onto a CD and logged them into the Property Room as Item #10.

No further action taken by this officer.
**K.Conner#1270**

# EXHIBIT 36

**18-7963**    Supplement No 0004

# Pasadena Police Department



1114 JEFF GINN MEMORIAL DRIVE

PASADENA, TEXAS 77502

Reported Date
**04/17/2018**
Rpt/Incident Typ
**SHOOTING**
Emp#
**COOPER,M**

Phone
**PHONE: (713)477-1221**
Fax
**FAX: (713)477-4976**

## Administrative Information

| Agency | | Report No | | Supplement No | Reported Date | | Reported Time |
|---|---|---|---|---|---|---|---|
| **Pasadena Police Department** | | **18-7963** | | **0004** | **04/17/2018** | | **13:52** |

| CAD Call No | Status | | Rpt/Incident Typ | |
|---|---|---|---|---|
| **180416033** | **REFER FOR FOLLOW-UP INVESTIGATION** | | **Shooting** | |

| Address | | | | | | | City |
|---|---|---|---|---|---|---|---|
| **4600 PANSY ST** | | | | | | | **PASADENA** |

| ZIP Code | Grid | District | Beat | From Date | From Time | |
|---|---|---|---|---|---|---|
| **77505** | **651F** | **E** | **06** | **04/16/2018** | **04:04** | |

| Emp# | | Assignment | | Entered By |
|---|---|---|---|---|
| **1253/COOPER,M** | | **PERSON CRIMES (DETECTIVES)** | | **1253** |

| Assignment | RMS Transfer | Prop Trans Stat |
|---|---|---|
| **PERSON CRIMES (DETECTIVES)** | **Supplement Transfer Complete** | **Successful** |

| Approving Officer | Approval Date | Approval Time |
|---|---|---|
| **4942** | **04/24/2018** | **07:14:52** |

## Summary Narrative

Detective Supplement report

## OTHER 1: VELA,RAFAEL

| Involvement | Invl No | Type | Name | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **OTHER** | **1** | **Individual** | **VELA,RAFAEL** | | | | | | |

| MNI | Race | Sex | DOB | Age | Juvenile? | Height | Weight | Hair Color | Eye Color | RMS Transfer |
|---|---|---|---|---|---|---|---|---|---|---|
| **249097** | **WHITE** | **MALE** | | **46** | **No** | **5'10"** | **230#** | **BLACK** | **BROWN** | **Successful** |

| PRN |
|---|
| **923189** |

| Type | Address |
|---|---|
| **HOME** | |

| City | State | ZIP Code | Date |
|---|---|---|---|
| **PASADENA** | **TEXAS** | **77505** | **04/17/2018** |

| Phone Type | Phone No | Date |
|---|---|---|
| **CELL** | | **04/17/2018** |

## OTHER 2: LANGFORD,CLAYTON

| Involvement | Invl No | Type | Name |
|---|---|---|---|
| **OTHER** | **2** | **Individual** | **LANGFORD,CLAYTON** |

| MNI | Race | Sex | DOB | Age | Juvenile? | RMS Transfer | PRN |
|---|---|---|---|---|---|---|---|
| **490153** | **WHITE** | **MALE** | | **23** | **No** | **Successful** | **923190** |

| Type | Address |
|---|---|
| **HOME** | |

| City | State | ZIP Code | Date |
|---|---|---|---|
| **PASADENA** | **TEXAS** | **77505** | **04/17/2018** |

| Phone Type | Phone No | Date |
|---|---|---|
| **CELL** | | **04/17/2018** |

## Vehicle: JFB6557

| Involvement | Type | Vehicle Licensed | State | Lic Year | Lic Type | Year |
|---|---|---|---|---|---|---|
| **FIRE DAMAGE** | **TRUCK/VAN/SUV** | | **TEXAS** | **2018** | **TRUCK** | **2004** |

| Make | Model | Style | Color | Damage |
|---|---|---|---|---|
| **Ford/Courier/Ford Goldline Camper** | **F150** | **PICKUP - TRUCK** | **BLACK** | **Right** |

| RMS Transfer |
|---|
| **Successful** |

| Link | Involvement | Invl No | Name | | Race | Sex |
|---|---|---|---|---|---|---|
| **OWN** | **OTH** | **1** | **VELA,RAFAEL** | | **W** | **M** |

EXHIBIT 36

CONFIDENTIAL

**18-7963**    Supplement No **0004**

# Pasadena Police Department

## Vehicle: JFB6557

| Link | Involvement | Invl No | Name | | Race | Sex |
|------|-------------|---------|------|--|------|-----|
| OTH | OTH | 2 | LANGFORD,CLAYTON | | W | M |
| DOB | | | | | | |

## Property

| Prop # | Involvement | Invl Date | In Custody? | Security | Value | | |
|--------|-------------|-----------|-------------|----------|-------|--|--|
| 1 | DAMAGED | 04/17/2018 | No | No | $50.00 | | |

| Description | | Typ |
|-------------|--|-----|
| glass window (double pane window) | | A |

| Cat | Article | Entered Date | Entered Time |
|-----|---------|--------------|--------------|
| Other (none of the above) | Unlisted Miscellaneous Item | 04/18/2018 | 22:50 |

| RMS Transfer | Control | |
|--------------|---------|--|
| Successful | 1253    0418182251 | |

| Prop # | Involvement | Invl Date | In Custody? | Security | Value | | |
|--------|-------------|-----------|-------------|----------|-------|--|--|
| 2 | DAMAGED | 04/17/2018 | No | No | $50.00 | | |

| Description | | Typ |
|-------------|--|-----|
| window blinds | | A |

| Cat | Article | Entered Date | Entered Time |
|-----|---------|--------------|--------------|
| Other (none of the above) | Unlisted Miscellaneous Item | 04/18/2018 | 22:51 |

| RMS Transfer | Control | |
|--------------|---------|--|
| Successful | 1253    0418182251 | |

| Prop # | Involvement | Invl Date | In Custody? | Security | Value | | |
|--------|-------------|-----------|-------------|----------|-------|--|--|
| 3 | DAMAGED | 04/17/2018 | No | No | $20.00 | | |

| Description | | Typ |
|-------------|--|-----|
| hardi-plank siding | | A |

| Cat | Article | Entered Date | Entered Time |
|-----|---------|--------------|--------------|
| Other (none of the above) | Unlisted Miscellaneous Item | 04/18/2018 | 22:51 |

| RMS Transfer | Control | |
|--------------|---------|--|
| Successful | 1253    0418182252 | |

## Modus Operandi

Crime Code(s)
**ASSAULTS**

## Narrative

On 4/16/18, I was contacted by Det. R. Guerra and he requested that I assist him with an officer involved shooting (OIS) at Pansy and Crenshaw. Upon arrival, Det. R. Guerra asked if I would work inside the apartment complex of 5045 Crenshaw, locating any possible witnesses and evidence in this case.

I checked with many occupants of the complex and most said they heard possible gunshots, but no one saw any of the incident. Most claimed the gunshots woke them up from their sleep.

Along with patrol and crime scene officers, we located three rounds in the complex. One round struck a 2004 black Ford F150 (Texas Reg: JFB 6557) in the lower right front door. The round was found to have gone through the door and stayed logged in the rubber gasket of the door frame. The owner of the truck was identified as Rafael Vela (w/m, ▮▮▮▮▮). Rafael said he heard the shooting, but didn't see anything. Rafael gave me the keys to his truck so we could recover the round. I advised Rafael I would return his keys to him later in the day, since he had to go to work.

Another round was found to have gone through the wooden fence that surrounds a garbage dumpster, which sits northeast of a row of detached parking garages, which in turn sits east of building #6 in the complex (direction and positioning of garages and buildings is based on a view of looking down upon from above). The round then stopped and logged in the hardi-plank siding wall of the detached parking garage.

While checking the complex, I was flagged down by an occupant of building #6. Clayton Langford (w/m, ▮▮▮▮▮) told me he woke up this morning and found his window broken, a hole in the blinds, and a bullet on the floor. Clayton lives in apartment #620, which is located on the second floor in the southeast corner of building #6. Clayton advised they did not hear anything and him and his wife woke up to find the damage done. The window that the round went through faces to the east.

Crime Scene Det. S. Dudley recovered the rounds from the truck and the detached parking garages. Crime Scene Det. W. Randles recovered the round from apartment #620. See Crime Scene Supplement Reports for

**EXHIBIT 36**

| Report Officer | Printed At | |
|----------------|-----------|--|
| 1253/COOPER,M | Pasadena 05/08/2018 10:42 | Page 2 of 3 |

CONFIDENTIAL

**18-7963**

Supplement No
**0004**

# Pasadena Police Department

Narrative
further details.

No further action from this officer.

Det. M. Cooper  #1253

EXHIBIT 36

CONFIDENTIAL

**18-7963**    Supplement No
0005

# Pasadena Police Department



1114 JEFF GINN MEMORIAL DRIVE

PASADENA, TEXAS 77502

Reported Date
**04/17/2018**
Rpt/Incident Typ
**SHOOTING**
Emp#
**DUDLEY,S**

Phone
**PHONE: (713) 477-1221**
Fax
**FAX: (713) 477-4976**

## Administrative Information

| Agency | | Report No | | Supplement No | Reported Date | Reported Time |
|---|---|---|---|---|---|---|
| Pasadena Police Department | | 18-7963 | | 0005 | 04/17/2018 | 16:28 |

| CAD Call No | Status | | | Rpt/Incident Typ | |
|---|---|---|---|---|---|
| 180416033 | REFER FOR FOLLOW-UP INVESTIGATION | | | Shooting | |

| Address | | | | | City |
|---|---|---|---|---|---|
| ▮▮▮▮▮▮▮ | | | | | PASADENA |

| ZIP Code | Grid | District | Beat | From Date | From Time | |
|---|---|---|---|---|---|---|
| 77505 | 651F | E | 06 | 04/16/2018 | 04:04 | |

| Emp# | | Assignment | Entered By |
|---|---|---|---|
| 5240/DUDLEY,S | | CRIME SCENE UNIT | 5240 |

| Assignment | RMS Transfer | Prop Trans Stat | Approving Officer | Approval Date |
|---|---|---|---|---|
| CRIME SCENE UNIT | Successful | Successful | 4397 | 05/01/2018 |

| Approval Time | | | |
|---|---|---|---|
| 07:36:25 | | | |

## Summary Narrative

This is a crime scene supplement.

## Property

| Prop # | Involvement | Invl Date | In Custody? | Security | Property Tag | Item No | # Pieces |
|---|---|---|---|---|---|---|---|
| 1 | EVIDENCE | 04/17/2018 | Yes | No | 180007963 | 19 | 1 |

| Description | | | | Typ |
|---|---|---|---|---|
| projectile from Ford F150 | | | | A |

| Cat | Article | Brand | Entered Date | Entered Time |
|---|---|---|---|---|
| Other (none of the above) | Ammunition / Bullets | PROJEC | 04/17/2018 | 16:29 |

| Control | | |
|---|---|---|
| 5240    0417181630 | | |

| Prop # | Involvement | Invl Date | In Custody? | Security | Property Tag | Item No | # Pieces |
|---|---|---|---|---|---|---|---|
| 2 | EVIDENCE | 04/17/2018 | Yes | No | 180007963 | 20 | 1 |

| Description | | | | Typ |
|---|---|---|---|---|
| projectile from garage siding (Placard 7) | | | | A |

| Cat | Article | Brand | Entered Date | Entered Time |
|---|---|---|---|---|
| Other (none of the above) | Ammunition / Bullets | PROJEC | 04/17/2018 | 16:30 |

| Control | | |
|---|---|---|
| 5240    0417181631 | | |

| Prop # | Involvement | Invl Date | In Custody? | Security | Property Tag | Item No | # Pieces |
|---|---|---|---|---|---|---|---|
| 3 | EVIDENCE | 04/17/2018 | Yes | No | 180007963 | 21 | 1 |

| Description | | | Typ |
|---|---|---|---|
| swab from Item 16 - XCP pellet gun | | | A |

| Cat | Article | Entered Date | Entered Time |
|---|---|---|---|
| Other (none of the above) | DNA Swabs - (Evidence) | 04/17/2018 | 16:31 |

| Control | | |
|---|---|---|
| 5240    0417181631 | | |

| Prop # | Involvement | Invl Date | In Custody? | Security | Property Tag | Item No | # Pieces |
|---|---|---|---|---|---|---|---|
| 4 | EVIDENCE | 04/17/2018 | Yes | No | 180007963 | 22 | 1 |

| Description | | | Typ |
|---|---|---|---|
| swab from Item 17 -  SNR 357 pellet gun | | | A |

| Cat | Article | Entered Date | Entered Time |
|---|---|---|---|
| Other (none of the above) | DNA Swabs - (Evidence) | 04/17/2018 | 16:31 |

| Control | | |
|---|---|---|
| 5240    0417181632 | | |

**EXHIBIT 36**

| Report Officer | Printed At | |
|---|---|---|
| 5240/DUDLEY,S | 05/08/2018 10:42 | Page 1 of 4 |

Pasadena CONFIDENTIAL

**18-7963**    Supplement No
0005

# Pasadena Police Department

| Prop # | Involvement | Invl Date | In Custody? | Security | Property Tag | Item No | # Pieces |
|--------|-------------|-----------|-------------|----------|--------------|---------|----------|
| 5 | EVIDENCE | 04/17/2018 | Yes | No | 180007963 | 23 | 1 |

| Description | | Typ |
|-------------|--|-----|
| swab from Item 18 - Crosman CR357 pellet gun | | A |

| Cat | Article | Entered Date | Entered Time |
|-----|---------|--------------|--------------|
| Other (none of the above) | DNA Swabs - (Evidence) | 04/17/2018 | 16:32 |

| Control | |
|---------|--|
| 5240 | 0417181632 |

| Prop # | Involvement | Invl Date | In Custody? | Security | Property Tag | Item No | # Pieces |
|--------|-------------|-----------|-------------|----------|--------------|---------|----------|
| 6 | EVIDENCE | 04/17/2018 | Yes | No | 180007963 | 24 | 1 |

| Description | | Typ |
|-------------|--|-----|
| master copy DVD of photographs by S.Dudley | | A |

| Cat | Article | Entered Date | Entered Time |
|-----|---------|--------------|--------------|
| Other (none of the above) | Unlisted Miscellaneous Item | 04/17/2018 | 16:32 |

| Control | |
|---------|--|
| 5240 | 0417181633 |

| Prop # | Involvement | Invl Date | In Custody? | Security | Property Tag | Item No | Serial No | | # Pieces |
|--------|-------------|-----------|-------------|----------|--------------|---------|-----------|--|----------|
| 7 | EVIDENCE | 04/17/2018 | Yes | No | 180007963 | 16 | 17M74504 | | 2 |

| Description | | Typ |
|-------------|--|-----|
| chrome and tan XCP UX 4.5 mm .177cal pellet gun | | A |

| Cat | Article | Brand | Model |
|-----|---------|-------|-------|
| Other (none of the above) | Unlisted Miscellaneous Item | XCP | UX PELLET |

| Entered Date | Entered Time | Control | |
|--------------|--------------|---------|--|
| 04/17/2018 | 16:33 | 5240 | 0417181634 |

| Prop # | Involvement | Invl Date | In Custody? | Security | Property Tag | Item No | # Pieces |
|--------|-------------|-----------|-------------|----------|--------------|---------|----------|
| 8 | EVIDENCE | 04/17/2018 | Yes | No | 180007963 | 25 | 1 |

| Description | | Typ |
|-------------|--|-----|
| working copy DVD of photographs by S.Dudley | | A |

| Cat | Article | Entered Date | Entered Time |
|-----|---------|--------------|--------------|
| Other (none of the above) | Unlisted Miscellaneous Item | 04/17/2018 | 16:33 |

| Control | |
|---------|--|
| 5240 | 0417181633 |

| Prop # | Involvement | Invl Date | In Custody? | Security | Property Tag | Item No | # Pieces |
|--------|-------------|-----------|-------------|----------|--------------|---------|----------|
| 9 | EVIDENCE | 04/17/2018 | Yes | No | 180007963 | 17 | 1 |

| Description | | Typ |
|-------------|--|-----|
| blk revolver style pellet gun with faux ammo | | A |

| Cat | Article | Brand | Model |
|-----|---------|-------|-------|
| Other (none of the above) | Unlisted Miscellaneous Item | SNR | 357 |

| Entered Date | Entered Time | Control | |
|--------------|--------------|---------|--|
| 04/17/2018 | 16:34 | 5240 | 0417181635 |

| Prop # | Involvement | Invl Date | In Custody? | Security | Property Tag | Item No | # Pieces |
|--------|-------------|-----------|-------------|----------|--------------|---------|----------|
| 10 | EVIDENCE | 04/17/2018 | Yes | No | 180007963 | 18 | 1 |

| Description | | Typ |
|-------------|--|-----|
| blk revolver style pellet gun 357 | | A |

| Cat | Article | Brand | Model |
|-----|---------|-------|-------|
| Other (none of the above) | Unlisted Miscellaneous Item | CROSMA | CR357 |

| Entered Date | Entered Time | Control | |
|--------------|--------------|---------|--|
| 04/17/2018 | 16:35 | 5240 | 0417181635 |

## Modus Operandi

Crime Code(s)
ASSAULTS

## Narrative

2018-7963
5045 Crenshaw
Officer Involved Shooting
04-16-2018  05:15 am

Details:  On April 16, 2018, at approximately 05:11 hours, I received a callout to an officer involved shooting at Pansy and Crenshaw.

I arrived on scene at approximately 06:10 hours.  I contacted Officer W. Randles, Sgt. J. McGill and Detective R. Guerra.

I was advised that the suspect had fled the scene and had not yet been located.   While Officer W. Randles photographed the evidence on Pansy street, Detective R. Guerra asked that the parking area on the east side of

**EXHIBIT 36**

| Report Officer | Printed At | |
|----------------|------------|--|
| 5240/DUDLEY,S | 05/09/2018 10:42 | Pasadena Police — Page 2 of 4 |

CONFIDENTIAL

18-7963    Supplement No
0005

# Pasadena Police Department

Narrative

the apartment complex located at 5045 Crenshaw be photographed to document the evidence, damage to property and cars in that area.

Using the Nikon D7200, I took overall, midrange and close up photographs of the northeast drive of the complex, with special attention paid to two handguns (Placards 4 and 5), found to be pellet guns, damage to the front passenger side door of a Ford F150 truck (TX JFB 6557) (Placard 6) parked on the south side of the drive, damage to a gate surrounding a dumpster positioned along the southwest of the drive and subsequent damage to a garage wall southwest of the dumpster (Placard 8).

Once photography was complete, I proceeded to 5102 Keith, a street to the north of 5045 Crenshaw, where a third pellet gun had been found in the backyard. I arrived at that location at approximately 07:30 hours and contacted Sgt. S. Skripka. During the course of this portion of my investigation, the suspect was apprehended at a separate location. I learned that the suspect had not been injured as a result of the shooting.

Using the Nikon D7200, I photographed the front and rear exterior of 5102 Keith and the pellet gun found on the east side of the house just south of the gate to the backyard. Once photographed, I collected the pellet gun and returned to the scene at 5045 Crenshaw.

Upon my return, I learned that Officer S. Coulter was completing scans of the scene using the FARO laser scanner. Once the scans were complete inside the complex, I collected the pellet guns from the drive, as well as, the projectile from the Ford F150 and the projectile from the Hardiplank exterior siding of the garage.

I departed the scene and arrived at the Pasadena Police Department. I secured all evidentiary items in the Crime Scene Processing Room.

On Tuesday, April 17, 2018, using the Nikon D7200, I took additional photographs of each pellet gun. The pellet gun information follows:

Item 16: (Placard 4) Chrome and tan XCP UX pellet gun (4.5 mm .177 caliber) Serial: 17M74504
Item 17: (Placard 4) Black revolver style SNR 357 pellet gun (4.5 mm .177 caliber)
Item 18: (Placard 8) Black revolver style Crosman CR 357 pellet gun (4.5 mm .177 caliber)

Using cyanoacrylate, I pre-processed the pellet guns to prepare them for latent print processing. Once complete, I examined the pellet guns for notable ridge detail and found none. Using sterile swabs and deionized water, I took samples from the grip, trigger and trigger guard of each pellet gun.

Item 21: Swab from XCP pellet gun (Item 16)
Item 22: Swab from SNR pellet gun (Item 17)
Item 23: Swab from Crosman pellet gun (Item 18)

Using yellow dye stain, I processed the pellet guns for latent prints. After rinsing and allowing the items to dry, I used the Alternate Light Source (455 nm with orange lenses) and examined the items for usable ridge detail; however, no usable ridge detail had been developed.

The items were placed in clear evidence bags, labeled and sealed.

The collected DNA and the projectiles recovered from the vehicle and garage were labeled and sealed and all items were logged into the BEAST as evidence.

I created a master and working copy of the digital images taken at the scene and during additional processing.

All items were secured in the Pasadena Police Property room with the exception of Item 19 and 20, which were released to Officer W. Randles for submission to the Harris County Institute of Forensic Science. Those items were as follows:

Item 19: (Placard 6) Projectile from Ford F150
Item 20: (Placard 7) Projectile from garage

EXHIBIT 36

No further action was taken.

| Report Officer | Printed At | |
|---|---|---|
| 5240/DUDLEY,S | 05/08/2018 10:42 | |

Pasadena 5200    Page 3 of 4

CONFIDENTIAL

**18-7963**

Supplement No
0005

# Pasadena Police Department

## Narrative

Officer S.A. Dudley 5240
Certified Crime Scene Investigator
Latent Print Examiner

EXHIBIT 36

CONFIDENTIAL

**18-7963**  Supplement No **0006**

# Pasadena Police Department



**1114 JEFF GINN MEMORIAL DRIVE**

**PASADENA, TEXAS 77502**

Reported Date
**04/19/2018**
Rpt/Incident Typ
**SHOOTING**
Emp#
**HIBBS,J**

Phone
**PHONE: (713)477-1221**
Fax
**FAX: (713)477-4976**

## Administrative Information

| Agency | | Report No | | Supplement No | Reported Date | | Reported Time |
|---|---|---|---|---|---|---|---|
| **Pasadena Police Department** | | **18-7963** | | **0006** | **04/19/2018** | | **00:35** |

| CAD Call No | Status | | | Rpt/Incident Typ | |
|---|---|---|---|---|---|
| **180416033** | **REFER FOR FOLLOW-UP INVESTIGATION** | | | **Shooting** | |

| Address | | | | | City |
|---|---|---|---|---|---|
| ▓▓▓▓▓▓▓ | | | | | **PASADENA** |

| ZIP Code | Grid | District | Beat | From Date | From Time |
|---|---|---|---|---|---|
| **77505** | **651F** | **E** | **06** | **04/16/2018** | **04:04** |

| Emp# | Assignment | | Entered By |
|---|---|---|---|
| **3270/HIBBS,J** | **NIGHT SHIFT PATROL** | | **3270** |

| Assignment | RMS Transfer | Prop Trans Stat | Approving Officer |
|---|---|---|---|
| **NIGHT SHIFT PATROL** | **Successful** | **Successful** | **3270** |

| Approval Date | Approval Time |
|---|---|
| **04/19/2018** | **02:02:28** |

## Summary Narrative

Supplement Report

## Modus Operandi

Crime Code(s)
**ASSAULTS**

## Narrative

Details:

I had responded to 5200 Fairmont Pkwy (Wal-Mart) in reference to a theft (18-7962). Officers were in the area searching for an outstanding theft suspect that was described as a Hispanic male in a gray and black striped jacket. Officers searched the area but were unable to locate the suspect.

I with Officer Powell in the parking lot of the Shell gas station at Beltway 8 Hwy and Fairmont Pkwy when Police Dispatch Ch1 dispatched Officer Saldivar to 5230 Keith Ave in reference to a suspicious person call. I responded to the call with Officers Powell and Saldivar. Officer Saldivar contacted the reportee while Officer Powell and I searched the area around the reportee's residence and neighboring homes. Officer Saldivar advised that the subject asked the reportee for money but left when the reportee told him she was calling Police.

I checked the area north and east from 5230 Keith Ave while Officer Powell began checking west on Keith Ave from Pansy St and Officer Saldivar began checking south on Pansy St from Keith Ave. After a brief search of the area north and east of 5230 Keith Ave I began moving back toward Keith Ave and Pansy St. As I got to the intersection of Keith Ave and Pansy St I heard what I believed to be gun shots being fired. I had turned south onto Pansy St and asked Officer Saldivar to advise on the radio since I could see that his vehicle was stopped with the emergency lights activated and he was outside of his unit along the east fence line of 5045 Crenshaw Rd. Officer Saldivar advised "shots fired" on the radio as Officer Powell and I responded to his location. Officer Powell went to Officer Saldivar and made sure that he was unharmed and secure.

Officers were advised to begin setting up a perimeter around 5045 Crenshaw Rd along Crenshaw Rd, Pansy St, and Keith Ave. I went into the complex and began searching the area along the north east side of the complex since Officer Saldivar had advised that the suspect could have been down between two vehicles in the parking lot in close proximity to the east fence line where Officer Saldivar and Officer Powell were located. Officer Saldivar said the suspect had last been seen running north in the complex.

In the complex I observed two handguns on the ground on the ground in the parking lot just west of the east fence line where Officer Saldivar was located.

EXHIBIT 36

| Report Officer | Printed At | |
|---|---|---|
| **3270/HIBBS,J** | Pasadena 04/20/2018 09:08 | Page 1 of 2 |

CONFIDENTIAL

**18-7963**

Supplement No
0006

# Pasadena Police Department

## Narrative

Sgt. Bowman and Lt. Warnke had arrived and were on the 4600 Pansy St side of the fence line with Officer Saldivar.  Sgt. Bowman began establishing the scene with crime scene tape outside of the east fence line and then I did the same inside the complex.  Officer Conner began a crime scene log.

Officer Conner took photographs with her department issued digital camera on the outside of the east fence line of 5045 Crenshaw Rd and I took photographs with Officer Conner's department issued digital camera on the inside of the fence line.  Refer to Officer Conner's supplement report.

Police Dispatch advised that a male matching the suspect's description was knocking or ringing the door bell at 4502 Sienna Heights Ct in the neighborhood just west of 5045 Crenshaw Rd.  I responded to that location with Officer Bearor, Officer Hurst, and Sgt. J. Ridings.

Upon arrival a male matching the suspect's description jumped a fence along the north side of the roadway and was last seen running north toward Keith Ave and Turner Elementary.  We moved to that area and continued to search for the suspect.  HPD FOX was notified and later responded to assist in the search.

Officer Bearor and I searched the backyard at 5102 Keith Ave where he located a third handgun.  Officer Bearor notified ID of the firearms location and stayed with the firearm until it could be recovered.  The resident at 5102 Keith Ave advised that he did have cameras all around the exterior of his residence if Police needed.

I was leaving the area of Sienna Heights when Police Dispatch advised that a male matching the suspect's description was at a Chevron gas station at Beltway 8 Hwy and Preston Ave.  I responded to that location and was told that the subject had gone east under the Beltway 8 Hwy overpass and then north along the northbound frontage.  I began to check the area and did locate the suspect walking northbound in front of the Kelsey-Seybold Clinic in the 5000 block of Beltway 8 Hwy northbound frontage.  The suspect was taken into custody by Officer Logan and I without incident.  Refer to Officer Logan's supplement report.

I returned to the 4600 block of Pansy St where I contacted Officer Powell.  It was then decided that Officer Powell would complete the original report.

I took no further action.

Sgt. J. Hibbs #3270

EXHIBIT 36

| Report Officer | Printed At | |
|---|---|---|
| 3270/HIBBS,J | 04/23/2018 09:08 | |

Pasadena 04/23/2018 09:08     Page 2 of 2

CONFIDENTIAL

## CASE SUPPLEMENTAL REPORT
*NOT SUPERVISOR APPROVED*

Printed: 05/15/2018 09:52

*Pasadena Police Department*

OCA: *18007963*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *OPEN (ACTIVE)*     **Case Mng Status:** *CLEARED BY ARREST*     **Occurred:** *04/16/2018*

**Offense:** *SHOOTING*

**Investigator:** *GUERRA, R. (2906)*     **Date / Time:** *04/19/2018 08:19:00, Thursday*

**Supervisor:** *(0)*     **Supervisor Review Date / Time:** *NOT REVIEWED*

**Contact:**     **Reference:** *Patrol Supplement*

Scene Summary:
The above location is a public roadway located within the incorporated city limits of Pasadena Harris County Texas. Pansy Street is a four lane roadway divided by a median, that runs in a north and south direction. The police unit driven by the officer was parked in the outside lane on the southbound side of Pansy Street with its lights on. Crime Scene tape was already set up to the north and south of the crime scene blocking the crime scene at the time of my arrival. Closer inspection showed two shell casings on the street to the southwest of the unit and another shell casing to the southeast of the unit. Further inspection showed an indention on one of the approximately one inch fence rails, which appeared to be made by being struck by one of the shots fired by the officer.

To the southwest of the officers police unit, in the inside northbound lane was an unmarked unit which was occupied two times, one by the officer involved and the other by a peer support officer.

To the east of the fence line inside the perimeter of the property line of the apartment community at 5045 Crenshaw on the ground were two handguns, one semi auto automatic silver slide and a tan frame and the second a black revolver. Upon closer inspection the two handguns were found to be pellet guns. The pistol grips on the revolver had fallen off of the gun.

The the southwest of the patrol unit also within the perimeter of the apartment community was a black Ford F-150 pick up truck. On the lower passenger side of the front quarter panel of the truck was what appeared to be a bullet hole.

Further west of the fence line within the perimeter of the apartment community I observed what appeared and later found to be a bullet hole in the doorway of an enclosed area that keeps a trash dumpster, the bullet hole had gone through the door appeared to have struck a metal pole inside the enclosure, through the side wall and then traveled in a southwesterly direction striking and embedding itself in the wall of a garage.

A final bullet hole was located further west where it had gone through a second story window of building # 6 on the south east corner of the building.

At the time of the incident the temperature was approximately 46 degrees farenheight and the relative humidity was approximately 97 percent.

Details:
On the morning of April 16, 2018, at approximately 4:48 A.M., I was called out to the scene of an officer involved shooting. The location given was 5045 Crenshaw. I proceeded southbound on the Pansy street from Fairmont Parkway



EXHIBIT 36

Investigator Signature     Supervisor Signature

CONFIDENTIAL

## CASE SUPPLEMENTAL REPORT
*NOT SUPERVISOR APPROVED*

Printed: 05/15/2018  09:52

*Pasadena Police Department*

OCA: *18007963*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *OPEN (ACTIVE)*   **Case Mng Status:** *CLEARED BY ARREST*   **Occurred:** *04/16/2018*

**Offense:** *SHOOTING*

---

**Investigator:** *GUERRA, R. (2906)*   **Date / Time:** *04/19/2018 08:19:00, Thursday*

**Supervisor:** *(0)*   **Supervisor Review Date / Time:** *NOT REVIEWED*

**Contact:**   **Reference:** *Patrol Supplement*

---

As I approached the 4500 block of Pansy I observed that there were units and crime scene tape which appeared to be securing a scene.

As I exited my vehicle I observed Sergeants Bowman and Riddings inside the secured area, along with Lieutenant Warnke. As I entered the area I learned that the actual shooting had occurred on Pansy street and not on Crenshaw. I was advised that officers had been called out to the scene of a suspicious person on Keith street described as a Hispanic male that was knocking on the door telling the resident to let him in.

As officers arrived at the scene, Officer Saldivar turned southbound on Pansy street and observed a subject crossing Pansy westward and then jumping the fence into the apartment community. As Officer Saldivar proceeded to contact the subject, the subject was alleged to have produced a handgun, at which time Officer Saldivar discharged his weapon at the subject.

I asked for Officer Saldivar`s location and was advised that he was in the unmarked unit which was parked inside the secured area along with Sergeant Davis who is a peer support Officer. I asked If Officer Saldivar`s legal counsel had been contacted and was advised that it was unknown. I was later advised by Sergeant Davis that officer Saldivar had been advised to contact his legal counsel and was doing so. This was done in order to expedite the investigation and clear the crime scene as soon as possible as it encompassed and blocked a public roadway.

After doing so I spoke to Sergeant J. McGill supervisor for the crime scene unit. I was advised that Officer Randles was in route to process the scene. Shortly thereafter, Officer Randles arrived at the scene. I advised officer Randles to take pictures of the scene and take possession of the shell casings located on the ground. The crime scene van arrived on the scene arrived shortly thereafter. For any additional information see Officer Randles supplement report.

The crime scene inside the perimeter of the apartment community (parking lot) was processed by Crime Scene Officer Stephanie Dudley For additional information see Officer Dudleys Supplement report.

While at the scene, I was advised that the subject, who had pointed the guns at Officer Saldivar, had been apprehended. I had the subject transported to our location and had Officer Saldivar identify him. After being identified by Officer Saldivar as the subject that had pointed the gun at him, the subject was transferred to the city jail where he was booked and confined.

Upon the arrival of Officer Saldivar`s legal counsel, his weapon was taken into possession by the Crime Scene Unit for "Cataloging" purposes and Officer Saldivar was provided with a replacement weapon of the same make and caliber.



EXHIBIT 36

---

Investigator Signature                    Supervisor Signature

CONFIDENTIAL

*Supplements [Edit]*                                                                    Page 2

## CASE SUPPLEMENTAL REPORT

*NOT SUPERVISOR APPROVED*

Printed: 05/15/2018  09:52

*Pasadena Police Department*

OCA: *18007963*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *OPEN (ACTIVE)*    **Case Mng Status:** *CLEARED BY ARREST*    **Occurred:** *04/16/2018*

**Offense:** *SHOOTING*

---

**Investigator:** *GUERRA, R. (2906)*    **Date / Time:** *04/19/2018 08:19:00, Thursday*

**Supervisor:** *(0)*    **Supervisor Review Date / Time:** *NOT REVIEWED*

**Contact:**    **Reference:** *Patrol Supplement*

---

(See Officer Randles supplement for information regarding the process). After all evidence had been gathered and the scene processed, the scene was cleared.

At this time I returned to the police station and in a written statement Officer Saldivar stated that he along with other officers had responded to the scene of a suspicious person described as a subject knocking on the front door of the residence at 5230 Keith Street. Officer Saldivar stated, as he was southbound on Pansy street, he observed a Hispanic male wearing a black and white hooded jacket, blue jeans and white tennis shoes. Officer Saldivar advised the subject matched the description of a theft suspect who had stolen property from the Walmart store at 5200 Fairmont approximately one hour earlier. Officer Saldivar advised that the subject was running westbound from the northwest corner of the building which is part of Patients Hospital crossing Pansy Street.

Officer Saldivar advised that the subject looked in his direction, as he crossed Pansy Street, then jumped the fence which surrounds the perimeter of the apartment community at 5945 Crenshaw( Broadwater Apartments). Officer Saldivar advised that at this time he stopped his vehicle, turned on his emergency lights, and used his spot light to lighten the area up as it was dark. Officer Saldivar advised that as he exited his patrol unit, he called out to the subject who was walking away and asked him to come talk to him as he (Officer Saldivar) walked towards the fence. Officer Saldivar advised that the male subject continued to walk away, then turned around and walked towards him

Officer Saldivar advised that as the subject neared the fence he used his flashlight to observe the subjects hands and this was when he observed the subject pull a semi automatic handgun from his back and start to raise the handgun in his direction. Officer Saldivar advised that he drew his weapon, a Glock model 22 semiautomatic 40 caliber pistol, and fired several shots in the direction of the subject. Officer Saldivar advised the subject appeared to fall backwards, but then ran northbound between the vehicles parked in the parking lot at which time he lost sight of the subject. Officer Saldivar advised that he notified police dispatch that shots had been fired and his location. Officer Saldivar concluded his statement by stating that he notified Sergeant Hibbs and Officer Powell who were arriving, as the incident was occurring, of the last known location of the subject. For any further details see Officer Saldivar`s supplement report.

After reviewing Officer Saldivars written statement, I reviewed the videos from Officer Saldivars dash and body camera. Based on video the proximity of the defendant was close enough, that if the guns would or could have been discharged and struck Officer Saldivar in the face or eye would and could have caused serious bodily injury.

I later proceeded to the city jail and escorted the subject now known as Angel Ramirez to the Criminal Investigations Division. In a video taped interview, and after being given his Miranda Warning, Ramirez advised this officer that he had committed the theft at Walmart, fled the scene there, and that at the time that he encountered Officer Saldivar had a



EXHIBIT 36

---

Investigator Signature                    Supervisor Signature

*Supplements [Edit]*    CONFIDENTIAL    Page 3

## CASE SUPPLEMENTAL REPORT
*NOT SUPERVISOR APPROVED*

Printed: 05/15/2018  09:52

*Pasadena Police Department*

OCA: *18007963*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *OPEN (ACTIVE)*     **Case Mng Status:** *CLEARED BY ARREST*     **Occurred:** *04/16/2018*

**Offense:** *SHOOTING*

---

**Investigator:** *GUERRA, R. (2906)*     **Date / Time:** *04/19/2018 08:19:00, Thursday*

**Supervisor:** *(0)*     **Supervisor Review Date / Time:** *NOT REVIEWED*

**Contact:**     **Reference:** *Patrol Supplement*

---

gun in his hand. Ramirez would not admit to pointing the gun at Officer Saldivar. After interviewing Ramirez was returned to the city Jail. I then contacted that Harris County District Attorney`s Office and spoke to Chief Assistant District Attorney Leitner, who after being given the pertinent facts surrounding the incident accepted charges of Aggravated Assault on a Police Officer, a First Degree Felony. Charges were summarily filed and Ramirez was later transferred to the Harris County Jail.

For stolen property recovered from Ramirez`s person at the time of his arrest, see Officer Logans supplement report.


Robert Guerra


2906


EXHIBIT 36

---

**18-7963**

Supplement No
**0008**

# Pasadena Police Department



1114 JEFF GINN MEMORIAL DRIVE

PASADENA, TEXAS 77502

Reported Date
**04/19/2018**
Rpt/Incident Typ
**SHOOTING**
Emp#
**RANDLES,W**

Phone
**PHONE: (713)477-1221**
Fax
**FAX: (713)477-4976**

## Administrative Information

| Agency | Report No | Supplement No | Reported Date | Reported Time |
|---|---|---|---|---|
| Pasadena Police Department | 18-7963 | 0008 | 04/19/2018 | 12:38 |

| CAD Call No | Status | | Rpt/Incident Typ | |
|---|---|---|---|---|
| 180416033 | REFER FOR FOLLOW-UP INVESTIGATION | | Shooting | |

| Address | | City |
|---|---|---|
|  | | PASADENA |

| ZIP Code | Grid | District | Beat | From Date | From Time | |
|---|---|---|---|---|---|---|
| 77505 | 651F | E | 06 | 04/16/2018 | 04:04 | |

| Emp# | Assignment | Entered By |
|---|---|---|
| 5306/RANDLES,W | CRIME SCENE UNIT | 5306 |

| Assignment | RMS Transfer | Prop Trans Stat | Approving Officer | Approval Date |
|---|---|---|---|---|
| CRIME SCENE UNIT | Successful | Successful | 4397 | 05/01/2018 |

| Approval Time |
|---|
| 07:36:41 |

## Summary Narrative

Pasadena Police Crime Scene Unit Supplement

## Property

| Prop # | Involvement | Invl Date | In Custody? | Security | Property Tag | Item No | Serial No | # Pieces |
|---|---|---|---|---|---|---|---|---|
| 1 | EVIDENCE | 04/19/2018 | Yes | No | 180007963 | 11 | CRV702 | 2 |

| Description | | Typ |
|---|---|---|
| 1x Glock 22 handgun with empty magazine | | F |

| Cat | Article | Make | Model |
|---|---|---|---|
| Other (none of the above) | Guns/Firearms | Glock, Inc. | 22 |

| Type/Cat | Caliber | Finish | Entered Date | Entered Time | Control | |
|---|---|---|---|---|---|---|
| PISTOL, SEMIAUTOMATIC | 40 CAL | BLACK | 04/19/2018 | 12:43 | 5306 | 0419181245 |

| Prop # | Involvement | Invl Date | In Custody? | Security | Property Tag | Item No | # Pieces |
|---|---|---|---|---|---|---|---|
| 2 | EVIDENCE | 04/19/2018 | Yes | No | 180007963 | 13 | 3 |

| Description | | Typ |
|---|---|---|
| 3x spent cartridge cases recovered from 4400 Pansy | | A |

| Cat | Article | Brand | Model | Entered Date |
|---|---|---|---|---|
| Other (none of the above) | Ammunition / Bullets | FEDERA | .40 FEDER | 04/19/2018 |

| Entered Time | Control | |
|---|---|---|
| 12:46 | 5306 | 0419181247 |

| Prop # | Involvement | Invl Date | In Custody? | Security | Property Tag | Item No | # Pieces |
|---|---|---|---|---|---|---|---|
| 3 | EVIDENCE | 04/19/2018 | Yes | No | 180007963 | 14 | 1 |

| Description | | Typ |
|---|---|---|
| 1x projectile recovered from 5045 Crenshaw #620 | | A |

| Cat | Article | Entered Date | Entered Time |
|---|---|---|---|
| Other (none of the above) | Ammunition / Bullets | 04/19/2018 | 12:47 |

| Control | |
|---|---|
| 5306 | 0419181249 |

| Prop # | Involvement | Invl Date | In Custody? | Security | Property Tag | Item No | # Pieces |
|---|---|---|---|---|---|---|---|
| 4 | EVIDENCE | 04/19/2018 | Yes | No | 180007963 | 15 | 11 |

| Description | | Typ |
|---|---|---|
| 11x bullets from magazine of Glock 22 #CRV702 | | A |

| Cat | Article | Brand | Model | Entered Date |
|---|---|---|---|---|
| Other (none of the above) | Ammunition / Bullets | FEDERA | .40 FEDER | 04/19/2018 |

| Entered Time | Control | |
|---|---|---|
| 12:49 | 5306 | 0419181250 |

**EXHIBIT 36**

**CONFIDENTIAL**

**18-7963** Supplement No 0008

# Pasadena Police Department

| Prop # | Involvement | Invl Date | In Custody? | Security | Property Tag | Item No | # Pieces |
|---|---|---|---|---|---|---|---|
| 5 | EVIDENCE | 04/19/2018 | Yes | No | 180007963 | 26 | 26 |
| Description | | | | | | Typ | |
| 1x DVD of color digital photos MASTER | | | | | | A | |
| Cat | | | | | Article | | |
| Radio, TV, and sound entertainment devices | | | | | Disk, Video Disk (CED, LV) | | |
| Brand | Entered Date | Entered Time | Control | | | | |
| VERBAT | 04/19/2018 | 12:51 | 5306 | 0419181252 | | | |

| Prop # | Involvement | Invl Date | In Custody? | Security | Property Tag | Item No | # Pieces |
|---|---|---|---|---|---|---|---|
| 6 | EVIDENCE | 04/19/2018 | Yes | No | 180007963 | 27 | 26 |
| Description | | | | | | Typ | |
| 1x DVD of color digital photos COPY | | | | | | A | |
| Cat | | | | | Article | | |
| Radio, TV, and sound entertainment devices | | | | | Disk, Video Disk (CED, LV) | | |
| Brand | Entered Date | Entered Time | Control | | | | |
| VERBAT | 04/19/2018 | 12:52 | 5306 | 0419181252 | | | |

| Prop # | Involvement | Invl Date | In Custody? | Security | Property Tag | Item No | # Pieces |
|---|---|---|---|---|---|---|---|
| 7 | EVIDENCE | 04/19/2018 | Yes | No | 180007963 | 28 | 26 |
| Description | | | | | | Typ | |
| 1x DVD of color digital EVIDENCE photos MASTER | | | | | | A | |
| Cat | | | | | Article | | |
| Radio, TV, and sound entertainment devices | | | | | Disk, Video Disk (CED, LV) | | |
| Brand | Entered Date | Entered Time | Control | | | | |
| VERBAT | 04/19/2018 | 12:52 | 5306 | 0419181253 | | | |

| Prop # | Involvement | Invl Date | In Custody? | Security | Property Tag | Item No | # Pieces |
|---|---|---|---|---|---|---|---|
| 8 | EVIDENCE | 04/19/2018 | Yes | No | 180007963 | 28 | 26 |
| Description | | | | | | Typ | |
| 1x DVD of color digital EVIDENCE photos COPY | | | | | | A | |
| Cat | | | | | Article | | |
| Radio, TV, and sound entertainment devices | | | | | Disk, Video Disk (CED, LV) | | |
| Brand | Entered Date | Entered Time | Control | | | | |
| VERBAT | 04/19/2018 | 12:53 | 5306 | 0419181253 | | | |

## Modus Operandi

Crime Code(s)
**ASSAULTS**

## Narrative

Scene Summary - 4500 Pansy is the location of a four-lane concrete roadway running north to south. The roadway is separated by an elevated concrete median divider. The incident area occurred in the roadway where there is an open intersection with a left turn lane in the south bound lane that enters the private drive of 4600 Sam Houston Pkwy (CHI St. Luke's Health - Patients Medical Center). West of the incident area is the large multi-story residential apartment complex 5045 Crenshaw (The Broadwater). The apartment's east property line is located along the west curb line of 4500 Pansy. There is a grass field that separates the curb line and 5045 Crenshaw's east property line. The property line is surrounded by a large black metal rod fence. There are numerous large shrubs and bushes located on the interior side of the metal rod fence line.

A marked Pasadena Police Unit (2016 Ford Explorer Tx Lic #129-7075 Fleet #1631) was parked in the outside lane of 4500 Pansy south bound. The patrol vehicle's emergency lights and spotlight were activated. South of the patrol vehicle, two cartridge cases were located on the roadway. A single cartridge case was located in the grass field southwest of the patrol vehicle.

The weather clear and cool.

The lighting was minimal due to the lack of artificial exterior lights.

Details - On 04-16-2018, at approximately 0500 hours, I was contacted by PPD Dispatch about a shooting that occurred at the above-listed address. PPD Dispatch advised that an officer discharged his firearm at an armed suspect.

I arrived at the location and was advised by CSU SGT J. McGill and DET R. Guerra that OFC R. Saldivar opened fire at a suspect who pointed two handguns at him in the northeast parking lot of 5045 Crenshaw. DET R. Guerra requested digital photographs and all pertinent evidence be collected from 4500 Pansy and 5045 Crenshaw.

Crime Scene Unit OFC S. Dudley and I arrived on scene and we conducted a walkthrough. CSU OFC S. Dudley

| Report Officer | Printed At | |
|---|---|---|
| 5306/RANDLES,W | Pasadena 05/09/2018 10:43 | Page 2 of 4 |

CONFIDENTIAL

**18-7963**                    Supplement No
0008

# Pasadena Police Department

Narrative

was assigned to take photographs and collect evidence at 5045 Crenshaw; reference CSU OFC S. Dudley supplement report for further details.

Using my department issued Nikon D7200 digital camera, I began photographing the roadway and surrounding area. I then photographed the police vehicle and curb line. I then photographed the three located cartridge cases in a detailed manner.

While photographing the incident area, supervisors checked OFC R. Saldivar vehicle's Watchguard camera and observed OFC R. Saldivar discharge his firearm four times. Using a metal detector, CSU OFC R. Hunt and I searched for the fourth cartridge case in the grass field with negative results.

CSU OFC S. Coulter arrived at 4500 Pansy and initialized the FARO laser scanner for scale measurements of the incident area; reference CSU OFC S. Coulter's supplement report for further details.

I was then contacted by DET R. Guerra who advised that a resident at 5045 Crenshaw located at projectile in his apartment. I checked by 5045 Crenshaw #622 and observed a possible gunshot hole in the apartment window if 5045 Crenshaw #622 east side window. DET M. Cooper and I contacted the resident at apartment #622. The resident advised that he located a single projectile in his living room and then observed his shattered window. The resident advised that he collected, placed the projectile in a zip-lock bag, and contacted the police about the incident. I took digital photos of the projectile and shattered window. I then collected the projectile in the zip-lock bag as evidence.

I checked back by 4500 Pansy and due to recent ambient light, I observed a single gunshot entry hole on the east side of one of the metal rods of the property line fence. I was not able to locate a projectile and then took digital photos of the gunshot hole.

I then collected the following evidence from the incident area:

Placard #1 - .40 Federal S&W cartridge case
Placard #2 - .40 Federal S&W cartridge case
Placard #3 - .40 Federal S&W cartridge case

I was then contacted by IAD DET SGT A. Sanders and SGT C. Hamilton. They advised that all parties were ready to collect OFC R. Saldivar's duty firearm. I collected a (Glock 22 .40 cal semi-auto handgun S/N CRV702 with magazine) from OFC R. Saldivar. I then safely extracted the magazine and began charting the ammunition in the magazine. The following is the type of ammunition collected inside the chamber and magazine.

Chamber - .40 Federal S&W
magazine position #1 - .40 Federal S&W
magazine position #2 - .40 Federal S&W
magazine position #3 - .40 Federal S&W
magazine position #4 - .40 Federal S&W
magazine position #5 - .40 Federal S&W
magazine position #6 - .40 Federal S&W
magazine position #7 - .40 Federal S&W
magazine position #8 - .40 Federal S&W
magazine position #9 - .40 Federal S&W
magazine position #10 - .40 Federal S&W

It should be noted that the collection of the ammunition was recorded using a Sony XA20 digital camera by CSU OFC R. Hunt.

All evidence was then transported and secured in the PPD CSU Processing Room.

On 04-17-2018, I took detail evidence digital photos of Items #11, #13, #14, and #15. I then transferred all digital photos and recordings onto a Verbatim DVD. I entered the following items into the PPD Property Room as evidence.

#11 - 1x black Glock 22 .40 cal S/N CRV702 with empty magazine

| Report Officer | Printed At | |
|---|---|---|
| 5306/RANDLES,W | Pasadena 05/08/2018 10:43 | Page 3 of 4 |

EXHIBIT 36

CONFIDENTIAL

**18-7963**

# Pasadena Police Department

**Narrative**

#13 - 3x cartridge cases .40 Federal S&W collected at 4500 Pansy
#14 - 1x projectile collected at 5045 Crenshaw #622
#15 - 11x .40 Federal S&W ammunition from OFC R. Saldivar's magazine
#26 - 1x DVD with digital photos and recordings at 4500 Pansy MASTER
#27 - 1x DVD with digital photos and recordings at 4500 Pansy COPY
#28 - 1x DVD with digital photos of EVIDENCE MASTER
#29 - 1x DVD with digital photos of EVIDENCE MASTER

I then collected Item #19 (projectile from Ford F-150) and Item #20 (projectile from garage exterior wall) from CSU OFC S. Dudley.  I then checked out items #11, #13, #14, #15, #19, and #20. The items were hand carried and delivered to the HCIFS for firearms testing.

No further police action was taken by this officer.

Randles #5306

EXHIBIT 36

CONFIDENTIAL

**18-7963**                    Supplement No
                              **0009**

# Pasadena Police Department



1114 JEFF GINN MEMORIAL DRIVE

PASADENA, TEXAS 77502

Reported Date
**04/24/2018**
Rpt/Incident Typ
**SHOOTING**
Emp#
**COULTER,S**

Phone
**PHONE: (713)477-1221**
Fax
**FAX: (713)477-4976**

## Administrative Information

| Agency | Report No | Supplement No | Reported Date | Reported Time |
|---|---|---|---|---|
| **Pasadena Police Department** | **18-7963** | **0009** | **04/24/2018** | **13:07** |

| CAD Call No | Status | | Rpt/Incident Typ | |
|---|---|---|---|---|
| **180416033** | **REFER FOR FOLLOW-UP INVESTIGATION** | | **Shooting** | |

| Address | | | | | | | City |
|---|---|---|---|---|---|---|---|
| ███████████ | | | | | | | **PASADENA** |

| ZIP Code | Grid | District | Beat | From Date | From Time | | |
|---|---|---|---|---|---|---|---|
| **77505** | **651F** | **E** | **06** | **04/16/2018** | **04:04** | | |

| Emp# | | Assignment | Entered By |
|---|---|---|---|
| **1363/COULTER,S** | | **CRIME SCENE UNIT** | **1363** |

| Assignment | RMS Transfer | Prop Trans Stat | Approving Officer | Approval Date |
|---|---|---|---|---|
| **CRIME SCENE UNIT** | **Successful** | **Successful** | **4397** | **05/01/2018** |

| Approval Time |
|---|
| **07:37:55** |

## Summary Narrative

Crime Scene Unit Supplement

## Property

| Prop # | Involvement | Invl Date | In Custody? | Security | Property Tag | Item No | # Pieces |
|---|---|---|---|---|---|---|---|
| **1** | **EVIDENCE** | **04/24/2018** | **Yes** | **No** | **180007963** | **30** | **1** |

| Description | Typ |
|---|---|
| **DVD of RAW digital files from FARO tool** | **A** |

| Cat | Article | Entered Date | Entered Time |
|---|---|---|---|
| **Other (none of the above)** | **Photographs** | **04/24/2018** | **13:08** |

| Control | |
|---|---|
| **1363     0424181315** | |

## Modus Operandi

| Crime Code(s) |
|---|
| **ASSAULTS** |

## Narrative

**Details:**

On April 16, 2018 I responded to at the area of the 4500 block of Pansy St in reference to a shooting. After my arrival I contacted Sergeant J.M. McGill who advised me of the details of the investigation.

I then utilized the Department's FARO Technologies Focus3D X330 laser surveying tool to collect measurements of the scene. The digital files generated by this process were later copied to a DVD disc in their RAW form. This disc was later logged into the BEAST evidence system as item #030 and submitted to the Pasadena Property Room for storage.

No further action by this Officer.

**S.M. Coulter #1363**
**Crime Scene Unit**

EXHIBIT 36

CONFIDENTIAL

# AFFIDAVIT

Date: May 10, 2018
Time: 05:27 a.m.

## THE STATE OF TEXAS     §

## COUNTY OF HARRIS     §

*Before me,* the undersigned authority, on this day personally appeared, Rigoberto R. Saldivar, known to me to be the person who subscribed his/her name below, who, after having first been duly sworn by me, on oath deposes and says:

My name is Rigoberto R. Saldviar and I am 47 years old. My date of birth is ███████ I work at 1201 Davis St., Pasadena, Texas 77506. My phone number is ███████ My Texas driver's license number is ███████ I have completed the 14 th grade in school and can read and write the English language.

On April 16, 2018, at approximately 4:06 a.m., while working night shift patrol, I was dispatched to a suspicious person call at 5230 Keith. I was operating a marked police patrol unit #1631 and wearing my regular police patrol uniform. Further details provided by dispatch indicated the reportee stated an unknown male was ringing her doorbell and requested she open the door. The reportee being frightened by the unknown male contacted the police.

I arrived on scene at 4:08 a.m., along with Sgt. Hibbs and Officer Powell. I contacted the reportee who was identified as Edie Potts (w/f ███████). Mrs. Potts stated around 4:02 a.m., an unknown male began ringing her doorbell. Mrs. Potts said when she asked who it was the male stated, "it's a stranger open up!" Mrs. Potts then advised the male demanded money at which time she became frightened and called the police. Mrs. Potts was unable to provide me with a description of the suspect because she was afraid to look out the window. Sgt. Hibbs, Officer Powell and I then checked Mrs. Potts backyard and the surrounding residences unable to locate the suspect. We then began searching the surrounding area outside of Mrs. Potts neighborhood. As I drove southbound on the 4600 block of Pansy, I observed a Hispanic male wearing a black and white hooded jacket, blue jeans and white tennis shoes. This description matched that of a theft suspect who stole property from Walmart (5200 Fairmont) one hour earlier. (Refer to case number 18-7962) The male was observed running westbound from the northwest corner of Patients Hospital crossing over Pansy. The male looked in my direction as he crossed Pansy and then jumped over a seven foot square tubed wrought iron fence leading into the Broadwater Apartments (5045 Crenshaw Rd.). I stopped my patrol unit and activated my emergency lights and used my spot light to try and lighten the dark area. As I exited my patrol vehicle, I called out to the male and asked him to come talk to me as I walked towards the fence. The male continued to slowly walk away but then turned around and began walking towards me. As the male neared the fence I used my flashlight to see his hands at which time I observed the male pull a semi-automatic handgun from behind his back with his right hand and began raising it in my direction. I immediately drew my service weapon (Glock 22 semi-automatic .40 caliber pistol) and fired several rounds towards the suspect who appeared to fall backwards. The male then ran northbound between several parked vehicles at which time I lost sight of the suspect due to large green subtrees along the fence line. I notified dispatch that shots had been fired and provided my location. I then informed Sgt. Hibbs and Officer Powell, who arrived to my location as the shooting was occurring, to the last known location of the suspect.

A description of the suspect was then broadcasted for additional responding units to the area. Several hours later the suspect was located and arrested by Pasadena Police Officers at Beltway 8 and Preston. The suspect was then transported back to 4600 Pansy where I positively identified the suspect.

EXHIBIT 36

CONFIDENTIAL

I then surrendered my duty weapon and magazine in the weapon to ID Division Officer R. Hunt.  I later reviewed my Mobile Vehicle Recorder (MVR) and Body Camera assigned to unit 1631 which showed the male place what appears to be a bag through the wrought iron fence prior to jumping the fence and him pick up the bag on the opposite side of the fence.  The video also showed the male to have nothing in his hands as he jumped over the fence into the Broadwater Apartments.  Both the MVR and Body Cam video also recorded four shots being fired from my service weapon at the suspect.

**I am aware of Article 37.03 of the Penal Code of Texas, which says:**
**Any person commits the offense of Aggravated Perjury, if that person, with intent to deceive and with knowledge of the statement's meaning, makes a false statement under oath or swears to the truth of a false statement if the statement is required or authorized by law to be made under oath, and if the statement is material and made during or in connection with an official proceeding.  If found guilty of Aggravated Perjury the person may be confined in the penitentiary for, Not Less than Two nor More Than Ten Years and/or a Fine not to exceed $10,000.00.**

_Affiant_

**Sworn and subscribed** to before me, the undersigned authority, while engaged in, and related to, the performances of my duties as a peace officer on this, *the 11th day of* MAY , ~~2012~~ 2018

Sergeant  C.A. Hamilton
**Pasadena Police Department**
**Pasadena, Harris County, Texas**

EXHIBIT 36

CONFIDENTIAL

On April 16, 2018, at approximately 4:06 a.m., while working night shift patrol, I was dispatched to a suspicious person call at 5230 Keith. I was operating a marked police patrol unit #1631 and wearing my regular police patrol uniform. Further details provided by dispatch indicated the reportee stated an unknown male was ringing her doorbell and requested she open the door. The reportee being frightened by the unknown male contacted the police.

I arrived on scene at 4:08 a.m., along with Sgt. Hibbs and Officer Powell. I contacted the reportee who was identified as Edie Potts (w/f          . Mrs. Potts stated around 4:02 a.m., an unknown male began ringing her doorbell. Mrs. Potts said when she asked who it was the male stated, "it's a stranger open up!" Mrs. Potts then advised the male demanded money at which time she became frightened and called the police. Mrs. Potts was unable to provide me with a description of the suspect because she was afraid to look out the window.

Sgt. Hibbs, Officer Powell and I then checked Mrs. Potts backyard and the surrounding residences unable to locate the suspect. We then began searching the surrounding area outside of Mrs. Potts neighborhood. As I drove southbound on the 4600 block of Pansy, I observed a Hispanic male wearing a black and white hooded jacket, blue jeans and white tennis shoes. This description matched that of a theft suspect who stole property from Walmart (5200 Fairmont) one hour earlier. (Refer to case number 18-7962) The male was observed running westbound from the northwest corner of Patients Hospital crossing over Pansy. The male looked in my direction as he crossed Pansy and then jumped over a seven foot square tubed wrought iron fence leading into the Broadwater Apartments (5045 Crenshaw Rd.). I stopped my patrol unit and activated my emergency lights and used my spot light to try and lighten the dark area. As I exited my patrol vehicle, I called out to the male and asked him to come talk to me as I walked towards the fence. The male continued to slowly walk away but then turned around and began walking towards me. As the male neared the fence I used my flashlight to see his hands at which time I observed the male pull a semi-automatic handgun from behind his back with his right hand and began raising it in my direction. I immediately drew my service weapon (Glock 22 semi-automatic .40 caliber pistol) and fired several rounds towards the suspect who appeared to fall backwards. The male then ran northbound between several parked vehicles at which time I lost sight of the suspect due to large green subtrees along the fence line. I notified dispatch that shots had been fired and provided my location. I then informed Sgt. Hibbs and Officer Powell, who arrived to my location as the shooting was occurring, to the last known location of the suspect.

A description of the suspect was then broadcasted for additional responding units to the area. Several hours later the suspect was located and arrested by Pasadena Police Officers at Beltway 8 and Preston. The suspect was then transported back to 4600 Pansy where I positively identified the suspect.

I surrendered my duty weapon and magazine in the weapon to ID Division Officer R. Hunt.

I later reviewed my Mobile Vehicle Recorder (MVR) and Body Camera assigned to unit 1631 which showed the male place what appears to be a bag through the wrought iron fence prior to jumping the fence and him pick up the bag on the opposite side of the fence. The video also showed the male to have nothing in his hands as he jumped over the fence into the Broadwater Apartments. Both the MVR and Body Cam video also recorded four shots being fired from my service weapon at the suspect.

EXHIBIT 36

R. Saldivar 5750

R. SALDIVAR

CONFIDENTIAL





EXHIBIT 36

CONFIDENTIAL



EXHIBIT 36

CONFIDENTIAL





EXHIBIT 36

CONFIDENTIAL



EXHIBIT 36

CONFIDENTIAL





EXHIBIT 36

CONFIDENTIAL





EXHIBIT 36

CONFIDENTIAL





EXHIBIT 36

CONFIDENTIAL



EXHIBIT 36

CONFIDENTIAL



EXHIBIT 36

CONFIDENTIAL

## PASADENA POLICE DEPARTMENT
### QUALIFICATION SCORE SHEET

Emp. #: 5750

Name: Saldivar, Rigo

| Course # | Date | Make | Model | Pass/Fail | Inspected By | Signature |
|---|---|---|---|---|---|---|
| H5 | 5-10-17 | Glock | 22 | Pass | DPD | |
| H5 | 10-18-17 | Glock | 22 | Pass | DPD | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

ECD: _____    Cartridge: _____    Cartridge: _____

EXHIBIT 36

CONFIDENTIAL



# Pasadena Police Department
## Use of Force Report

Confidential: This report is prepared as an internal administrative instrument. It is not to be released
to persons or agencies outside the department without prior approval from the Chief of Police

Date: ___4/16/2018___    Time: ___4:18 AM___    Case #: ___2018-7963___

Location of Incident: ___4500 Pansy___

Name: ___Ramirez___      ___Angel___      ___ ___      ██████      ___H___      ___M___
       Last           First      Mi      DOB      Race      Sex

### Nature of Initial Contact (check one only)

| | | | |
|---|---|---|---|
| ☐ Felony Arrest | ☒ Call: Suspicious Person | ☐ Call: Stolen Auto |
| ☐ Felony Warrant | ☐ Call: Disturbance | ☐ Car Check |
| ☐ Misdemeanor Arrest | ☐ Call: Emotionally Disturbed | ☐ Pedestrian Check |
| ☐ Misdemeanor Warrant | ☐ Call: Armed Suspect | ☐ Search Warrant |
| ☐ Traffic Violation | ☐ Call: Domestic Violence | ☐ Possible Drug Related |

### Force Used Against Officer(s) (check all that apply):

**Deadly Force**

☐ Revolver    ☒ Automatic    ☐ Shotgun    ☐ Knife    ☐ Other: _____

**Less than Deadly Force**

☐ Fist    ☐ Feet    ☐ Teeth    ☐ Other: _____

### Force Used by Officer(s) (check all that apply):

**Deadly Force**

☐ Revolver    ☒ Automatic    ☐ Shotgun    ☐ Other: _____

**Less than Deadly Force**

☐ Physical Force    ☐ Physical Restraint    ☐ ASP    ☐ O.C. Spray    ☐ Taser (See Taser Section)    Other:

### Injuries

**Injuries to Suspect**

☐ Death    ☐ Serious Injury    ☐ Minor Injury    ☐ Complaint of Injury    ☒ No Injury

**Treatment**

☐ Admitted - Hospital    ☐ Treated – Released    ☐ Delayed Treatment    ☒ Refused Treatment

Location of Treatment or Hospitalization: _____

Was Injury Photographed?    ☐ Yes    ☐ No    By Whom? _____    Unit # _____

### Injuries

**Injuries to Officer (if so, complete Injury Report Forms)**

☐ Death    ☐ Serious Injury    ☐ Minor Injury    ☐ Complaint of Injury    ☒ No Injury

**Treatment**

☐ Admitted - Hospital    ☐ Treated – Released    ☐ Delayed Treatment    ☒ Refused Treatment

Location of Treatment or Hospitalization: _____

Was Injury Photographed?    ☐ Yes    ☒ No    By Whom? _____    Unit # _____

### Identify All Officers or Civilians Involved:

| Names: | Emp. No. | Used Force? | What Did They Witness? How Were They Involved? |
|---|---|---|---|
| R. SALDIVAR | 5750 | Y | DISCHARGED WEAPON |
| | | | |
| | | | |
| | | | |

EXHIBIT 36

CONFIDENTIAL

Incident on Video:    Yes ☒ No ☐          Videotape Number or Other Identifier:        #1631

Supervisor Notified:    Yes ☒    No ☐          Name: Sgt. Hibbs

Responded to:    Scene ☒    Jail ☐    Other (Specify): _____    Did not Respond    ☐

Commander Notified:    Yes ☒    No ☐          Name: Lt. Warnek

Responded to:    Scene ☒    Jail ☐    Other (Specify): _____    Did not Respond    ☐

| **TASER Usage Section** | | |
|---|---|---|
| ☐ TASER Application | ☐ Arc Display Only | ☐ Laser Light Display Only |

TASER Serial #: _____    TASER Cartridge Number: _____

TASER Model:    TASER X26 ☐    Advanced TASER M26 ☐

*Dart-probe* Contact:    Yes ☐ No ☐    *Drive-Stun* Contact:    Yes ☐ No ☐    Subject Wearing Heavy Clothing:    Yes ☐ No ☐

Number of Air Cartridges Fired: _____    Number of Cycles Applied: _____

Air Cartridge Type(s):    15-ft ☐    21-ft ☐    21-ft XP (Yellow Cartridge) ☐

Approximate Target Distance at the Time of Deployment: _____ feet

Distance Between Probes: _____ inches    Need for Additional Applications:    Yes ☐ No ☐

Dart-Probes Penetrated Skin:    Yes ☐ No ☐    Dart-Probes Removed On-Scene:    Yes ☐ No ☐

| **Diagram** |
|---|



FRONT                    BACK

(Place "Xs" at points of *dart-probe* contact and "Os" at points of *drive- stun* contact)

| **Summary of Incident** |
|---|

April 16, 2018, at approximately 4:06 a.m., while working night shift patrol, I was dispatched to a suspicious person call at 5230 Keith. I was operating a marked police patrol unit #1631 and wearing my regular police patrol uniform. Further details provided by dispatch indicated the reportee stated an unknown male was ringing her doorbell and requested she open the door. The reportee being frightened by the unknown male contacted the police.

I arrived on scene at 4:08 a.m., along with Sgt. Hibbs and Officer Powell. I contacted the reportee who was identified as Edie Potts (w/f ▮▮▮▮▮ Mrs. Potts stated around 4:02 a.m., an unknown male began ringing her doorbell. Mrs. Potts said when she asked who it was the male stated, "it's a stranger open up!" Mrs. Potts then advised the male demanded money at which time she became frightened and called the police. Mrs. Potts was unable to provide me with a description of the suspect because she was afraid to look out the window.

EXHIBIT 36

CONFIDENTIAL

Sgt. Hibbs, Officer Powell and I then checked Mrs. Potts backyard and the surrounding residences unable to locate the suspect. We then began searching the surrounding area outside of Mrs. Potts neighborhood. As I drove southbound on the 4500 block of Pansy, I observed a Hispanic male wearing a black and white hooded jacket, blue jeans and white tennis shoes. This description matched that of a theft suspect who stole property from Walmart (5200 Fairmont) one hour earlier. (Refer to case number 18-7962) The male was observed running westbound from the northwest corner of Patients Hospital crossing over Pansy. The male looked in my direction as he crossed Pansy and then jumped over a seven foot square tubed wrought iron fence leading into the Broadwater Apartments (5045 Crenshaw Rd.). I stopped my patrol unit and activated my emergency lights and used my spot light to try and lighten the dark area. As I exited my patrol vehicle, I called out to the male and asked him to come talk to me as I walked towards the fence. The male continued to slowly walk away but then turned around and began walking towards me. As the male neared the fence I used my flashlight to see his hands at which time I observed the male pull a semi-automatic handgun from behind his back with his right hand and began raising it in my direction. I immediately drew my service weapon (Glock 22 semi-automatic .40 caliber pistol) and fired several rounds towards the suspect who appeared to fall backwards. The male then ran northbound between several parked vehicles at which time I lost sight of the suspect due to large green subtrees along the fence line. I notified dispatch that shots had been fired and provided my location. I then informed Sgt. Hibbs and Officer Powell, who arrived to my location as the shooting was occurring, to the last known location of the suspect.

A description of the suspect was then broadcasted for additional responding units to the area. Several hours later the suspect was located and arrested by Pasadena Police Officers at Beltway 8 and Preston. The suspect was found to be uninjured and transported back to 4500 Pansy where I positively identified the suspect.

I surrendered my duty weapon and magazine in the weapon to ID Division Officer R. Hunt as requested by Detective R. Guerra.

I later reviewed my Mobile Video Recorder (MVR) and Body Camera assigned to unit 1631 which showed the male place what appears to be a bag through the wrought iron fence prior to jumping the fence and him pick up the bag on the opposite side of the fence. The video also showed the male to have nothing in his hands as he jumped over the fence into the Broadwater Apartments. Both the MVR and Body Cam video also recorded four shots being fired from my service weapon at the suspect. A CD copy of the video from the MVR to unit# 1631 was made and later tagged as **Exhibit #8** and logged into the police evidence room. A CD copy of the body cam video was also tagged as **Exhibit #9** and logged into the police evidence room.

**EXHIBIT 36**

| | | |
|---|---|---|
| Reporting Officer's Name: | R. Saldivar | Emp. # 5750 |
| Reporting Officer's Signature: | | Date: 4/16/2018 |

Pasadena 1319
Page 3 of 4

Form # 196-G

CONFIDENTIAL

Revised: 07/02/08

**Notification and Review**

Shift Supervisor _____    Date: 5-4-2018

Shift Commander _____    Date: 4-23-18

Bureau Commander _____    Date: 3/9/2018

EXHIBIT 36

Form # 196-G

CONFIDENTIAL
Revised: 07/02/08

**RION N. HART, PH.D.**
CLINICAL AND CONSULTING PSYCHOLOGY
PSYCHOANALYSIS

1215 BARKDULL
HOUSTON, TX 77006
713-522-3133

CONFIDENTIAL

April 17, 2018

Chief Al Espinoza, Chief
Pasadena Police Department
1201 Davis St.
Pasadena, TX 77506

Re: Officer Rigo Saldavar

Chief Espinoza,

I saw Officer Saldavar on April 17, 2018 for an officer involved shooting consultation. The incident appears to have had minimal impact on him and there is no reason of a psychological nature that would prevent him from returning to unrestricted duty as of today.

Thank you very much for the opportunity to be of service to your Department. Please do not hesitate to contact me with any questions or need for additional information.

Respectfully,

Rion N. Hart, PhD
Clinical Assistant Professor
Menninger Department of Psychiatry
Baylor College of Medicine

EXHIBIT 36

CONFIDENTIAL