## Joshua Bruegger

**From:** Rigo Saldivar
**Sent:** Thursday, July 8, 2021 1:46 PM
**To:** Joshua Bruegger
**Subject:** Re: Agreement

Thank you Chief for being understanding. I would like to share my intention on retiring on Friday July 9, 2021. I will cherish memories serving the citizens of Pasadena with my fellow officers for the past 22 years. I have loved working for the Pasadena Police Department which will be greatly missed.

Respectfully submitted,

Officer R. Saldivar

*Accepted [signature] 7.8.2021*

**From:** Joshua Bruegger <jbruegger@pasadenatx.gov>
**Sent:** Thursday, July 8, 2021 1:10 PM
**To:** Rigo Saldivar <rsaldivar@pasadenatx.gov>
**Subject:** Agreement

Rigo,

To put your mind at ease, I want to put in writing what has been negotiated and agreed to, if you choose to retire on Friday, July 9, 2021:

1. An "Honorable" discharge designation on your TCOLE F-5 form, with the understanding and agreement that I will not go back and amend your F-5 after your retirement.
2. A retired ID/badge
3. Shadowbox

Josh

Josh Bruegger
Chief of Police
Pasadena Police Department
1201 Davis
Pasadena, TX 77506

1

**PASADENA 005908**