| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Randy Aviles §
§
v. § CASE NUMBER   4:22cv3571
§
Rigoberto Saldivar et al §
§

1 USb containing xhibit 8, 9, 20, 29, 30, and 31 to Defendants MSJ filed 5/9/2024

DOCUMENT IS:

☐ LOOSE IN FILE

☐ IN VAULT SEALED

☒ Green
IN BROWN-EXPANDABLE FOLDER

INSTRUMENT #_____



Audrey Bridges
Paralegal
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
Audrey.Bridges@lewisbrisbois.com
Direct: 346.241.4968

May 9, 2024

File No. 3856.646

United States Courts
Southern District of Texas
FILED

MAY 13 2024

Nathan Ochsner, Clerk of Court

**VIA FEDEX**

Clerk, U.S. District Clerk
Southern District of Texas
515 Rusk Avenue
Houston, Texas 77002

    Re:    <u>Civil Action No. 4:22-cv-03571; *Randy Aviles v. Rigoberto Saldivar et al*</u>, In the United States District Court for the Southern District of Texas, Houston Division

Dear Clerk:

Enclosed please find a copy of the appropriately labeled audio/video recordings including:

| | |
|---|---|
| Exhibit 8 | Recording from Officer Saldivar's body worn camera (Schenk shooting) |
| Exhibit 9 | Recording from Officer Saldivar's dash camera in Schenk shooting |
| Exhibit 20 | January 12, 2021 body cam recording in Aviles shooting |
| Exhibit 29 | Officer Saldivar's dash cam video from April 16, 2018 (Ramirez) |
| Exhibit 30 | January 12, 2021 dash cam video in Aviles shooting |
| Exhibit 31 | Officer Saldivar's dash cam recording for April 16, 2018 (Ramirez) |

to Defendant's Motion for Summary Judgment filed on May 9, 2024 in the above-captioned matter. By copy of this letter, we are also forwarding a copy of the recordings to Plaintiff's counsel, Counsel for Officer Rigoberto Salddivar and Jenelle Gonzalez, Case Manager to Hon. Charles Eskridge.

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA • OHIO
OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA

Clerk, U.S. District Clerk
May 9, 2024
Page 2

                                      Very truly yours,

                                      */s/ Audrey Bridges*

                                      Audrey Bridges
                                      IT Paralegal/Trial Consultant
                                      LEWIS BRISBOIS BISGAARD & SMITH LLP

Enc: Audio/Video Recording Exhibits 8, 9, 20, 29, 30, and 31 to Defendant City of Pasadena's Motion for Summary Judgment [Doc. 40]

cc:    Jenelle Gonzalez, (w/enc)
        Case Manager to Hon. Charles Eskridge
        515 Rusk Avenue, Room 9015
        Houston, Texas 77002
        (713) 250-5257

        Larry Taylor & Dimitri Dube
        The Cochran Firm
        1825 Market Center Boulevard
        Suite 500
        Dallas, Texas
        Ltaylor@CochranTexas.com
        Dd601@nyu.edu
        *Attorneys for Plaintiff*

        Steven D. Selbe
        Gordon Rees Scully Mansukhani
        TransWestern Tower
        1900 West Loop South
        Suite 1000
        Houston, Texas 77027
        sselbe@grsm.com
        *Attorney for Officer Rigoberto Saldivar*