IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RANDY AVILES, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:22-CV-03571 |
| | § | |
| RIGOBERTO SALDIVAR, | § | |
| CITY OF PASADENA, TX | § | |
| | § | |
| DEFENDANTS. | § | |

**Electronic Exhibits**

All of Plaintiff's Exhibits can be found at this link:
https://www.dropbox.com/scl/fo/gf3b8o5au4kk01qlcjfbq/AE2uAgCKvtUvcFbTqBA9e9w?rlkey
=4yigr5nxc6tqvkf977yjrc5bu&st=485hqk5x&dl=0

Plaintiff's electronic exhibits can be located at the following links:

1. Exhibit 2: Saldivar Schenk Body Camera Video
   https://www.dropbox.com/scl/fi/mxcmgscfeimt5kf5gex0t/Exhibit-2-Saldivar-BWC-Shenck-shooting.mp4?rlkey=5u2ccsnzzo2dgo6y281lofo45&st=okwin4rh&dl=0

2. Exhibit 4: Schenk Shooting Annotated
   https://www.dropbox.com/scl/fi/htm1ykqem7xnp5hoy8cfu/Exhibit-4-Schenck-shooting-annotated.mp4?rlkey=r6esabfuv74pm7yzf1p4t90zk&st=vrdpabbt&dl=0

3. Exhibit 5: Schenck Body Cam Video Rotated
   https://www.dropbox.com/scl/fi/juskv1wldtezejj5djefi/Exhibit-5-20220127_SCHENK_BWC_Rotated-2.mp4?rlkey=656miheqhku9cze2fvhpu0ni0&st=pfjijixs&dl=0

4. Exhibit 7: Ramirez Shooting
https://www.dropbox.com/scl/fi/nyo2cssk369itqq2dtla0/Exhibit-7-Ramirez-Shooting.mp4?rlkey=stle2dnlg7cy7mq2u9yt7zk04&st=4d8rz2l7&dl=0

5. Exhibit 9:  Saldivar Dash Cam Video
https://www.dropbox.com/scl/fi/5x2yq6k33h5cnc47tbl74/Exhibit-9-Aviles-Shooting-Dash-Cam-2-minute-version.mp4?rlkey=mzsr279rf9rsolg6rfjcl2e47&st=he9kcz2i&dl=0

6. Exhibit 10:  Saldivar Body Cam Video
https://www.dropbox.com/scl/fi/33zx1hx5wotz3i2xpk50y/Exhibit-10-Aviles-Shooting-Body-Cam-2-minute-version.mp4?rlkey=rvk3y6oigm0m3lu1r23jvuh86&st=iaoknwo7&dl=0

7. Exhibit 13:  Bruegger Deposition Video
https://www.dropbox.com/scl/fi/g80hnp8160qmguhbbb9ry/Exhibit-13-Bruegger-deposition-video-excerpt.mp4?rlkey=gr9tpdtd69ldbl88pmzryvrjs&st=22fd583f&dl=0