| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Randy Aviles §
§
v. § CASE NUMBER   4:22-cv-3571
§
Rigoberto R. Saldivar et al §
§

1 thumbdrive containing exhibits 1-14 to Plaintiff's Second Amended MSJ (DE 45)

_____

_____

_____

_____

**DOCUMENT IS:**

☐ LOOSE IN FILE

☐ IN VAULT SEALED

☐ IN BROWN EXPANDABLE FOLDER

INSTRUMENT #_____

# THE COCHRAN FIRM
## DALLAS, P.L.L.C.

1825 Market Center Blvd., Suite 500 • Dallas, Texas 75207

United States Courts
Southern District of Texas
FILED

MAY 24 2024

Nathan Ochsner, Clerk of Court

Bryan D. Pope
*Attorney At Law/Partner*

Telephone: (214) 651-4260
Fax: (214) 651-4261
www.cochranfirm.com

Larry F. Taylor, Jr.
*Attorney At Law/Partner*

May 20, 2024

**Via First Class Mail**
Honorable Charles Eskridge
United States District Court Judge
Southern District of Texas
515 Rusk Street, Rooms 9015
Houston, Texas 77002

Re:   Civil Action No. 4:22-CV-3571; *Randy Aviles vs. Rigoberto R. Saldivar and City of Pasadena*, Pending in the United States District Court for the Southern District of Texas.

Dear Judge Eskridge:

Enclosed for your review is a thumbdrive containing Exhibits 1-14 to Plaintiff's Second Amended Motion for Summary Judgment (Document 45) filed in the above referenced matter.

Thank you for your consideration.

Sincerely,

*Jo Anna Joshi*

Jo Anna Joshi,
Paralegal

Cc:
**Via First Class Mail**
Mr. Steven D. Selbe
Gordon Rees Scully Manukhani, LLP
3D/International Tower
1900 W. Loop S #1000
Houston, Texas 77027

ATLANTA • CHICAGO • LAS VEGAS • LOS ANGELES • MEMPHIS
MIAMI • NEW ORLEANS • NEW YORK • ST. LOUIS • WASHINGTON, DC

Mr. Norman Giles
Lewis Brisbois
24 Greenway Plaza
Suite 1400
Houston, Texas 77046